IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT DIABETES CARE, INC., a Delaware corporation, | ) ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. _____ |
| v. | ) ) | |
| DEXCOM, INC., a Delaware corporation, | ) ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) ) ) ) | |

## COMPLAINT

Plaintiff Abbott Diabetes Care, Inc. ("Abbott"), by and through its undersigned attorneys, alleges as follows:

### Nature of Action

1.     This is an action for patent infringement involving United States Patent Nos. 5,899,855 (the "'855 patent"), 6,134,461 (the "'461 patent"), and 6,990,366 (the "'366 patent") (collectively referred to as "Abbott patents"), which relate to glucose monitoring devices, systems, and methods.

### Jurisdiction and Venue

2.     Jurisdiction for this action is based on 28 U.S.C. §§ 1331 and 1338(a).

3.     Venue is proper under 28 U.S.C. §§ 1391(b) and (c) and 1400(b).

4.     This Court has personal jurisdiction over the Defendant because, among other things, it is organized under the laws of Delaware.

## Parties

5.      Abbott is a corporation organized and existing under the laws of the State of Delaware, having its principal place of business in Alameda, California.

6.      DexCom, Inc. ("DexCom") is a corporation organized and existing under the laws of the State of Delaware, having its principal place of business in San Diego, California.

## Background

7.      Abbott is the owner, assignee or exclusive licensee of the three patents listed in paragraph 1, which cover medical devices, systems, and methods for monitoring glucose levels in humans.

8.      On May 4, 1999, the United States Patent and Trademark Office ("USPTO") duly and legally issued the '855 patent, which is entitled "Modular Microprocessor-Based Health Monitoring System."  Abbott is the exclusive licensee of the '855 patent and accordingly has the right to sue for infringement.  A true and correct copy of the '855 patent is attached hereto as Exhibit A.

9.      On October 17, 2000, the USPTO duly and legally issued the '461 patent, which is entitled "Electrochemical Analyte."  Abbott is the assignee and owner of the '461 patent and accordingly has the right to sue for infringement.  A true and correct copy of the '461 patent is attached hereto as Exhibit B.

10.      On January 24, 2006, the USPTO duly and legally issued the '366 patent, which is entitled "Analyte Monitoring Device and Methods of Use."  Abbott is the assignee and owner of the '366 patent and accordingly has the right to sue for infringement.  A true and correct copy of the '366 patent is attached hereto as Exhibit C.

11.     On March 27, 2006, DexCom received FDA approval to market its STS™ Continuous Glucose Monitoring System.  DexCom has made, used, offered for sale and sold its STS device in the United States continuously since that date.

12.     DexCom has been aware of the Abbott patents for a long time and, despite that fact, has continued to develop its product, has continued to promote its product, and has commercially launched its product.

13.     Prior to launching its product, DexCom attended at least two trade shows where it publicized and displayed its product.  Upon information and belief, the products DexCom displayed at the trade shows were manufactured for the purpose of showcasing at the trade shows rather than for the purpose of gathering information for submission to the FDA.

## COUNT I
### Patent Infringement -- The '855 Patent

14.     Abbott re-alleges and incorporates herein the allegations of paragraphs 1 through 13.

15.     DexCom has, in violation of 35 U.S.C. § 271(a), directly infringed the '855 patent by making, using, offering to sell and selling its STS™ Continuous Glucose Monitoring System in the United States.

16.     DexCom has, in violation of 35 U.S.C. § 271(b), actively and knowingly induced and is actively and knowingly inducing the direct infringement of the '855 patent by intentionally aiding and abetting third parties' use, offer for sale and/or sale of the invention of the '855 patent through its advertising, marketing, sales, distribution, and dissemination of information concerning DexCom's STS™ Continuous Glucose Monitoring System.

17.     Upon information and belief, DexCom had and has actual knowledge of the '855 patent, and DexCom has infringed and is infringing this patent with knowledge of Abbott's rights and without a reasonable basis for believing that DexCom's conduct is lawful.

18.     Upon information and belief, DexCom's actions have been willful and deliberate.

## COUNT II
### Patent Infringement -- The '461 Patent

19.     Abbott re-alleges and incorporates herein the allegations of paragraphs 1 through 13.

20.     DexCom has, in violation of 35 U.S.C. § 271(a), directly infringed the '461 patent by making, using, offering to sell and selling its STS™ Continuous Glucose Monitoring System in the United States.

21.     DexCom has, in violation of 35 U.S.C. § 271(b), actively and knowingly induced and is actively and knowingly inducing the direct infringement of the '461 patent by intentionally aiding and abetting third parties' use, offer for sale and/or sale of the invention of the '461 patent through its advertising, marketing, sales, distribution, and dissemination of information concerning DexCom's STS™ Continuous Glucose Monitoring System.

22.     Upon information and belief, DexCom had and has actual knowledge of the '461 patent, and DexCom has infringed and is infringing this patent with knowledge of Abbott's rights and without a reasonable basis for believing that DexCom's conduct is lawful.

23.     Upon information and belief, DexCom's actions have been willful and deliberate.

## COUNT III
### Patent Infringement -- The '366 Patent

24.     Abbott re-alleges and incorporates herein the allegations of paragraphs 1 through 13.

25.     DexCom has, in violation of 35 U.S.C. § 271(a), directly infringed the '366 patent by making, using, offering to sell and selling its STS™ Continuous Glucose Monitoring System in the United States.

26.     DexCom has, in violation of 35 U.S.C. § 271(b), actively and knowingly induced and is actively and knowingly inducing the direct infringement of the '366 patent by intentionally aiding and abetting third parties' use, offer for sale and/or sale of the invention of the '366 patent through their advertising, marketing, sales, distribution, and dissemination of information concerning DexCom's STS™ Continuous Glucose Monitoring System.

27.     Upon information and belief, DexCom had and has actual knowledge of the '366 patent, and DexCom has infringed and is infringing this patent with knowledge of Abbott's rights and without a reasonable basis for believing that DexCom's conduct is lawful.

28.     Upon information and belief, DexCom's actions have been willful and deliberate.

WHEREFORE, Abbott prays that the Court grant the following relief against DexCom and in favor of Abbott:

A.      Judgment that DexCom's product infringes one or more claims of the Abbott patents, directly and by way of inducing infringement;

B.      An award of damages and an accounting for DexCom's infringement of the Abbott patents, together with interest (both pre- and post-judgment), costs and disbursements as fixed by this Court under 35 U.S.C. § 284;

- 5 -

C.    Judgment that DexCom's infringement has been willful and an award of treble damages;

D.    Judgment that the case is exceptional and an award of reasonable attorneys' fees under 35 U.S.C. § 285;

E.    Injunctive relief against DexCom's infringement of the Abbott patents; and

F.    Such other relief as the Court determines to be just and proper.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Mary B. Graham (#2256)
Rodger D. Smith II (#3778)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

*Attorneys for Plaintiff*
*Abbott Diabetes Care, Inc.*

OF COUNSEL:

James F. Hurst
Bradley C. Graveline
Stephanie S. McCallum
Eric L. Broxterman
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

August 17, 2006

533249

EXHIBIT A

US005899855A

# United States Patent [19]

## Brown

[11] **Patent Number:** 5,899,855

[45] **Date of Patent:** * **May 4, 1999**

[54] **MODULAR MICROPROCESSOR-BASED HEALTH MONITORING SYSTEM**

[75] Inventor: **Stephen James Brown**, Palo Alto, Calif.

[73] Assignee: **Health Hero Network, Inc.**, Mountain View, Calif.

[ * ] Notice: This patent is subject to a terminal disclaimer.

[21] Appl. No.: **08/481,925**

[22] Filed: **Jun. 7, 1995**

**Related U.S. Application Data**

[63] Continuation-in-part of application No. 07/977,323, Nov. 17, 1992, Pat. No. 5,307,263.

[51] **Int. Cl.⁶** ...................................................... G06F 15/00
[52] **U.S. Cl.** .......................... **600/301**; 128/904; 128/920; 600/316; 600/368
[58] **Field of Search** ........................... 705/2, 3; 600/301, 600/319, 316, 347, 368, 509; 128/902, 904, 920, 923

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,803,625 | 2/1989 | Fu et al. | 364/413.03 |
| 5,019,974 | 5/1991 | Beckers | 364/413.02 |
| 5,068,536 | 11/1991 | Rosenthal | 250/341 |
| 5,077,476 | 12/1991 | Rosenthal | 250/341 |
| 5,134,391 | 7/1992 | Okada | 340/799 |

*Primary Examiner*—Stephen R. Tkacs
*Attorney, Agent, or Firm*—Christensen O'Connor Johnson & Kindness PLLC

[57] **ABSTRACT**

A modular self-care health monitoring system employs a compact microprocessor-based unit such as a video game system of the type that includes switches for controlling device operation and a program cartridge. In accordance with the invention, the program cartridge adapts the microprocessor-based unit for operation with a glucose monitor (or another type of health monitor). The microprocessor-based unit processes data supplied by the glucose monitor to supply signals for displaying relevant information on a display unit that may be included in the microprocessor-based unit or may be a separate unit such as a television or video display monitor. The system provides for transmission of signals to a remote clearinghouse or a healthcare facility via telephone lines or other transmission media. The clearinghouse includes signal processing capability for transmission of reports to a remotely located healthcare professional via facsimile transmission.

**53 Claims, 6 Drawing Sheets**





Fig.1.



*Fig. 2.*



Fig. 3.

*Fig.4.*

```
┌─────────────────────────────────┐
│  ┌───────────┐                  │
│  │ Attention │                  │
│  └───────────┘                  │
│  Calibration was                │
│  not successful.                │
│                                 │
│  Please insert                  │
│  the code strip                 │
│  again.                         │
└─────────────────────────────────┘
```

*Fig.5.*

```
┌─────────────────────────────────┐
│   June 19 12:30 pm              │
│  ┌───────────────────┐          │
│  │ Blood Glucose     │          │
│  └───────────────────┘          │
│   109      mg /dl               │
│  remove test strip              │
└─────────────────────────────────┘
```

*Fig.6.*



Mon Sept. 28 1992

*Fig.7.*



Sept. 20-26 1992

*Fig. 8.*

```
Glucose
Ave: 123 mg/dl
SD:  56
Num: 15
No. under 50: 13
No. hypo sym: 23
```

*Fig. 9.*

```
June 12 9:30pm

BG     113  mg/dl
Regin  12.5 U
NPHin  13.2 U
Food   1    BE
Pre-meal    HYPO
```

*Fig. 10.*





*Fig. 11.*

5,899,855

1

# MODULAR MICROPROCESSOR-BASED HEALTH MONITORING SYSTEM

## RELATED APPLICATIONS

This is a continuation-in-part of application Ser. No. 07/977,323, filed Nov. 17, 1992 and which issued on Apr. 26, 1994 as U.S. Pat. No. 5,307,263.

## FIELD OF THE INVENTION

This invention relates to self-care health monitoring arrangements that enable a patient or other user to gather data important to a health management program and, if appropriate, provide that data to a healthcare professional.

## BACKGROUND OF THE INVENTION

Controlling or curing conditions of ill health generally involves both establishing a therapeutic program and monitoring the progress of the afflicted person. Based on that progress, decisions can be made as to altering therapy to achieve a cure or maintain the affliction or condition at a controlled level. Successfully treating certain health conditions calls for rather frequent monitoring and a relatively high degree of patient participation. For example, in order to establish and maintain a regimen for successful diabetes care, a diabetic should monitor his or her blood glucose level and record that information along with the date and time at which the monitoring took place. Since diet, exercise, and medication all affect blood glucose levels, a diabetic often must record data relating to those items of information along with blood glucose level so that the diabetic may more closely monitor his or her condition and, in addition, can provide information of value to the healthcare provider in determining both progress of the patient and detecting any need to change the patient's therapy program.

Advances in the field of electronics over the past several years have brought about significant changes in medical diagnostic and monitoring equipment, including arrangements for self-care monitoring of various chronic conditions. With respect to the control and monitoring of diabetes, relatively inexpensive and relatively easy-to-use blood glucose monitoring systems have become available that provide reliable information that allows a diabetic and his or her healthcare professional to establish, monitor and adjust a treatment plan (diet, exercise, and medication). More specifically, microprocessor-based blood glucose monitoring systems are being marketed which sense the glucose level of a blood sample that is applied to a reagent-impregnated region of a test strip that is inserted in the glucose monitor. When the monitoring sequence is complete, the blood glucose level is displayed by, for example, a liquid crystal display (LCD) unit.

Typically, currently available self-care blood glucose monitoring units include a calendar/clock circuit and a memory circuit that allows a number of blood glucose test results to be stored along with the date and time at which the monitoring occurred. The stored test results (blood glucose level and associated time and date) can be sequentially recalled for review by the blood glucose monitor user or a health professional by sequentially actuating a push button or other control provided on the monitor. In some commercially available devices, the average of the blood glucose results that are stored in the monitor (or the average of the results for a predetermined period of time, e.g., fourteen days) also is displayed during the recall sequence. Further, some self-care blood glucose monitors allow the user to tag

2

the test result with an "event code" that can be used to organize the test results into categories. For example, a user might use a specific event code to identify test results obtained at particular times of the day, a different event code to identify a blood glucose reading obtained after a period of exercise, two additional event codes to identify blood glucose readings taken during hypoglycemia symptoms and hyperglycemia symptoms, etc. When event codes are provided and used, the event code typically is displayed with each recalled blood glucose test result.

Microprocessor-based blood glucose monitoring systems have advantages other than the capability of obtaining reliable blood glucose test results and storing a number of the results for later recall and review. By using low power microprocessor and memory circuits and powering the units with small, high capacity batteries (e.g., a single alkaline battery), extremely compact and light designs have been achieved that allow taking the blood glucose monitoring system to work, school, or anywhere else the user might go with people encountered by the user not becoming aware of the monitoring system. In addition, most microprocessor-based self-care blood glucose monitoring systems have a memory capacity that allows the system to be programmed by the manufacturer so that the monitor displays a sequence of instructions during any necessary calibration or system tests and during the blood glucose test sequence itself. In addition, the system monitors various system conditions during a blood glucose test (e.g., whether a test strip is properly inserted in the monitor and whether a sufficient amount of blood has been applied to the reagent impregnated portion of the strip) and if an error is detected generates an appropriate display (e.g., "retest"). A data port may be provided that allows test results stored in the memory of the microprocessor-based blood glucose monitoring system to be transferred to a data port (e.g., RS-232 connection) of a personal computer or other such device for subsequent analysis.

Microprocessor-based blood glucose monitoring systems are a significant advance over previously available self-care systems such as those requiring a diabetic to apply a blood sample to reagent activated portions of a test strip; wipe the blood sample from the test strip after a predetermined period of time; and, after a second predetermined period of time, determine blood glucose level by comparing the color of the reagent activated regions of the test strip with a color chart supplied by the test strip manufacturer. Despite what has been achieved, numerous drawbacks and disadvantages still exist. For example, establishing and maintaining diabetic healthcare often requires the diabetic to record additional data pertaining to medication, food intake, and exercise. However, the event codes of currently available microprocessor blood glucose monitoring systems provide only limited capability for tagging and tracking blood glucose test results according to food intake and other relevant factors. For example, the event codes of currently available monitoring systems only allow the user to classify stored blood glucose readings in a manner that indicates blood glucose tests taken immediately after a heavy, light or normal meal. This method of recording information not only requires subjective judgment by the system user, but will not suffice in a situation in which successfully controlling the user's diabetes requires the recording and tracking of relatively accurate information relating to food intake, exercise, or medication (e.g., insulin dosage). An otherwise significant advantage of currently available blood glucose monitoring systems is lost when blood glucose test results must be recorded and tracked with quantitative information relating

5,899,855

3

to medication, food intake, or exercise. Specifically, the system user must record the required information along with a time and date tagged blood glucose test result by, for example, writing the information in a log book.

The use of event codes to establish subcategories of blood glucose test results has an additional disadvantage or drawback. In particular, although alphanumeric display devices are typically used in currently available microprocessor-based blood glucose monitoring systems, the display units are limited to a single line of information having on the order of six characters. Moreover, since the systems include no provision for the user to enter alphanumeric information, any event codes that are used must be indicated on the display in a generic manner, e.g., displayed as "EVENT 1", "EVENT 2", etc. This limitation makes the system more difficult to use because the diabetic must either memorize his or her assignment of event codes or maintain a list that defines the event codes. The limited amount of data that can be displayed at any one time presents additional drawbacks and disadvantages. First, instructions and diagnostics that are displayed to the user when calibrating the system and using the system to obtain a blood glucose reading must be displayed a line at a time and in many cases, the information must be displayed in a cryptic manner.

The above-discussed display limitations and other aspects of currently available blood glucose monitoring systems is disadvantageous in yet another way. Little statistical information can be made available to the user. For example, in diabetic healthcare maintenance, changes or fluctuations that occur in blood glucose levels during a day, a week, or longer period can provide valuable information to a diabetic and/or his or her healthcare professional. As previously mentioned, currently available systems do not allow associating blood glucose test results with attendant quantitative information relating to medication, food intake, or other factors such as exercise that affect a person's blood glucose level at any particular point in time. Thus, currently available blood glucose monitoring systems have little or no capability for the generating and display of trend information that may be of significant value to a diabetic or the diabetic's healthcare professional.

Some currently available blood glucose monitoring systems provide a data port that can be interconnected with and transfer data to a personal computer (e.g., via an RS-232 connection). With such a system and a suitable programmed computer, the user can generate and display trend information or other data that may be useful in administering his or her treatment plan. Moreover, in such systems, data also can be transferred from the blood glucose monitoring system to a healthcare professional's computer either directly or remotely by telephone if both the blood glucose monitoring system (or computer) to which the data has been downloaded and the healthcare professional's computer are equipped with modems. Although such a data transfer provision allows a healthcare professional to analyze blood glucose data collected by a diabetic, this aspect of currently available blood glucose monitoring systems has not found widespread application. First, the downloading and subsequent analysis feature can only be used by system users that have ready access to a computer that is programmed with appropriate software and, in addition, have both the knowledge required to use the software (and the inclination to do so). This same problem exists with respect to data transfer to (and subsequent analysis by) a healthcare professional. Moreover, various manufacturers of systems that currently provide a data transfer feature do not use the same data format. Therefore, if a healthcare professional wishes to

4

analyze data supplied by a number of different blood glucose monitoring systems, he or she must possess software for each of the systems and must learn to conduct the desired analyses with each software system.

The above-discussed disadvantages and drawbacks of microprocessor-based self-care health monitoring systems take on even greater significance with respect to children afflicted with diabetes, asthma and other chronic illnesses. In particular, a child's need for medication and other therapy changes as the child grows. Current microprocessor-based self-care health monitoring systems generally do not provide information that is timely and complete enough for a healthcare professional to recognize and avert problems before relatively severe symptoms develop. Too often, a need for a change in medication and/or other changes in therapeutic regimen is not detected until the child's condition worsens to the point that emergency room care is required.

Further, currently available microprocessor-based health monitoring systems have not been designed with children in mind. As previously mentioned, such devices are not configured for sufficient ease of use in situations in which it is desirable or necessary to record and track quantitative information that affects the physical condition of the system user (e.g., medication dosage administered by a diabetic and food intake). Children above the age at which they are generally capable of obtaining blood samples and administering insulin or other medication generally can learn to use at least the basic blood glucose monitoring features of currently available microprocessor-based blood glucose monitoring systems. However, the currently available monitoring systems provide nothing in the way of motivation for a child to use the device and, in addition, include little or nothing that educates the child about his or her condition or treatment progress.

The lack of provision for the entering of alphanumeric data also can be a disadvantage. For example, currently available blood glucose monitoring systems do not allow the user or the healthcare professional to enter information into the system such as medication dosage and other instructions or data that is relevant to the user's self-care health program.

The above-discussed disadvantages and drawbacks of currently available microprocessor-based blood glucose monitoring systems also have been impediments to adopting the basic technology of the system for other healthcare situations in which establishing and maintaining an effective regimen for cure or control is dependent upon (or at least facilitated by) periodically monitoring a condition and recording that condition along with time and date tags and other information necessary or helpful in establishing and maintaining a healthcare program.

SUMMARY OF THE INVENTION

This invention provides a new and useful system for healthcare maintenance in which the invention either serves as a peripheral device to (or incorporates) a small handheld microprocessor-based unit of the type that includes a display screen, buttons or keys that allow a user to control the operation of the device and a program cartridge or other arrangement that can be inserted in the device to adapt the device to a particular application or function. The invention in effect converts the handheld microprocessor device into a healthcare monitoring system that has significant advantages over systems such as the currently available blood glucose monitoring systems. To perform this conversion, the invention includes a microprocessor-based healthcare data management unit, a program cartridge and a monitoring unit.

5,899,855

| 5 | 6 |

When inserted in the handheld microprocessor unit, the program cartridge provides the software necessary (program instructions) to program the handheld microprocessor unit for operation with the microprocessor-based data management unit. Signal communication between the data management unit and the handheld microprocessor unit is established by an interface cable. A second interface cable can be used to establish signal communication between the data management unit and the monitoring unit or, alternatively, the monitoring unit can be constructed as a plug-in unit having an electrical connector that mates with a connector mounted within a region that is configured for receiving the monitoring unit.

In operation, the control buttons or keys of the handheld microprocessor-based unit are used to select the operating mode for both the data management unit and the handheld microprocessor-based unit. In response to signals generated by the control buttons or keys, the data management unit generates signals that are coupled to the handheld microprocessor unit and, under control of the program instructions contained in the program cartridge, establish an appropriate screen display on the handheld microprocessor-based unit display. In selecting system operating mode and other operations, the control buttons are used to position a cursor or other indicator in a manner that allows the system user to easily select a desired operating mode or function and provide any other required operator input. In the disclosed detailed embodiment of the invention several modes of operation are made available.

In the currently preferred embodiments of the invention, the handheld microprocessor unit is a compact video game system such as the system manufactured by Nintendo of America Inc. under the trademark "GAME BOY." Use of a compact video game system has several general advantages, including the widespread availability and low cost of such systems. Further, such systems include switch arrangements that are easily adapted for use in the invention and the display units of such systems are of a size and resolution that can advantageously be employed in the practice of the invention. In addition, such systems allow educational or motivational material to be displayed to the system user, with the material being included in the program cartridge that provides the monitor system software or, alternatively, in a separate program cartridge.

The use of a compact video game system for the handheld microprocessor-based unit of the invention is especially advantageous with respect to children. Specifically, the compact video game systems of the type that can be employed in the practice of the invention are well known and well accepted by children. Such devices are easily operated by a child and most children are well accustomed to using the devices in the context of playing video games. Motivational and educational material relating to the use of the invention can be presented in game-like or animated format to further enhance acceptance and use of the invention by children that require self-care health monitoring.

A microprocessor-based health monitoring system that is configured in accordance with the invention provides additional advantages for both the user and a healthcare professional. In accordance with one aspect of the invention, standardized reports are provided to a physician or other healthcare provider by means of facsimile transmission. To accomplish this, the data management unit of the currently preferred embodiments of the invention include a modem which allows test results and other data stored in system memory to be transmitted to a remote clearinghouse via a telephone connection. Data processing arrangements

included in the clearinghouse perform any required additional data processing; format the standardized reports; and, transmit the reports to the facsimile machine of the appropriate healthcare professional.

The clearinghouse also can fill an additional communication need, allowing information such as changes in medication dosage or other information such as modification in the user's monitoring schedule to be electronically sent to a system user. In arrangements that incorporate this particular aspect of the invention, information can be sent to the user via a telephone connection and the data management unit modem when a specific inquiry is initiated by the user, or when the user establishes a telephone connection with the clearinghouse for other purposes such as providing data for standardized reports.

The clearinghouse-facsimile aspect of the invention is important because it allows a healthcare professional to receive timely information about patient condition and progress without requiring a visit by the patient (system user) and without requiring analysis or processing of test data by the healthcare professional. In this regard, the healthcare professional need not possess or even know how to use a computer and/or the software conventionally employed for analysis of blood glucose and other health monitoring data and information.

The invention also includes provision for data analysis and memory storage of information provided by the user and/or the healthcare professional. In particular, the data management units of the currently preferred embodiments of the invention include a data port such as an RS-232 connection that allows the system user or healthcare professional to establish signal communication between the data management unit and a personal computer or other data processing arrangement. Blood glucose test data or other information can then be downloaded for analysis and record keeping purposes. Alternatively, information such as changes in the user's treatment and monitoring regimen can be entered into system memory. Moreover, if desired, remote communication between the data management unit and the healthcare professional's computer can be established using the clearinghouse as an element of the communications link. That is, in the currently preferred arrangements of the invention a healthcare professional has the option of using a personal computer that communicates with the clearinghouse via a modem and telephone line for purposes of transmitting instructions and information to a selected user of the system and/or obtaining user test data and information for subsequent analysis.

The invention can be embodied in forms other than those described above. For example, although small handheld microprocessor-based units such as a handheld video game system or handheld microprocessor-based units of the type often referred to as "palm-top" computers provide many advantages, there are situations in which other compact microprocessor-based units can advantageously be used. Among the various types of units that can be employed are using compact video game systems of the type that employ a program cartridge, but uses a television set or video monitor instead of a display unit that is integrated into the previously described handheld microprocessor-based units.

Those skilled in the art also will recognize that the above-described microprocessor-implemented functions and operations can be apportioned between one or more microprocessors in a manner that differs from the above-described arrangement. For example, in some situations, the programmable microprocessor-based unit and the program

5,899,855

7

cartridge used in practicing the invention may provide memory and signal processing capability that is sufficient for practicing the invention. In such situations, the microprocessor of the microprocessor-based data management unit of the above-described embodiments in effect is moved into the video game system, palm-top, computer or programmable microprocessor device. In such an arrangement, the data management unit can be realized as a relatively simple interface unit that includes little or no signal processing capability. Depending upon the situation at hand, the interface unit may or may not include a telephone modem and/or an RS-232 connection (or other data port) for interconnecting the healthcare system with a computer or other equipment. In other situations, the functions and operations associated with processing of the monitored health care data may be performed by a microprocessor that is added to or already present in the monitoring device that is used to monitor blood glucose or other condition.

Because the invention can be embodied to establish systems having different levels of complexity, the invention satisfies a wide range of self-care health monitoring applications. The arrangements that include a modem (or other signal transmission facility) and sufficient signal processing capability can be employed in situations in which reports are electronically transmitted to a healthcare professional either in hard copy (facsimile) form or in a signal format that can be received by and stored in the healthcare professional's computer. On the other hand, less complex (and, hence, less costly) embodiments of the invention are available for use in which transfer of system information need not be made by means of telephonic data transfer or other remote transmission methods. In these less complex embodiments, transfer of data to a healthcare professional can still be accomplished. Specifically, if the program cartridge includes a battery and suitable program instructions, monitored health-care data can be stored in the program cartridge during use of the system as a healthcare monitor. The data cartridge can then be provided to the healthcare professional and inserted in a programmable microprocessor-based unit that is the same as or similar to that which was used in the healthcare monitoring system. The healthcare professional can then review the data, and record it for later use, and/or can use the data in performing various analyses. If desired, the microprocessor-based unit used by the healthcare professional can be programmed and arranged to allow information to be stored in the cartridge for return to and retrieval by the user of the healthcare monitoring system. The stored information can include messages (e.g., instructions for changes in medication dosage) and/or program instructions for reconfiguring the program included in the cartridge so as to effect changes in the treatment regimen, the analyses or reports to be generated by the healthcare monitoring system, or less important aspects such as graphical presentation presented during the operation of the healthcare system.

## BRIEF DESCRIPTION OF THE DRAWINGS

The foregoing aspects and many of the attendant advantages of this invention will become more readily appreciated as the same becomes better understood by reference to the following detailed description, when taken in conjunction with the accompanying drawings, wherein:

FIG. 1 is a block diagram that illustrates a healthcare monitoring system arranged in accordance with the invention;

FIG. 2 diagrammatically illustrates monitoring systems constructed in accordance with the invention connected in

8

signal communication with a remotely located computing facility which includes provision for making the data supplied by the monitoring system of the invention available to a designated healthcare professional and/or for providing data and instructions to the system user;

FIG. 3 is a block diagram diagrammatically depicting the structural arrangement of the system data management unit and its interconnection with other components of the system, shown in FIG. 1;

FIGS. 4–10 depict typical system screen displays of data and information that can be provided by the arrangements shown in FIGS. 1–3; and

FIG. 11 diagrammatically illustrates an alternative health-care monitoring system that is arranged in accordance with the invention.

## DETAILED DESCRIPTION

FIG. 1 depicts a self-care health monitoring system arranged in accordance with the invention. In the arrangement shown in FIG. 1, a data management unit 10 is electrically interconnected with a handheld microprocessor-based unit 12 via a cable 14. In the depicted arrangement, data management unit 10 also is electrically interconnected with a blood glucose monitor 16 of the type capable of sensing blood glucose level and producing an electrical signal representative thereof. Although FIG. 1 illustrates blood glucose monitor 16 as being connected to data management unit 10 by a cable 18, it may be preferable to construct blood glucose monitor 16 as a plug-in unit that is placed in a recess or other suitable opening or slot in data management unit 10. Regardless of the manner in which blood glucose monitor 16 is interconnected with data management unit 10, both that interconnection and cable 14 are configured for serial data communication between the interconnected devices.

Also shown in FIG. 1 are two additional monitoring devices 20 and 22, which are electrically connected for serial data communication with data management unit 10 via cables 24 and 26, respectively. Monitoring units 20 and 22 of FIG. 1 represent devices other than blood glucose monitor 16 that can be used to configure the invention for self-care health monitoring applications other than (or in addition to) diabetes care. For example, as is indicated in FIG. 1, the monitoring device 20 can be a peak-flow meter that provides a digital signal representative of the airflow that results when a person suffering from asthma or another chronic respiratory affliction expels a breath of air through the meter. As is indicated by monitor 22 of FIG. 1, various other devices can be provided for monitoring conditions such as blood pressure, pulse, and body temperature to thereby realize systems for self-care monitoring and control of conditions such as hypertension, certain heart conditions and various other afflictions and physical conditions. Upon understanding the hereinafter discussed aspects and features of the invention it will be recognized that the invention is easily implemented for these and other types of healthcare monitoring. In particular, monitors used in the practice of the invention can be arranged in a variety of ways as long as the data to be recorded or otherwise employed by handheld microprocessor unit 12 and/or data management unit 10 is provided in serial format in synchronization with clock signals provided by data management unit 10. As is the case with blood glucose monitor 16, the additional monitors can be configured as plug-in units that are directly received by data management unit 10, or can be connected to data management unit 10 with cables (as shown in FIG. 1).

5,899,855

9

As is shown in FIG. 1, handheld microprocessor unit **12** includes a display screen **28** and a plurality of switches or keys (**30, 32, 34, 36,** and **38** in FIG. 1), which are mounted on a housing **40**. Located in the interior of housing **40**, but not shown in FIG. 1, are a microprocessor, memory circuits, and circuitry that interfaces switches **30, 32, 34, 36** and **38** with the microprocessor. Stored in the memory of program handheld microprocessor unit **12** is a set of program instructions that establishes a data protocol that allows handheld microprocessor unit **12** to perform digital data signal processing and generate desired data or graphics for display on display unit **28** when a program cartridge **42** is inserted in a slot or other receptacle in housing **40**. That is, program cartridge **42** of FIG. 1 includes read-only memory units (or other memory means such as battery-powered random access memory) which store program instructions and data that adapt handheld microprocessor **12** for operation in a blood glucose monitoring system. More specifically, when the instructions and data of program cartridge **42** are combined with program instructions and data included in the internal memory circuits of handheld microprocessor unit **12**, handheld microprocessor unit **12** is programmed for processing and displaying blood glucose information in the manner described below and additional monitors **22** to provide health monitoring for asthma and various other previously mentioned chronic conditions. In each case, the plurality of switches or keys (**30, 32, 34, 36,** and **38** in FIG. 1) are selectively operated to provide signals that result in pictorial and/or alphanumeric information being displayed by display unit **42**.

Various devices are known that meet the above-set forth description of handheld microprocessor unit **12**. For example, compact devices are available in which the plurality of keys allows alphanumeric entry and internal memory is provided for storing information such as names, addresses, phone numbers, and an appointment calendar. Small program cartridges or cards can be inserted in these devices to program the device for various purposes such as the playing of games, spreadsheet application, and foreign language translation sufficient for use in travel. More recently, less compact products that have more extensive computational capability and are generally called "palm top computers" have been introduced into the marketplace. These devices also can include provision for programming the device by means of an insertable program card or cartridge.

The currently preferred embodiments of the invention are configured and arranged to operate in conjunction with yet another type of handheld microprocessor unit. Specifically, in the currently preferred embodiments of the invention, program cartridge **42** is electrically and physically compatible with commercially available compact video game systems, such as the system manufactured by Nintendo of America Inc. under the trademark "GAME BOY." Configuring data management unit **10** and program cartridge **42** for operation with a handheld video game system has several advantages. For example, the display unit of such a device provides display resolution that allows the invention to display both multi-line alphanumeric information and graphical data. In this regard, the 160×144 pixel dot matrix-type liquid crystal display screen currently used in the above-referenced compact video game systems provides sufficient resolution for at least six lines of alphanumeric text, as well as allowing graphical representation of statistical data such as graphical representation of blood glucose test results for a day, a week, or longer.

Another advantage of realizing handheld microprocessor unit **12** in the form of a compact video game system is the

10

relatively simple, yet versatile arrangement of switches that is provided by such a device. For example, as is indicated in FIG. 1, a compact video game system includes a control pad **30** that allows an object displayed on display unit **42** to be moved in a selected direction (i.e., up-down or left-right). As also is indicated in FIG. 1, compact video game systems typically provide two pair of distinctly-shaped push button switches. In the arrangement shown in FIG. 1, a pair of spaced-apart circular push button switches (**36** and **38**) and a pair of elongate switches (**32** and **34**) are provided. The functions performed by the two pairs of switches is dependent upon the program instructions contained in each program cartridge **42**.

Yet another advantage of utilizing a compact video game system for handheld microprocessor-based unit **12** of FIG. 1 is the widespread popularity and low cost of such units. In this regard, manufacture and sale of a data management unit **10**, blood glucose monitor **16** and program cartridge **42** that operate in conjunction with a compact microprocessor-based video allows the self-care health monitoring system of FIG. 1 to be manufactured and sold at a lower cost than could be realized in an arrangement in which handheld unit **12** is designed and manufactured solely for use in the system of FIG. 1.

An even further advantage of using a compact video game system for handheld microprocessor **12** is that such video game systems include means for easily establishing the electrical interconnection provided by cable **14** in FIG. 1. In particular, such compact video game systems include a connector mounted to the game unit housing (**40** in FIG. 1) and a cable that can be connected between the connectors of two video game units to allow interactive operation of the two interconnected units (i.e., to allow contemporaneous game play by two players or competition between players as they individually play identical but separate games). In the preferred embodiments of the invention, the "two-player" cable supplied with the compact video game unit being used as handheld microprocessor unit **12** is used as cable **14** to establish serial data communication between the handheld microprocessor unit **12** (compact video game system) and data management unit **10**. In these preferred embodiments, the program instructions stored on the memory of data management unit **10** and program cartridge **42** respectively program data management unit **10** and the compact video game system (i.e., handheld microprocessor unit **12**) for interactive operation in which switches **30, 32, 34, 36** and **38** are used to control the operation of data management unit **10** (e.g., to select a particular operational mode such as performance of a blood glucose test or the display of statistical test data and, in addition, to control operation such as selection of an option during operation of the system in a particular operational mode). In each operational mode, data management unit **10** processes data in accordance with program instructions stored in the memory circuits of data management unit **10**. Depending upon the operational mode selected by the user, data is supplied to data management unit **10** by blood glucose monitor **16**, by additional monitors (**20** and **22** in FIG. 1) or any interconnected computers or data processing facility (such as the hereinafter described user's computer **48** and clearinghouse **54** of FIG. 1). During such operation, mode switches **30, 32, 34, 36** and **38** are selectively activated so that signals are selectively coupled to the video game system (handheld microprocessor unit **12**) and processed in accordance with program instructions stored in program cartridge **42**. The signal processing performed by handheld microprocessor unit **12** results in the display of alphanumeric, symbolic, or graphic information on the video

5,899,855

11                                                    12

game display screen (i.e., display unit **28** in FIG. **1**), which allow the user to control system operation and obtain desired test results and other information.

Although the above-discussed advantages apply to use of the invention by all age groups, employing a compact video game system in the practice of the invention is of special significance in monitoring a child's blood glucose or other health parameters. Children and young adults are familiar with compact video game systems. Thus, children will accept a health monitoring system incorporating a compact video game system more readily than a traditional system, even an embodiment of the invention that uses a different type of handheld microprocessor unit. Moreover, an embodiment of the invention that functions in conjunction with a compact video game system can be arranged to motivate children to monitor themselves more closely than they might otherwise by incorporating game-like features and/or animation in system instruction and test result displays. Similarly, the program instructions can be included in program cartridges **41**, **42** and **43** (or additional cartridges) that allow children to select game-like displays that help educate the child about his or her condition and the need for monitoring.

With continued reference to FIG. **1**, data management unit **10** of the currently preferred embodiments of the invention includes a data port **44** that allows communication between data management unit **10** and a personal computer **48** (or other programmable data processor). In the currently preferred embodiments of the invention, data port **44** is an RS-232 connection that allows serial data communication between data management unit **10** and personal computer **48**. In the practice of the invention, personal computer **48** can be used to supplement data management unit **10** by, for example, performing more complex analyses of blood glucose and other data that has been supplied to and stored in the memory circuits of data management unit **10**. With respect to embodiments of the invention configured for use by a child, personal computer **48** can be used by a parent or guardian to review and analyze the child's progress and to produce printed records for subsequent review by a health-care professional. Alternatively, personal computer **48** can be used to supply data to data management unit **10** that is not conveniently supplied by using handheld microprocessor switches **30**, **32**, **34**, **36** and **38** as an operator interface to the system shown in FIG. **1**. For example, some embodiments of the invention may employ a substantial amount of alphanumeric information that must be entered by the system user. Although it is possible to enter such data by using switches **30**, **32**, **34**, **36** and **38** in conjunction with menus and selection screens displayed on display screen **28** of FIG. **1**, it may be more advantageous to use a device such as personal computer **48** for entry of such data. However, if personal computer **48** is used in this manner, some trade-off of system features may be required because data management unit **10** must be temporarily interconnected with personal computer **48** during these operations. That is, some loss of system mobility might result because a suitably programmed personal computer would be needed at each location at which data entry or analysis is to occur.

As is indicated in FIG. **1**, data management unit **10** of the currently preferred embodiments of the invention also includes a modem that allows data communication between data management unit **10** and a remote computing facility identified in FIG. **1** as clearinghouse **54** via a conventional telephone line (indicated by reference numeral **50** in FIG. **1**) and a modem **52** that interconnects clearinghouse **54** and telephone line **50**. As shall be described in more detail,

clearinghouse computing facility **54** facilitates communication between a user of the system shown in FIG. **1** and his or her healthcare professional and can provide additional services such as updating system software. As is indicated by facsimile machine **55** of FIG. **1**, a primary function of clearinghouse **54** is providing the healthcare professional with standardized reports **56**, which indicate both the current condition and condition trends of the system user. Although a single facsimile machine **55** is shown in FIG. **1**, it will be recognized that numerous healthcare professionals (and hence facsimile machine **55**) can be connected in signal communication with a clearinghouse **54**.

Regardless of whether a compact video game system, another type of commercially available handheld microprocessor-based unit, or a specially designed unit is used, the preferred embodiments of FIG. **1** provide a self-care blood glucose monitoring system in which program cartridge **42**: (a) adapts handheld microprocessor unit **12** for displaying instructions for performing the blood glucose test sequence and associated calibration and test procedures; (b) adapts handheld microprocessor unit **12** for displaying (graphically or alphanumerically) statistical data such as blood glucose test results taken during a specific period of time (e.g., a day, week, etc.); (c) adapts handheld microprocessor unit **12** for supplying control signals and signals representative of food intake or other useful information to data management unit **10**; (d) adapts handheld microprocessor unit **12** for simultaneous graphical display of blood glucose levels with information such as food intake; and, (e) adapts handheld microprocessor unit **12** for displaying information or instructions from a healthcare professional that are coupled to data management unit **10** from a clearinghouse **54**. The manner in which the arrangement of FIG. **1** implements the above-mentioned functions and others can be better understood with reference to FIGS. **2** and **3**.

Referring first to FIG. **2**, clearinghouse **54** receives data from a plurality of self-care microprocessor-based health-care systems of the type shown in FIG. **1**, with the individual self-care health monitoring systems being indicated in FIG. **2** by reference numeral **58**. Preferably, the data supplied to clearinghouse **54** by each individual self-care health monitoring system **58** consists of "raw data," i.e., test results and related data that was stored in memory circuits of data management unit **10**, without further processing by data management unit **10**. For example, with respect to the arrangement shown in FIG. **1**, blood glucose test results and associated data such as food intake information, medication dosage and other such conditions are transmitted to clearinghouse **54** and stored with a digitally encoded signal that identifies both the source of the information (i.e., the system user or patient) and those having access to the stored information (i.e., the system user's doctor or other healthcare professional).

As shall be recognized upon understanding the manner in which it operates, clearinghouse **54** can be considered to be a central server for the various system users (**58** in FIG. **2**) and each healthcare professional **60**. In that regard, clearinghouse **54** includes conventionally arranged and interconnected digital processing equipment (represented in FIG. **2** by digital signal processor **57**) which receives digitally encoded information from a user **58** or healthcare professional **60**; processes the information as required; stores the information (processed or unprocessed) in memory if necessary; and, transmits the information to an intended recipient (i.e., user **58** or healthcare professional **60**).

In FIG. **2**, rectangular outline **60** represents one of numerous remotely located healthcare professionals who can uti-

5,899,855

13

lize clearinghouse **54** and the arrangement described relative to FIG. 1 in monitoring and controlling patient healthcare programs. Shown within outline **60** is a computer **62** (e.g., personal computer), which is coupled to clearinghouse **54** by means of a modem (not shown in FIG. 2) and a telephone line **64**. Also shown in FIG. 2 is the previously mentioned facsimile machine **55**, which is coupled to clearinghouse **54** by means of a second telephone line **68**. Using the interface unit of computer **62** (e.g., a keyboard or pointing device such as a mouse), the healthcare professional can establish data communication between computer **62** and clearinghouse **54** via telephone line **64**. Once data communication is established between computer **62** and clearinghouse **54**, patient information can be obtained from clearinghouse **54** in a manner similar to the manner in which subscribers to various database services access and obtain information. In particular, the healthcare professional can transmit an authorization code to clearinghouse **54** that identifies the healthcare professional as an authorized user of the clearinghouse and, in addition, can transmit a signal representing the patient for which healthcare information is being sought. As is the case with conventional database services and other arrangements, the identifying data is keyed into computer **62** by means of a conventional keyboard (not shown in FIG. 2) in response to prompts that are generated at clearinghouse **54** for display by the display unit of computer **62** (not shown in FIG. 2).

Depending upon the hardware and software arrangement of clearinghouse **54** and selections made by the healthcare professional via computer **62**, patient information can be provided to the healthcare professional in different ways. For example, computer **62** can be operated to access data in the form that it is stored in the memory circuits of clearinghouse **54** (i.e., raw data that has not been processed or altered by the computational or data processing arrangements of clearinghouse **54**). Such data can be processed, analyzed, printed and/or displayed by computer **62** using commercially available or custom software. On the other hand, various types of analyses may be performed by clearinghouse **54** with the results of the analyses being transmitted to the remotely located healthcare professional **60**. For example, clearinghouse **54** can process and analyze data in a manner identical to the processing and analysis provided by the self-care monitoring system of FIG. 1. With respect to such processing and any other analysis and processing provided by clearinghouse **54**, results expressed in alphanumeric format can be sent to computer **62** via telephone line **64** and the modem associated with computer **62**, with conventional techniques being used for displaying and/or printing the alphanumeric material for subsequent reference.

The arrangement of FIG. 2 also allows the healthcare professional to send messages and/or instructions to each patient via computer **62**, telephone line **64**, and clearinghouse **54**. In particular, clearinghouse **54** can be programmed to generate a menu that is displayed by computer **62** and allows the healthcare professional to select a mode of operation in which information is to be sent to clearinghouse **54** for subsequent transmission to a user of the system described relative to FIG. 1. This same menu (or related submenus) can be used by the healthcare professional to select one or more modes of operation of the above-described type in which either unmodified patient data or the results of data that has been analyzed by clearinghouse **54** is provided to the healthcare provider via computer **62** and/or facsimile machine **55**.

In the currently contemplated arrangements, operation of the arrangement of FIG. 2 to provide the user of the

14

invention with messages or instructions such as changes in medication or other aspects of the healthcare program is similar to the operation that allows the healthcare professional to access data sent by a patient, i.e., transmitted to clearinghouse **54** by a data management unit **10** of FIG. 1. The process differs in that the healthcare professional enters the desired message or instruction via the keyboard or other interface unit of computer **62**. Once the data is entered and transmitted to clearinghouse **54**, it is stored for subsequent transmission to the user for whom the information or instruction is intended.

With respect to transmitting stored messages or instructions to a user of the invention, at least two techniques are available. The first technique is based upon the manner in which operational modes are selected in the practice of the invention. Specifically, in the currently preferred embodiments of the invention, program instructions that are stored in data management unit **10** and program cartridge **42** cause the system of FIG. 1 to generate menu screens which are displayed by display unit **28** of handheld microprocessor unit **12**. The menu screens allow the system user to select the basic mode in which the system of FIG. 1 is to operate and, in addition, allow the user to select operational subcategories within the selected mode of operation. Various techniques are known to those skilled in the art for displaying and selecting menu items. For example, in the practice of this invention, one or more main menus can be generated and displayed which allow the system user to select operational modes that may include: (a) a monitor mode (e.g., monitoring of blood glucose level); (b) a display mode (e.g., displaying previously obtained blood glucose test results or other relevant information); (c) an input mode (e.g., a mode for entering data such as providing information that relates to the healthcare regimen, medication dosage, food intake, etc.); and, (d) a communications mode (for establishing a communication link between data management unit **10** and personal computer **48** of FIG. 1; or between data management unit **10** and a remote computing facility such as clearinghouse **54** of FIG. 2).

In embodiments of the invention that employ a compact video game system for handheld microprocessor unit **12**, the selection of menu screens and the selection of menu screen items preferably is accomplished in substantially the same manner as menu screens and menu items are selected during the playing of a video game. For example, the program instructions stored in data management unit **10** and program cartridge **42** of the arrangement of FIG. 1 can be established so that a predetermined one of the compact video game switches (e.g., switch **32** in FIG. 1) allows the system user to select a desired main menu in the event that multiple main menus are employed. When the desired main menu is displayed, operation by the user of control pad **30** allows a cursor or other indicator that is displayed on the menu to be positioned adjacent to or over the menu item to be selected. Activation of a switch (e.g., switch **36** of the depicted handheld microprocessor unit **12**) causes the handheld microprocessor unit **12** and/or data management unit **10** to initiate the selected operational mode or, if selection of operational submodes is required, causes handheld microprocessor unit **12** to display a submenu.

In view of the above-described manner in which menus and submenus are selected and displayed, it can be recognized that the arrangement of FIG. 1 can be configured and arranged to display a menu or submenu item that allows the user to obtain and display messages or instructions that have been provided by a healthcare professional and stored in clearinghouse **54**. For example, a submenu that is generated

5,899,855

15                                                                    16

upon selection of the previously mentioned communications mode can include submenu items that allow the user to select various communication modes, including a mode in which serial data communication is established between data management unit **10** and clearinghouse **54** and data management unit **10** transmits a message status request to clearinghouse **54**. When this technique is used, the data processing system of clearinghouse **54** is programmed to search the clearinghouse memory to determine whether a message exists for the user making the request. Any messages stored in memory for that user are then transmitted to the user and processed for display on display unit **28** of handheld microprocessor unit **12**. If no messages exist, clearinghouse **54** transmits a signal that causes display unit **28** to indicate "no messages." In this arrangement, clearinghouse **54** preferably is programmed to store a signal indicating that a stored message has been transmitted to the intended recipient (user). Storing such a signal allows the healthcare professional to determine that messages sent to clearinghouse **54** for forwarding to a patient have been transmitted to that patient. In addition, the program instructions stored in data management unit **10** of FIG. **1** preferably allow the system user to designate whether received messages and instructions are to be stored in the memory of data management unit **10** for subsequent retrieval or review. In addition, in some instances it may be desirable to program clearinghouse **54** and data management unit **10** so that the healthcare professional can designate (i.e., flag) information such as changes in medication that will be prominently displayed to the user (e.g., accompanied by a blinking indicator) and stored in the memory of data management unit **10** regardless of whether the system user designates the information for storage.

A second technique that can be used for forwarding messages or instructions to a user does not require the system user to select a menu item requesting transmission by clearinghouse **54** of messages that have been stored for forwarding to that user. In particular, clearinghouse **54** can be programmed to operate in a manner that either automatically transmits stored messages for that user when the user operates the system of FIG. **1** to send information to the clearinghouse or programmed to operate in a manner that informs the user that messages are available and allows the user to access the messages when he or she chooses to do so.

Practicing the invention in an environment in which the healthcare professional uses a personal computer in some or all of the above-discussed ways can be very advantageous. On the other hand, the invention also provides healthcare professionals timely information about system users without the need for a computer (**62** in FIG. **2**) or any equipment other than a conventional facsimile machine (**55** in FIGS. **1** and **2**). Specifically, information provided to clearinghouse **54** by a system user **58** can be sent to a healthcare professional **60** via telephone line **68** and facsimile machine **55**, with the information being formatted as a standardized graphic or textual report (**56** in FIG. **1**). Formatting a standardized report **56** (i.e., analyzing and processing data supplied by blood glucose monitor **16** or other system monitor or sensor) can be effected either by data management unit **10** or within the clearinghouse facility **54**. Moreover, various standardized reports can be provided (e.g., the textual and graphic displays discussed below relating to FIGS. **6–10**). Preferably, the data processing arrangement included in clearinghouse **54** allows each healthcare professional **60** to select which of several standardized reports will be routinely transmitted to the healthcare professionals' facsimile machine **55**, and, to do so on a patient-by-patient (user-by-user) basis.

FIG. **3** illustrates the manner in which data management unit **10** is arranged and interconnected with other system components for effecting the above-described operational aspects of the invention and additional aspects that are described relative to FIGS. **4–10**. As is symbolically indicated in FIG. **3**, handheld microprocessor unit **12** and blood glucose monitor **16** are connected to a dual universal asynchronous receiver transmitter **70** (e.g., by cables **14** and **18** of FIG. **1**, respectively). As also is indicated in FIG. **3** when a system user connects a personal computer **48** (or other programmable digital signal processor) to data port **44**, signal communication is established between personal computer **48** and a second dual universal asynchronous receiver transmitter **72** of data management unit **10**. Additionally, dual universal asynchronous receiver transmitter **72** is coupled to modem **46** so that data communication can be established between data management unit **10** and a remote clearinghouse **54** of FIGS. **1** and **2**.

Currently preferred embodiments of data management unit **10** include a plurality of signal sensors **74**, with an individual signal sensor being associated with each device that is (or may be) interconnected with data management unit **10**. As previously discussed and as is indicated in FIG. **3**, these devices include handheld microprocessor unit **12**, blood glucose monitor **16**, personal computer **48**, remote computing facility **54** and, in addition, peak-flow meter **20** or other additional monitoring devices **22**. Each signal sensor **74** that is included in data management unit **10** is electrically connected for receiving a signal that will be present when the device with which that particular signal sensor is associated is connected to data management unit **10** and, in addition, energized (e.g., turned on). For example, in previously mentioned embodiments of the invention in which data port **44** is an RS-232 connection, the signal sensor **74** that is associated with personal computer **48** can be connected to an RS-232 terminal that is supplied power when a personal computer is connected to data port **44** and the personal computer is turned on. In a similar manner, the signal sensor **74** that is associated with clearinghouse **54** can be connected to modem **46** so that the signal sensor **74** receives an electrical signal when modem **46** is interconnected to a remote computing facility (e.g., clearinghouse **54** of FIG. **2**) via a telephone line **50**.

In the arrangement of FIG. **3**, each signal sensor **74** is a low power switch circuit (e.g., a metal-oxide semiconductor field-effect transistor circuit), which automatically energizes data management unit **10** whenever any one (or more) of the devices associated with signal sensors **74** is connected to data management unit **10** and is energized. Thus, as is indicated in FIG. **3** by signal path **76**, each signal sensor **74** is interconnected with power supply **78**, which supplies operating current to the circuitry of data management unit **10** and typically consists of one or more small batteries (e.g., three AAA alkaline cells).

The microprocessor and other conventional circuitry that enables data management unit **10** to process system signals in accordance with stored program instructions is indicated in FIG. **3** by central processing unit (CPU) **80**. As is indicated in FIG. **3** by interconnection **82** between CPU **80** and battery **78**, CPU **80** receives operating current from power supply **78**, with power being provided only when one or more of the signal sensors **74** are activated in the previously described manner. A clock/calendar circuit **84** is connected to CPU **80** (via signal path **86** in FIG. **3**) to allow time and date tagging of blood glucose tests and other information. Although not specifically shown in FIG. **3**, operating power is supplied to clock/calendar **84** at all times.

5,899,855

17

In operation, CPU 80 receives and sends signals via a data bus (indicated by signal path 88 in FIG. 3) which interconnects CPU 80 with dual universal asynchronous receiver transmitters 70 and 72. The data bus 88 also interconnects CPU 80 with memory circuits which, in the depicted embodiment, include a system read-only memory (ROM) 90, a program random access memory (RAM) 92, and an electronically erasable read-only memory (EEROM) 94. System ROM 90 stores program instructions and any data required in order to program data management unit 10 so that data management unit 10 and a handheld microprocessor unit 12 that is programmed with a suitable program cartridge 72 provide the previously discussed system operation and, in addition, supervise operation of the type described relative to FIGS. 4–10. During operation of the system, program RAM 92 provides memory space that allows CPU 80 to carry out various operations that are required for sequencing and controlling the operation of the system of FIG. 1. In addition, RAM 92 can provide memory space that allows external programs (e.g., programs provided by clearinghouse 54) to be stored and executed. EEROM 94 allows blood glucose test results and other data information to be stored and preserved until the information is no longer needed (i.e., until purposely erased by operating the system to provide an appropriate erase signal to EEROM 94).

FIGS. 4–10 illustrate typical screen displays that are generated by the arrangement of the invention described relative to FIGS. 1–3. Reference will first be made to FIGS. 4 and 5, which exemplify screen displays that are associated with operation of the invention in the blood glucose monitoring mode. Specifically, in the currently preferred embodiments of the invention, blood glucose monitor 16 operates in conjunction with data management unit 10 and handheld microprocessor unit 12 to: (a) perform a test or calibration sequence in which tests are performed to confirm that the system is operating properly; and, (b) perform the blood glucose test sequence in which blood glucose meter 16 senses the user's blood glucose level. Suitable calibration procedures for blood glucose monitors are known in the art. For example, blood glucose monitors often are supplied with a "code strip," that is inserted in the monitor and results in a predetermined value being displayed and stored in memory at the conclusion of the code strip calibration procedure. When such a code strip calibration procedure is used in the practice of the invention, the procedure is selected from one of the system menus. For example, if the system main menu includes a "monitor" menu item, a submenu displaying system calibration options and an option for initiating the blood glucose test may be displayed when the monitor menu item is selected. When a code strip option is available and selected, a sequence of instructions is generated and displayed by display screen 28 of handheld microprocessor unit 12 to prompt the user to insert the code strip and perform all other required operations. At the conclusion of the code strip calibration sequence, display unit 28 of handheld microprocessor unit 12 displays a message indicating whether or not the calibration procedure has been successfully completed. For example, FIG. 4 illustrates a screen display that informs the system user that the calibration procedure was not successful and that the code strip should be inserted again (i.e., the calibration procedure is to be repeated). As is indicated in FIG. 4, display screens that indicate a potential malfunction of the system include a prominent message such as the "Attention" notation included in the screen display of FIG. 4.

As previously indicated, the blood glucose test sequence that is employed in the currently preferred embodiment of

18

the invention is of the type in which a test strip is inserted in a receptacle that is formed in the blood glucose monitor. A drop of the user's blood is then applied to the test strip and a blood glucose sensing sequence is initiated. When the blood glucose sensing sequence is complete, the user's blood glucose level is displayed.

In the practice of the invention, program instructions stored in data management unit 10 (e.g., system ROM 90 of FIG. 3) and program instructions stored in program cartridge 42 of handheld microprocessor unit 12 cause the system to display step-by-step monitoring instructions to the system user and, in addition, preferably result in display of diagnostic messages if the test sequence does not proceed in a normal fashion. Although currently available self-contained microprocessor-based blood glucose monitors also display test instruction and diagnostic messages, the invention provides greater message capacity and allows multi-line instructions and diagnostic messages that are displayed in easily understood language rather than cryptic error codes and abbreviated phraseology that is displayed one line or less at a time. For example, as is shown in FIG. 5, the complete results of a blood glucose test (date, time of day, and blood glucose level in milligrams per deciliter) can be concurrently displayed by display screen 28 of handheld microprocessor unit 12 along with an instruction to remove the test strip from blood glucose monitor 16. As previously mentioned, when the blood glucose test is complete, the time and date tagged blood glucose test result is stored in the memory circuits of data management unit 10 (e.g., stored in EEPROM 94 of FIG. 3).

The arrangement shown and described relative to FIGS. 1–3 also is advantageous in that data relating to food intake, concurrent medication dosage and other conditions easily can be entered into the system and stored with the time and date tagged blood glucose test result for later review and analysis by the user and/or his or her healthcare professional. Specifically, a menu generated by the system at the beginning or end of the blood glucose monitoring sequence can include items such as "hypoglycemic" and "hyperglycemic," which can be selected using the switches of handheld microprocessor unit 12 (e.g., operation of control pad 30 and switch 36 in FIG. 1) to indicate the user was experiencing hypoglycemic or hyperglycemic symptoms at the time of monitoring blood glucose level. Food intake can be quantitatively entered in terms of "Bread Exchange" units or other suitable terms by, for example, selecting a food intake menu item and using a submenu display and the switches of handheld microprocessor 12 to select and enter the appropriate information. A similar menu item—submenu selection process also can be used to enter medication data such as the type of insulin used at the time of the glucose monitoring sequence and the dosage.

As was previously mentioned, program instructions stored in data management unit 10 and program instructions stored in program cartridge 42 of handheld microprocessor unit 12 enable the system to display statistical and trend information either in a graphic or alphanumeric format. As is the case relative to controlling other operational aspects of the system, menu screens are provided that allow the system user to select the information that is to be displayed. For example, in the previously discussed embodiments in which a system menu includes a "display" menu item, selection of the menu item results in the display of one or more submenus that list available display options. For example, in the currently preferred embodiments, the user can select graphic display of blood glucose test results over a specific period of time, such as one day, or a particular week. Such selection

5,899,855

19                                                                    20

results in displays of the type shown in FIGS. 6 and 7, respectively. When blood glucose test results for a single day are displayed (FIG. 6), the day of the week and date can be displayed along with a graphic representation of changes in blood glucose level between the times at which test results were obtained. In the display of FIG. 6, small icons identify points on the graphic representation that correspond to the blood glucose test results (actual samples). Although not shown in FIG. 6, coordinate values for blood glucose level and time of day can be displayed if desired. When the user chooses to display a weekly trend graph (FIG. 7), the display generated by the system is similar to the display of a daily graph, having the time period displayed in conjunction with a graph that consists of lines interconnecting points that correspond to the blood glucose test results.

The screen display shown in FIG. 8 is representative of statistical data that can be determined by the system of FIG. 1 (using conventional computation techniques) and displayed in alphanumeric format. As previously mentioned, such statistical data and information in various other textual and graphic formats can be provided to a healthcare professional (60 in FIG. 2) in the form of a standardized report 56 (FIG. 1) that is sent by clearinghouse 54 to facsimile machine 55. In the exemplary screen display of FIG. 8, statistical data for blood glucose levels over a period of time (e.g., one week) or, alternatively, for a specified number of monitoring tests, is provided. In the exemplary display of FIG. 8, the system (data management unit 10 or clearinghouse 54) also calculates and displays (or prints) the average blood glucose level and the standard deviation. Displayed also is the number of blood glucose test results that were analyzed to obtain the average and the standard deviation; the number of test results under a predetermined level (50 milligrams per deciliter in FIG. 8); and the number of blood glucose tests that were conducted while the user was experiencing hypoglycemic symptoms. As previously noted, in the preferred embodiments of the invention, a screen display that is generated during the blood glucose monitoring sequence allows the user to identify the blood sample being tested as one taken while experiencing hyperglycemic or hypoglycemic symptoms and, in addition, allows the user to specify other relevant information such as food intake and medication information.

The currently preferred embodiments of the invention also allow the user to select a display menu item that enables the user to sequentially address, in chronological order, the record of each blood glucose test. As is indicated in FIG. 9, each record presented to the system user includes the date and time at which the test was conducted, the blood glucose level, and any other information that the user provided. For example, the screen display of FIG. 9 indicates that the user employed handheld microprocessor unit 12 as an interface to enter data indicating use of 12.5 units of regular insulin; 13.2 units of "NPH" insulin; food intake of one bread exchange unit; and pre-meal hypoglycemic symptoms.

Use of data management unit 10 in conjunction with handheld microprocessor unit 12 also allows display (or subsequent generation of a standardized report 56) showing blood glucose test results along with food intake and/or medication information. For example, shown in FIG. 10 is a daily graph in which blood glucose level is displayed in the manner described relative to FIG. 6. Related food intake and medication dosage is indicated directly below contemporaneous blood glucose levels by vertical bar graphs.

It will be recognized by those skilled in the art that the above-described screen displays and system operation can readily be attained with conventional programming tech-

niques of the type typically used in programming microprocessor arrangements. It also will be recognized by those skilled in the art that various other types of screen displays can be generated and, in addition, that numerous other changes can be made in the embodiments described herein without departing from the scope and the spirit of the invention.

It will also be recognized by those skilled in the art that the invention can be embodied in forms other than the embodiments described relative to FIGS. 1–10. For example, the invention can employ compact video game systems that are configured differently than the previously discussed handheld video game systems and palm-top computers. More specifically, as is shown in FIG. 11, a self-care health monitoring system arranged in accordance with the invention can employ a compact video game system of the type that includes one or more controllers 100 that are interconnected to a game console 102 via cable 104. As is indicated in FIG. 11, game console 102 is connected to a video monitor or television 106 by means of a cable 108. Although differing in physical configuration, controller 100, game console 102 and the television or video monitor 106 collectively function in the same manner as the handheld microprocessor 12 of FIG. 1. In that regard, a program cartridge 42 is inserted into a receptacle contained in game console 102, with program cartridge 42 including stored program instructions for controlling microprocessor circuitry that is located inside game console 102. Controller 100 includes a control pad or other device functionally equivalent to control pad 30 of FIG. 1 and switches that functionally correspond to switches 32–38 of FIG. 1.

Regardless of whether the invention is embodied with a handheld microprocessor unit (FIG. 1) or an arrangement such as the compact video game system (FIG. 11), in some cases it is both possible and advantageous to apportion the signal processing functions and operations differently than was described relative to FIGS. 1–10. For example, in some situations, the microprocessor-based unit that is programmed by a card or cartridge (e.g., handheld unit 12 of FIG. 1 or compact video game console 102 of FIG. 11) includes memory and signal processing capability that allows the microprocessor to perform all or most of the functions and operations attributed to data management unit 10 of the embodiments discussed relative to FIGS. 1–10. That is, the digitally encoded signal supplied by blood glucose monitor 16 (or one of the other monitors 20 and 22 of FIG. 1) can be directly coupled to the microprocessor included in game console 102 of FIG. 11 or handheld microprocessor 12 of FIG. 1. In such an arrangement, the data management unit is a relatively simple signal interface (e.g., interface unit 110 of FIG. 11), the primary purpose of which is carrying signals between the blood glucose monitor 16 (or other monitor) and the microprocessor of game console 102 (FIG. 11) or handheld unit 12 (FIG. 1). In some situations, the interface unit may consist primarily or entirely of a conventional cable arrangement such as a cable for interconnection between RS232 data ports or other conventional connection arrangements. On the other hand, as is shown in FIG. 11, signal interface 110 can either internally include or be connected to a modem 52, which receives and transmits signals via a telephone line 50 in the manner described relative to FIGS. 1 and 2.

It also should be noted that all or a portion of the functions and operations attributed to data management unit 10 of FIG. 1 can be performed by microprocessor circuitry located in blood glucose monitor 16 (or other monitor that is used with the system). For example, a number of commercially

5,899,855

21                                                      22

available blood glucose monitors include a clock/calendar circuit of the type described relative to FIG. 3 and, in addition, include microprocessor circuitry for generating visual display signals and signals representative of both current and past values of monitored blood glucose level. Conventional programming and design techniques can be employed to adapt such commercially available units for the performance of the various functions and operations attributed in the above discussion of FIGS. 1–11 to data management unit 10 and/or the microprocessors of handheld unit 12 and compact video console 102. In arrangements in which the blood glucose monitor (or other system monitor) includes a microprocessor that is programmed to provide signal processing in the above-described manner, the invention can use a signal interface unit 110 of the above-described type. That is, depending upon the amount of signal processing effected by the monitoring unit (e.g., blood glucose monitor 16) and the amount of signal processing performed by the microprocessor of video game console 102 (or handheld unit 12), the signal interface required ranges from a conventional cable (e.g., interconnection of RS232 ports) to an arrangement in which signal interface 110 is arranged for signal communication with an internal or external modem (e.g., modem 52 of FIG. 11) or an arrangement in which signal interface 110 provides only a portion of the signal processing described relative to FIGS. 1–10.

The invention also is capable of transmitting information to a remote location (e.g., clearinghouse 54 and/or a remotely located healthcare professional) by means other than conventional telephone lines. For example, a modem (52 in FIGS. 1 and 11) that is configured for use with a cellular telephone system can be employed to transmit the signals provided by the healthcare monitoring system to a remote location via modulated RF transmission. Moreover, the invention can be employed with various digital networks such as recently developed interactive voice, video and data systems such as television systems in which a television and user interface apparatus is interactively coupled to a remote location via coaxial or fiberoptic cable and other transmission media (indicated in FIG. 11 by cable 112, which is connected to television or video monitor 106). In such an arrangement, compact video game controller 100 and the microprocessor of video game console 102 can be programmed to provide the user interface functions required for transmission and reception of signals via the interactive system. Alternatively, the signals provided by video game console 102 (or handheld unit 12 of FIG. 1) can be supplied to the user interface of the interactive system (not shown in FIG. 11) in a format that is compatible with the interactive system and allows the system user interface to be used to control signal transmission between the healthcare system and a remote facility such as clearinghouse 54, FIGS. 1 and 2.

The embodiments of the invention in which an exclusive property or privilege is claimed are defined as follows:

1. A health monitoring system comprising:
   a. one or more monitoring means for monitoring a condition indicative of a person's physical well-being and for producing digitally encoded health signals representative of said monitored condition;
   b. a video display for displaying information;
   c. a programmable microprocessor-based video game unit being connectable in signal communication with;
      1) said video display;
      2) a plurality of switches operable for interactively controlling said microprocessor-based video game unit and for manipulating said information displayed on said video display;

   3) circuit means coupled to said plurality of switches for generating video signals in response to said operation of said switches;
   4) a program storage device;
      A. said program storage device readable by said programmable micro-processor based unit; and
      B. said program storage device tangibly embodying therein a program of instructions executable by said programmable microprocessor-based video game unit to perform method steps for displaying information on said video display in an interactive manner in response to said video signals generated by said circuit means and based upon said digitally encoded health signals;
   d. a signal interface connectable in signal communication with said programmable microprocessor-based video game unit and said monitoring means for coupling said digitally encoded health signals supplied by said monitoring means to said programmable microprocessor-based video game unit; and
   e. sign processing means connectable in signal communication with said signal interface for performing signal processing functions in accordance with said program of instructions.

2. The health monitoring system of claim 1 wherein said monitoring means is a blood glucose monitor that produces digitally encoded health signals representative of a user's blood glucose level.

3. The health monitoring system of claim 1 wherein said signal interface is a microprocessor-based data management unit programmed for encoding said digitally encoded health signals into digital transmission signals based upon said digitally encoded health signals for transmission to a remotely located health care professional and wherein said health monitoring system further comprises means for supplying said digital transmission signals to a medium that provides transmission to a remote location.

4. The health monitoring system of claim 3 further comprising a clearinghouse facility for receiving said digital transmission signals supplied via said medium of transmission, said clearinghouse facility being remotely located from said microprocessor-based video game unit and including signal processing means for converting said digital transmission signals supplied via said medium of transmission into a report that relates to said condition sensed by said monitoring means.

5. The health monitoring system of claim 4 wherein said signal processing means of said clearinghouse facility includes means for transmitting a signal representative of said report to said remotely located healthcare professional.

6. The health monitoring system of claim 1 wherein said programmable microprocessor-based video game unit further includes a receptacle for temporary insertion of an external memory unit, said external memory unit tangibly embodying therein at least one program instruction executable by said programmable microprocessor-based video game unit to perform method steps for causing said programmable microprocessor-based video game unit to read from said program storage device at least a portion of said program of instructions.

7. The health monitoring system of claim 6 wherein at least one of said at least one program instruction of said external memory unit causes said programmable microprocessor-based video game unit to store said digitally encoded health signals representative of said monitored condition in said external memory unit or said program storage device for subsequent access by a health care professional.

5,899,855

23                                                    24

**8**. The health monitoring system of claim **7** wherein said monitoring means is a blood glucose monitor that produces digitally encoded health signals representative of a user's blood glucose level.

**9**. The health monitoring system of claim **6** wherein said programmable microprocessor-based video game unit is responsive to program instructions stored in said external memory unit for supplying encoded transmission signals based upon said digitally encoded health signals representative of said monitored condition of physical well being, said encoded transmission signals being established to allow transmission to a remote location; and wherein said health monitoring system further comprise signal transmission means for supplying said encoded transmission signals representative of said monitored condition of physical well being to a medium that allows transmission of said encoded transmission signals to a desired remote location.

**10**. The health monitoring system of claim **9** wherein said monitoring means is a blood glucose monitor that produces digitally encoded health signals representative of a user's blood glucose level.

**11**. The health monitoring system of claim **9** wherein said remote location is a clearinghouse facility for receiving said encoded transmission signals representative of said monitored condition of physical well being, said clearinghouse facility including signal processing means for converting said encoded transmission signals representative of said monitored condition of physical well being into a report that provides information relating to said monitored condition of physical well being.

**12**. The health monitoring system of claim **11** wherein said signal processing means of said clearinghouse facility further includes means for electronically transmitting said report to a remotely located health care professional.

**13**. The health monitoring system of claim **11** wherein said signals representative of said report is a tele-facsimile transmitted to a facsimile machine located at the health care professional.

**14**. The health monitoring system of claim **6** wherein said monitoring means is a blood glucose monitor that produces digitally encoded health signals representative of a user's blood glucose level.

**15**. The health monitoring system of claim **6** wherein at least one of said at least one program instruction in said external memory unit of said programmable microprocessor-based video game unit cause said circuit means of said programmable microprocessor-based video game unit to generate a video signal for display of one or more menus and further operation of one or more switches of said plurality of switches allows the user of said health monitoring system to control the operation of said programmable microprocessor-based video game unit by selecting an item included in at least one of said one or more menus, said operation controlled by said user with said one or more switches including the processing of said digitally encoded health signals representative of said monitored condition, and the generation of a video signal by said circuit means of said programmable microprocessor-based video game unit.

**16**. The health monitoring system of claim **15** wherein said one or more menus and further operation of said one or more switches allows the user of said self-care health monitoring system to cause the generation of a video signal by said circuit means for the display of graphic and alphanumeric information that is based upon said digitally encoded health signals representative of said monitored condition.

**17**. The health monitoring system of claim **6** wherein said video display is a television set.

**18**. The health monitoring system of claim **1** wherein said video display is a television set.

**19**. The health monitoring system of claim **1** wherein said program of instructions include instructions for generating graphical images on said video display.

**20**. The health monitoring system of claim **19** wherein said graphical images on said video display generate a three-dimensional visual effect.

**21**. The health monitoring system of claim **19** wherein one or more of said displayed graphical images move relative to other of said graphical images or relative to the visual display to create the appearance of motion.

**22**. The health monitoring system of claim **19** wherein said video display provides display resolution of at least 160×144 pixels allowing at least six lines of alphanumeric characters.

**23**. The health monitoring system of claim **1** wherein said video display provides display resolution that allows display of both multi-line alphanumeric information and graphical data.

**24**. The health monitoring of system of claim **1** wherein said video display provides graphical representation of statistical data.

**25**. The health monitoring system of claim **1** wherein said microprocessor-based video game unit includes a control pad that allows an object displayed on said video display to be moved in a selected direction.

**26**. The health monitoring system of claim **1** wherein one or more of said switches perform functions determined by said program of instructions.

**27**. The health monitoring system of claim **1** wherein said microprocessor-based video game unit also includes a connector mounted to said microprocessor-based video game unit and a cable that can be connected between the connectors of two or more microprocessor-based video game units to allow interactive operation of the two said interconnected microprocessor-based video game units so as to allow contemporaneous game play by two players or competition between players as they individually play identical but separate games.

**28**. The health monitoring system of claim **1** wherein one of said signal processing functions comprises converting said digitally encoded health signals into video signals for displaying information on said video display.

**29**. The health monitoring system of claim **1** further comprising memory means for storing current and past values of said digitally encoded health signals representative of said monitored condition and wherein one of said signal processing functions comprises generating signals representative of both said current and past values.

**30**. The health monitoring system of claim **1** wherein one of said signal processing functions comprises means for converting digital signals into a report that relates to said condition sensed by said monitoring means.

**31**. The health monitoring system of claim **1** further comprising means for supplying said digitally encoded health signals to a medium that provides transmission to a remote location and wherein one of said signal processing functions comprises processing said digitally encoded health signals for transmission to a remotely located health care professional.

**32**. The health monitoring system of claim **1** wherein said monitoring means includes a microprocessor for performing one or more of said signal processing functions.

**33**. The health monitoring system of claim **1** wherein said signal interface includes a microprocessor for performing one or more of said signal processing functions.

5,899,855

25                                                          26

**34.** The health monitoring system of claim **1** wherein said micro-processor based unit performs one or more of said signal processing function.

**35.** The health monitoring system of claim **1** further comprising:

a transmission means for transmitting digital signals over a telecommunications network;

a communications interface connectable in signal communication with said programmable microprocessor-based video game unit and said transmission means, said communications interface for coupling said digital signals for transmission via said transmission means;

a clearinghouse facility for receiving said digital signals supplied via said transmission means, said clearinghouse facility being remotely located from said microprocessor-based video game unit.

**36.** The health monitoring system of claim **35** wherein said clearinghouse facility includes signal processing means for performing one or more of said signal processing functions.

**37.** The health monitoring system of claim **1** wherein said plurality of switches operable for interactively controlling said microprocessor-based unit and for manipulating said information displayed on said video display are further operable for determining which of said signal processing functions will be performed by said signal processing means.

**38.** The health monitoring system of claim **1** wherein said plurality of switches operable for interactively controlling said microprocessor-based unit and for manipulating said information displayed on said video display are further operable for determining said signal processing means from among a plurality of signal processing means for performing one or more of said signal processing functions.

**39.** The health monitoring system of claim **1** wherein one or more of said switch signals determine which one or more of said monitoring means will be selected to produce digitally encoded health signals.

**40.** The health monitoring system of claim **1** wherein said program of instructions allow users of the system to select displays that help educate the user about his or her condition and the need for monitoring.

**41.** The health monitoring system of claim **1** wherein said program of instructions tangibly embodied in said program storage device is executable by said programmable microprocessor-based video game unit to perform the additional method steps for adapting said microprocessor-based video game unit for:

displaying instructions for performing a monitoring means test sequence and associated calibration and test procedures;

displaying statistical data graphically or alphanumerically;

supplying control signals and signals representative of food intake or other useful information;

simultaneous graphical display of information representative of said monitored condition with images representative of food intake or other useful information; and,

displaying information or instructions from a health care professional.

**42.** A self-care monitoring system comprising:

monitoring means for sensing a condition indicative of a person's physical well-being and for reducing digitally encoded health signals representative of said monitored condition;

a programmable microprocessor-based video game unit, said programmable microprocessor-based video game unit including a display screen and a plurality of switches operable by said person for generating switch signals, said microprocessor-based video game unit including a receptacle for temporarily receiving a program storage device readable by said programmable micro-processor based unit and tangibly embodying therein a program of instructions executable by said programmable microprocessor-based video game unit to perform method steps for controlling the operation of said programmable microprocessor-based video game unit to perform method steps for controlling the operation of said programmable microprocessor-based video game unit and for displaying information on said display screen in an interactive manner in response to said switch signals and based upon said digitally encoded health signals; and

a signal interface connectable in signal communication with said programmable microprocessor-based video game unit and said monitoring means, said signal interface for coupling said digitally encoded health signals that are supplied by said monitoring means and are representative of said sensed condition to said programmable microprocessor-based video game unit; said microprocessor-based video game unit being programmed for supplying a video signal for displaying information on said video game display screen that is based upon said signal supplied by said monitoring means.

**43.** The self-care health monitoring system of claim **42** wherein said microprocessor-based unit is further programmed for supplying signals encoded for transmission to a remotely located health care professional and said self-care health monitoring system further comprises means for supplying said encoded signals to a medium that provides transmission to a remote location.

**44.** The self-care health monitoring system of claim **43** further comprising a clearinghouse facility for receiving said encoded signals supplied via said medium of transmission, said clearinghouse facility being remotely located from said microprocessor-based unit and including signal processing means for converting said encoded signals supplied via said medium of transmission into a report that relates to said condition sensed by said monitoring means.

**45.** The self-care health monitoring system of claim **44** wherein said signal processing means of said clearinghouse facility includes means for transmitting a signal representative of said report to said remotely located healthcare professional.

**46.** The self-care health monitoring system of claim **42** wherein said monitoring means is a blood glucose monitor that produces digitally encoded health signals representative of a user's blood glucose level.

**47.** A health monitoring system comprising:

a. one or more monitoring means for monitoring a condition indicative of a person's physical well-being and for producing digitally encoded health signals representative of said monitored condition;

b. a programmable microprocessor-based interactive handheld unit including:

1) a video display for displaying information;

2) a plurality of switches operable for interactively controlling said microprocessor-based interactive handheld unit and for manipulating said information displayed on said video display; and

3) circuit means coupled to said plurality of switches for generating video signals in response to said operation of said switches;

5,899,855

27

c. a program storage device, the device
   A. readable by said programmable micro-processor based unit; and
   B. tangibly embodying therein a program of instructions executable by said programmable microprocessor-based interactive handheld unit, said program of instructions including instructions for displaying information on said video display in an interactive manner in response to said video signals generated by said circuit means and based upon said digitally encoded health signals;

d. a signal interface connectable in signal communication with said programmable microprocessor-based interactive handheld unit and said monitoring means for coupling said digitally encoded health signals supplied by said monitoring means to said programmable microprocessor-based interactive handheld unit; and

e. signal processing means connectable in signal communication with said signal interface for performing signal processing functions in accordance with said program of instructions.

**48**. The system of claim **47** wherein said microprocessor-based interactive handheld unit is a palm-top computer.

**49**. The system of claim **47** wherein said microprocessor-based interactive handheld unit is a personal digital assistant or PDA.

**50**. The health monitoring system of claim **47** wherein said program of instructions is executable by said programmable microprocessor-based interactive handheld unit and further includes instructions for performing monitoring means test sequence and associated calibration and test procedures;

displaying statistical data graphically or alphanumerically;

supplying control signals and signals representative of food intake or other useful information;

simultaneous graphical display of information representative of said monitored condition with images representative of food intake or other useful information; and

displaying information or instructions from a health care professional.

28

**51**. A self-care health monitoring system comprising:

monitoring means for sensing a condition indicative of a person's physical well-being and for producing digitally encoded health signals representative of said monitored condition; and

a programmable microprocessor-based interactive handheld unit including a display screen and a plurality of switches operable by said person for generating switch signals, said microprocessor-based interactive handheld unit including a receptacle for temporarily receiving a program storage device readable by said programmable micro-processor based unit and tangibly embodying therein a program of instructions executable by said programmable microprocessor-based interactive handheld unit to perform method steps for controlling the operation of said programmable microprocessor-based interactive handheld unit and for displaying information on said display screen in an interactive manner in response to said switch signals and based upon said digitally encoded health signals;

a signal interface connectable in signal communication with said programmable microprocessor-based interactive handled unit and said monitoring means, said signal interface for coupling said digitally encoded health signals that are supplied by said monitoring means and are representative of said sensed condition to said programmable microprocessor-based interactive handheld unit; said microprocessor-based interactive handheld unit being programmed for supplying a video signal for displaying information on said display screen that is based upon said signal supplied by said monitoring means.

**52**. The system of claim **51** wherein said microprocessor-based interactive handheld unit is a palm-top computer.

**53**. The system of claim **51** wherein said microprocessor-based interactive handheld unit is a personal digital assistant or PDA.

\*  \*  \*  \*  \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.  :  5,899,855                                    Page 1 of 2
DATED         :  May 4, 1999
INVENTOR(S) :  S.J. Brown

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

| COLUMN | LINE | |
|---|---|---|
| [63]<br>Pg. 1, Col. 1 | Priority<br>data | "Continuation-in-part" should read --Continuation of application No. 08/233,397, April 26, 1994, which is a continuation-in-part-- |
| 21<br>(Claim 1, | 62<br>line 8) | "with;" should read --with:-- |
| 22<br>(Claim 1, | 6<br>line 19) | "micro-processor based" should read --microprocessor-based-- |
| 23<br>(Claim 9, | 13<br>line 9) | "comprise" should read --comprises-- |
| 23<br>(Claim 11, | 22<br>line 2) | before "remote" insert --desired-- |
| 23<br>(Claim 15, | 45<br>line 4) | "cause" should read --causes-- |
| 25<br>(Claim 34, | 2<br>line 2) | "micro-processor based" should read --microprocessor-based-- |
| 25<br>(Claim 34, | 3<br>line 3) | "function" should read --functions-- |
| 25<br>(Claim 42, | 63<br>line 1) | after "self-care" insert --health-- |

## UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   :   5,899,855                           Page 2 of 2

DATED        :   May 4, 1999

INVENTOR(S) :   S.J. Brown

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

| COLUMN | LINE | |
|---|---|---|
| 25 (Claim 42, | 65 line 3) | "reducing" should read --producing-- |
| 26 (Claim 42, | 13-15 lines 18-20) | delete "to perform method steps for controlling the operation of said programmable microprocessor-based video game unit", second occurrence |
| 27 (Claim 50, | 30 line 4) | after "performing" insert --a-- |
| 27 (Claim 50, | 33 line 7) | the line beginning "displaying statistical data..." should be indented |
| 28 (Claim 51, | 25 line 25) | "handled" should read --handheld-- |

Signed and Sealed this

**Eleventh Day of January, 2000**

Attest:

Q. TODD DICKINSON

Attesting Officer                    Acting Commissioner of Patents and Trademarks

# Exhibit B

US006134461A

# United States Patent [19]

## Say et al.

[11] **Patent Number:** 6,134,461

[45] **Date of Patent:** Oct. 17, 2000

[54] **ELECTROCHEMICAL ANALYTE**

[75] Inventors: **James Say**, Alameda; **Michael F. Tomasco**, Cupertino, both of Calif.; **Adam Heller**, Austin, Tex.; **Yoram Gal**, Kibbutz Yagur, Israel; **Behrad Aria**, Alameda, Calif.; **Ephraim Heller**, Oakland, Calif.; **Phillip John Plante**, Sunnyvale, Calif.; **Mark S. Vreeke**, Alameda, Calif.

[73] Assignee: **E. Heller & Company**, Alameda, Calif.

[21] Appl. No.: **09/034,372**

[22] Filed: **Mar. 4, 1998**

[51] Int. Cl.[7] ....................................... **A61B 5/05**

[52] U.S. Cl. ........................................... **600/345;** 600/309

[58] **Field of Search** .................................... 600/306, 308, 600/309, 345, 346, 347, 348, 352, 354, 357, 358, 365, 372, 382, 384, 395, 396, 397, 393

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| Re. 32,947 | 6/1989 | Dormer et al. . |
| 3,260,656 | 7/1966 | Ross, Jr. . |
| 3,653,841 | 4/1972 | Klein . |
| 3,719,564 | 3/1973 | Lilly, Jr. et al. . |
| 3,776,832 | 12/1973 | Oswin et al. . |
| 3,837,339 | 9/1974 | Aisenberg et al. . |
| 3,926,760 | 12/1975 | Allen et al. . |

(List continued on next page.)

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 010 375 A1 | 4/1980 | European Pat. Off. . |
| 0 026 995 A1 | 4/1981 | European Pat. Off. . |
| 0 048 090 A2 | 3/1982 | European Pat. Off. . |
| 0 096 288 A1 | 12/1983 | European Pat. Off. . |
| 0 125 139 A2 | 11/1984 | European Pat. Off. . |
| 0 127 958 A2 | 12/1984 | European Pat. Off. . |
| 0 136 362 A1 | 4/1985 | European Pat. Off. . |

(List continued on next page.)

### OTHER PUBLICATIONS

Abruña, H. D. et al., "Rectifying Interfaces Using Two–Layer Films of Electrochemically Polymerized Vinylpyridine and Vinylbipyridine Complexes of Ruthenium and Iron on Electrodes," *J. Am. Chem. Soc.*, 103(1):1–5 (Jan. 14, 1981).

Albery, W. J. et al., "Amperometric enzyme electrodes. Part II. Conducting salts as electrode materials for the oxidation of glucose oxidase," *J. Electroanal. Chem. Interfacial Electrochem.*, 194(2) (1 page—Abstract only) (1985).

Albery, W. J. et al., "Amperometric Enzyme Electrodes," *Phil. Trans. R. Soc. Lond.* B316:107–119 (1987).

Alcock, S. J. et al., "Continuous Analyte Monitoring to Aid Clinical Practice," *IEEE Engineering in Medicine and Biology*, 319–325 (1994).

Anderson, L. B. et al., "Thin–Layer Electrochemistry: Steady–State Methods of Studying Rate Processes," *J. Electroanal. Chem.*, 10:295–395 (1965).

(List continued on next page.)

*Primary Examiner*—Cary O'Connor
*Assistant Examiner*—Navin Natnithithadha
*Attorney, Agent, or Firm*—Merchant & Gould P.C.

[57] **ABSTRACT**

An electrochemical analyte sensor formed using conductive traces on a substrate can be used for determining and/or monitoring a level of analyte in in vitro or in vivo analyte-containing fluids. For example, an implantable sensor may be used for the continuous or automatic monitoring of a level of an analyte, such as glucose, lactate, or oxygen, in a patient. The electrochemical analyte sensor includes a substrate and conductive material disposed on the substrate, the conductive material forming a working electrode. In some sensors, the conductive material is disposed in recessed channels formed in a surface of the sensor. An electron transfer agent and/or catalyst may be provided to facilitate the electrolysis of the analyte or of a second compound whose level depends on the level of the analyte. A potential is formed between the working electrode and a reference electrode or counter/reference electrode and the resulting current is a function of the concentration of the analyte in the body fluid.

**29 Claims, 8 Drawing Sheets**



**6,134,461**
Page 2

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,972,320 | 8/1976 | Kalman . |
| 3,979,274 | 9/1976 | Newman . |
| 4,008,717 | 2/1977 | Kowarski . |
| 4,016,866 | 4/1977 | Lawton . |
| 4,055,175 | 10/1977 | Clemens et al. . |
| 4,059,406 | 11/1977 | Fleet . |
| 4,076,596 | 2/1978 | Connery et al. . |
| 4,098,574 | 7/1978 | Dappen . |
| 4,100,048 | 7/1978 | Pompei et al. . |
| 4,151,845 | 5/1979 | Clemens . |
| 4,168,205 | 9/1979 | Danninger et al. . |
| 4,172,770 | 10/1979 | Semersky et al. . |
| 4,178,916 | 12/1979 | McNamara . |
| 4,206,755 | 6/1980 | Klein . |
| 4,224,125 | 9/1980 | Nakamura et al. . |
| 4,240,438 | 12/1980 | Updike et al. . |
| 4,247,297 | 1/1981 | Berti et al. . |
| 4,340,458 | 7/1982 | Lerner et al. . |
| 4,352,960 | 10/1982 | Dormer et al. . |
| 4,356,074 | 10/1982 | Johnson . |
| 4,365,637 | 12/1982 | Johnson . |
| 4,366,033 | 12/1982 | Richter et al. . |
| 4,375,399 | 3/1983 | Havas et al. . |
| 4,384,586 | 5/1983 | Christiansen . |
| 4,390,621 | 6/1983 | Bauer . |
| 4,401,122 | 8/1983 | Clark, Jr. . |
| 4,404,066 | 9/1983 | Johnson . |
| 4,418,148 | 11/1983 | Oberhardt . |
| 4,427,770 | 1/1984 | Chen et al. . |
| 4,431,004 | 2/1984 | Bessman et al. . |
| 4,436,094 | 3/1984 | Cerami . |
| 4,440,175 | 4/1984 | Wilkins . |
| 4,450,842 | 5/1984 | Zick et al. . |
| 4,458,686 | 7/1984 | Clark, Jr. . |
| 4,461,691 | 7/1984 | Frank . |
| 4,469,110 | 9/1984 | Slama . |
| 4,477,314 | 10/1984 | Richter et al. . |
| 4,484,987 | 11/1984 | Gough . |
| 4,522,690 | 6/1985 | Venkatasetty . |
| 4,524,114 | 6/1985 | Samuels et al. . |
| 4,526,661 | 7/1985 | Steckhan et al. . |
| 4,534,356 | 8/1985 | Papadakis . |
| 4,538,616 | 9/1985 | Rogoff . |
| 4,543,955 | 10/1985 | Schroeppel . |
| 4,545,382 | 10/1985 | Higgins et al. . |
| 4,552,840 | 11/1985 | Riffer . |
| 4,560,534 | 12/1985 | Kung et al. . |
| 4,571,292 | 2/1986 | Liu et al. . |
| 4,573,994 | 3/1986 | Fischell et al. . |
| 4,581,336 | 4/1986 | Malloy et al. . |
| 4,595,011 | 6/1986 | Phillips . |
| 4,619,754 | 10/1986 | Niki et al. . |
| 4,627,445 | 12/1986 | Garcia et al. . |
| 4,627,908 | 12/1986 | Miller . |
| 4,633,878 | 1/1987 | Bombardieri . |
| 4,637,403 | 1/1987 | Garcia et al. . |
| 4,650,547 | 3/1987 | Gough . |
| 4,654,197 | 3/1987 | Lilja et al. . |
| 4,655,880 | 4/1987 | Liu . |
| 4,655,885 | 4/1987 | Hill et al. . |
| 4,671,288 | 6/1987 | Gough . |
| 4,679,562 | 7/1987 | Luksha . |
| 4,680,268 | 7/1987 | Clark, Jr. . |
| 4,682,602 | 7/1987 | Prohaska . |
| 4,684,537 | 8/1987 | Graetzel et al. . |
| 4,685,463 | 8/1987 | Williams . |
| 4,703,756 | 11/1987 | Gough et al. . |
| 4,711,245 | 12/1987 | Higgins et al. . |
| 4,717,673 | 1/1988 | Wrighton et al. . |
| 4,721,601 | 1/1988 | Wrighton et al. . |

| | | |
|---|---|---|
| 4,721,677 | 1/1988 | Clark, Jr. . |
| 4,726,378 | 2/1988 | Kaplan . |
| 4,726,716 | 2/1988 | McGuire . |
| 4,757,022 | 7/1988 | Shults et al. . |
| 4,758,323 | 7/1988 | Davis et al. . |
| 4,759,371 | 7/1988 | Franetzki . |
| 4,759,828 | 7/1988 | Young et al. . |
| 4,764,416 | 8/1988 | Ueyama et al. . |
| 4,776,944 | 10/1988 | Janata et al. . |
| 4,781,798 | 11/1988 | Gough . |
| 4,784,736 | 11/1988 | Lonsdale et al. . |
| 4,795,707 | 1/1989 | Niiyama et al. . |
| 4,796,634 | 1/1989 | Huntsman et al. . |
| 4,805,624 | 2/1989 | Yao et al. . |
| 4,813,424 | 3/1989 | Wilkins . |
| 4,815,469 | 3/1989 | Cohen et al. . |
| 4,820,399 | 4/1989 | Senda et al. . |
| 4,822,337 | 4/1989 | Newhouse et al. . |
| 4,830,959 | 5/1989 | McNeil et al. . |
| 4,832,797 | 5/1989 | Vadgama et al. . |
| 4,840,893 | 6/1989 | Hill et al. . |
| 4,848,351 | 7/1989 | Finch . |
| 4,871,351 | 10/1989 | Feingold . |
| 4,871,440 | 10/1989 | Nagata et al. . |
| 4,874,500 | 10/1989 | Madou et al. . |
| 4,890,620 | 1/1990 | Gough . |
| 4,894,137 | 1/1990 | Takizawa et al. . |
| 4,897,162 | 1/1990 | Lewandowski et al. . |
| 4,897,173 | 1/1990 | Nankai et al. . |
| 4,909,908 | 3/1990 | Ross et al. . |
| 4,911,794 | 3/1990 | Parce et al. . |
| 4,917,800 | 4/1990 | Lonsdale et al. . |
| 4,919,141 | 4/1990 | Zier et al. . |
| 4,919,767 | 4/1990 | Vadgama et al. . |
| 4,923,586 | 5/1990 | Katayama et al. . |
| 4,927,516 | 5/1990 | Yamaguchi et al. . |
| 4,934,369 | 6/1990 | Maxwell . |
| 4,935,105 | 6/1990 | Churchouse . |
| 4,935,345 | 6/1990 | Guibeau et al. ........................... 435/14 |
| 4,938,860 | 7/1990 | Wogoman . |
| 4,944,299 | 7/1990 | Silvian . |
| 4,950,378 | 8/1990 | Nagata . |
| 4,953,552 | 9/1990 | DeMarzo . |
| 4,954,129 | 9/1990 | Giuliani et al. . |
| 4,969,468 | 11/1990 | Byers et al. . |
| 4,970,145 | 11/1990 | Bennetto et al. . |
| 4,974,929 | 12/1990 | Curry . |
| 4,986,271 | 1/1991 | Wilkins . |
| 4,994,167 | 2/1991 | Shults et al. . |
| 5,001,054 | 3/1991 | Wagner . |
| 5,058,592 | 10/1991 | Whisler . |
| 5,070,535 | 12/1991 | Hochmair et al. . |
| 5,082,550 | 1/1992 | Rishpon et al. . |
| 5,082,786 | 1/1992 | Nakamoto . |
| 5,089,112 | 2/1992 | Skotheim et al. . |
| 5,095,904 | 3/1992 | Seligman et al. . |
| 5,101,814 | 4/1992 | Palti . |
| 5,108,564 | 4/1992 | Szuminsky et al. . |
| 5,109,850 | 5/1992 | Blanco et al. . |
| 5,120,420 | 6/1992 | Nankai et al. . |
| 5,126,034 | 6/1992 | Carter et al. . |
| 5,133,856 | 7/1992 | Yamaguchi et al. . |
| 5,135,003 | 8/1992 | Souma . |
| 5,141,868 | 8/1992 | Shanks et al. . |
| 5,161,532 | 11/1992 | Joseph . |
| 5,165,407 | 11/1992 | Wilson et al. . |
| 5,174,291 | 12/1992 | Schoonen et al. . |
| 5,190,041 | 3/1993 | Palti . |
| 5,192,416 | 3/1993 | Wang et al. . |
| 5,198,367 | 3/1993 | Aizawa et al. . |
| 5,202,261 | 4/1993 | Musho et al. . |
| 5,205,920 | 4/1993 | Oyama et al. . |

**6,134,461**

Page 3

| | | | |
|---|---|---|---|
| 5,208,154 | 5/1993 | Weaver et al. . | |
| 5,209,229 | 5/1993 | Gilli . | |
| 5,217,595 | 6/1993 | Smith et al. . | |
| 5,229,282 | 7/1993 | Yoshioka et al. . | |
| 5,250,439 | 10/1993 | Musho et al. . | |
| 5,262,035 | 11/1993 | Gregg et al. . | |
| 5,262,305 | 11/1993 | Heller et al. . | |
| 5,264,103 | 11/1993 | Yoshioka et al. . | |
| 5,264,104 | 11/1993 | Gregg et al. . | |
| 5,264,106 | 11/1993 | McAleer et al. . | |
| 5,271,815 | 12/1993 | Wong . | |
| 5,279,294 | 1/1994 | Anderson et al. . | |
| 5,286,362 | 2/1994 | Hoenes et al. . | |
| 5,286,364 | 2/1994 | Yacynych et al. . | |
| 5,288,636 | 2/1994 | Pollmann et al. . | |
| 5,293,546 | 3/1994 | Tadros et al. . | |
| 5,320,098 | 6/1994 | Davidson . | |
| 5,320,725 | 6/1994 | Gregg et al. . | |
| 5,322,063 | 6/1994 | Allen et al. . | |
| 5,336,388 | 8/1994 | Leader et al. . | |
| 5,337,747 | 8/1994 | Neftel . | |
| 5,352,348 | 10/1994 | Young et al. . | |
| 5,356,786 | 10/1994 | Heller et al. . | |
| 5,368,028 | 11/1994 | Palti . | |
| 5,372,133 | 12/1994 | Hogen Esch . | |
| 5,376,251 | 12/1994 | Kaneko et al. . | |
| 5,378,628 | 1/1995 | Grätzel et al. . | |
| 5,387,327 | 2/1995 | Khan . | |
| 5,390,671 | 2/1995 | Lord et al. . | |
| 5,391,250 | 2/1995 | Cheney, II et al. . | |
| 5,395,504 | 3/1995 | Saurer et al. . | |
| 5,403,462 | 4/1995 | Lev et al. . | |
| 5,411,647 | 5/1995 | Johnson et al. . | |
| 5,437,999 | 8/1995 | Diebold et al. . | |
| 5,469,846 | 11/1995 | Khan . | |
| 5,494,562 | 2/1996 | Maley et al. . | |
| 5,496,453 | 3/1996 | Uenoyama et al. . | |
| 5,497,772 | 3/1996 | Schulman et al. . | |
| 5,509,410 | 4/1996 | Hill et al. .............................. 600/345 | |
| 5,531,878 | 7/1996 | Vadgama et al. . | |
| 5,545,191 | 8/1996 | Mann et al. . | |
| 5,560,357 | 10/1996 | Faupel et al. . | |
| 5,565,085 | 10/1996 | Ikeda et al. . | |
| 5,567,302 | 10/1996 | Song et al. . | |
| 5,568,806 | 10/1996 | Cheney, II et al. . | |
| 5,569,186 | 10/1996 | Lord et al. . | |
| 5,582,184 | 12/1996 | Erickson et al. . | |
| 5,582,697 | 12/1996 | Ikeda et al. . | |
| 5,582,698 | 12/1996 | Flaherty et al. . | |
| 5,586,553 | 12/1996 | Halili et al. . | |
| 5,589,326 | 12/1996 | Deng et al. . | |
| 5,593,852 | 1/1997 | Heller et al. . | |
| 5,596,150 | 1/1997 | Arndt et al. . | |
| 5,617,851 | 4/1997 | Lipkovker . | |
| 5,628,890 | 5/1997 | Carter et al. . | |
| 5,651,869 | 7/1997 | Yoshioka et al. . | |
| 5,660,163 | 8/1997 | Schulman et al. . | |
| 5,670,031 | 9/1997 | Hintsche et al. . | |
| 5,680,858 | 10/1997 | Hansen et al. . | |
| 5,682,233 | 10/1997 | Brinda . | |
| 5,695,623 | 12/1997 | Michel et al. . | |
| 5,708,247 | 1/1998 | McAleer et al. . | |
| 5,711,861 | 1/1998 | Ward et al. ............................. 204/403 | |
| 5,711,862 | 1/1998 | Sakoda et al. . | |
| 5,727,548 | 3/1998 | Hill et al. .............................. 600/345 | |
| 5,741,211 | 4/1998 | Renirie et al. . | |
| 5,807,375 | 9/1998 | Gross et al. . | |
| 5,820,551 | 9/1998 | Hill et al. .............................. 600/345 | |
| 5,822,715 | 10/1998 | Worthington et al. . | |
| 5,840,020 | 11/1998 | Heinonen et al. . | |
| 5,842,983 | 12/1998 | Abel et al. .............................. 600/345 | |
| 5,954,685 | 9/1999 | Tierney .............................. 604/20 | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 170 375 A2 | 2/1986 | European Pat. Off. . |
| 0 177 743 A2 | 4/1986 | European Pat. Off. . |
| 0 080 304 B1 | 5/1986 | European Pat. Off. . |
| 0 184 909 A2 | 6/1986 | European Pat. Off. . |
| 0 206 218 A2 | 12/1986 | European Pat. Off. . |
| 0 230 472 A1 | 8/1987 | European Pat. Off. . |
| 0 241 309 A3 | 10/1987 | European Pat. Off. . |
| 0 245 073 A2 | 11/1987 | European Pat. Off. . |
| 0 278 647 A2 | 8/1988 | European Pat. Off. . |
| 0 359 831 A1 | 3/1990 | European Pat. Off. . |
| 0 368 209 A1 | 5/1990 | European Pat. Off. . |
| 0 390 390 A1 | 10/1990 | European Pat. Off. . |
| 0 400 918 A1 | 12/1990 | European Pat. Off. . |
| 0 453 283 A1 | 10/1991 | European Pat. Off. . |
| 0 470 290 A1 | 2/1992 | European Pat. Off. . |
| 0 127 958 B2 | 3/1992 | European Pat. Off. . |
| 0 255 291 B1 | 6/1992 | European Pat. Off. . |
| 0 078 636 A1 | 5/1993 | European Pat. Off. . |
| 227 029 A3 | 9/1985 | German Dem. Rep. . |
| 29 03 216 | 8/1979 | Germany . |
| 3934299 | 10/1990 | Germany . |
| 54-41191 | 4/1979 | Japan . |
| 55-10581 | 1/1980 | Japan . |
| 55-10583 | 1/1980 | Japan . |
| 55-10584 | 1/1980 | Japan . |
| 55-12406 | 1/1980 | Japan . |
| 56-163447 | 12/1981 | Japan . |
| 57-70448 | 4/1982 | Japan . |
| 58-194748 | 11/1983 | Japan . |
| 60-173457 | 9/1985 | Japan . |
| 60-173458 | 9/1985 | Japan . |
| 60-173459 | 9/1985 | Japan . |
| 61-90050 | 5/1986 | Japan . |
| 62-85855 | 4/1987 | Japan . |
| 62-114747 | 5/1987 | Japan . |
| 63-58149 | 3/1988 | Japan . |
| 63-139246 | 6/1988 | Japan . |
| 63-294799 | 12/1988 | Japan . |
| 63-317757 | 12/1988 | Japan . |
| 63-317758 | 12/1988 | Japan . |
| 1-114746 | 5/1989 | Japan . |
| 1-114747 | 5/1989 | Japan . |
| 1-124060 | 5/1989 | Japan . |
| 1-134244 | 5/1989 | Japan . |
| 1-156658 | 6/1989 | Japan . |
| 2-62958 | 3/1990 | Japan . |
| 2-120655 | 5/1990 | Japan . |
| 2-287145 | 11/1990 | Japan . |
| 2-310457 | 12/1990 | Japan . |
| 3-26956 | 2/1991 | Japan . |
| 3-28752 | 2/1991 | Japan . |
| 3-202764 | 9/1991 | Japan . |
| 5-72171 | 3/1993 | Japan . |
| 5-196595 | 8/1993 | Japan . |
| 6-190050 | 7/1994 | Japan . |
| 7-55757 | 3/1995 | Japan . |
| 7-72585 | 3/1995 | Japan . |
| 8-285814 | 11/1996 | Japan . |
| 8-285815 | 11/1996 | Japan . |
| 9-21778 | 1/1997 | Japan . |
| 9-101280 | 4/1997 | Japan . |
| 9-285459 | 11/1997 | Japan . |
| 63-128252 | 5/1998 | Japan . |
| 10-170471 | 6/1998 | Japan . |
| 1281988 A1 | 1/1987 | U.S.S.R. . |
| 1394171 | 5/1975 | United Kingdom . |
| 1599241 | 9/1981 | United Kingdom . |
| 2 073 891 | 10/1981 | United Kingdom . |
| 2 154 003 | 2/1988 | United Kingdom . |
| 2 204 408 | 11/1988 | United Kingdom . |

**6,134,461**

Page 4

| | | |
|---|---|---|
| 2 254 436 | 10/1992 | United Kingdom . |
| WO 85/05119 | 11/1985 | WIPO . |
| WO 89/08713 | 9/1989 | WIPO . |
| WO 90/05300 | 5/1990 | WIPO . |
| WO 90/05910 | 5/1990 | WIPO . |
| WO 91/01680 | 2/1991 | WIPO . |
| WO 91/04704 | 4/1991 | WIPO . |
| WO 91/15993 | 10/1991 | WIPO . |
| WO 92/13271 | 8/1992 | WIPO . |
| WO 94/20602 | 9/1994 | WIPO . |
| WO 94/27140 | 11/1994 | WIPO . |
| WO 96/30431 | 10/1996 | WIPO . |
| WO 97/02847 | 1/1997 | WIPO . |
| WO 97/19344 | 5/1997 | WIPO . |
| WO 97/42882 | 11/1997 | WIPO . |
| WO 97/42883 | 11/1997 | WIPO . |
| WO 97/42886 | 11/1997 | WIPO . |
| WO 97/42888 | 11/1997 | WIPO . |
| WO 97/43962 | 11/1997 | WIPO . |

OTHER PUBLICATIONS

Bartlett, P. N. et al., "Covalent Binding of Electron Relays to Glucose Oxidation," *J. Chem. Soc. Chem. Commun.*, 1603–1604 (1987).

Bartlett, P. N. et al., "Modification of glucose oxidase by tetrathiafulvalene," *J. Chem. Soc., Chem. Commun.*, 16 (1 page—Abstract only) (1990).

Bartlett, P. N. et al., "Strategies for the Development of Amperometric Enzyme Electrodes," *Biosensors*, 3:359–379 (1987/88).

Bindra, D.S. et al., "Design and in Vitro Studies of a Needle–Type Glucose Sensor for Subcutaneous Monitoring", *Anal. Chem.*, 63(17):1692–1696 (Sep. 1, 1991).

Bobbioni–Harsch, E. et al., "Lifespan of subcutaneous glucose sensors and their performances during dynamic glycaemia changes in rats," *J. Biomed. Eng.* 15:457–463 (1993).

Brandt, J. et al., "Covalent attachment of proteins to polysaccharide carriers by means of benzoquinone," *Biochim. Biophys. Acta*, 386(1) (1 page Abstract only) (1975).

Brownlee, M. et al., "A Glucose–Controlled Insulin–Delivery System: Semisynthetic Insulin Bound to Lectin", *Science*, 206(4423):1190–1191 (Dec. 7, 1979).

Cass, A.E.G. et al., "Ferricinum Ion As An Electron Acceptor for Oxido–Reductases," *J. Electroanal. Chem.*, 190:117–127 (1985).

Cass, A.E.G. et al., "Ferrocene–Mediated Enzyme Electrode for Amperometric Determination of Glucose", *Anal. Chem.*, 56(4):667–671 (Apr. 1984).

Castner, J. F. et al., "Mass Transport and Reaction Kinetic Parameters Determined Electrochemically for Immobilized Glucose Oxidase," *Biochemistry*, 23(10):2203–2210 (1984).

Claremont, D.J. et al., "Biosensors for Continuous In Vivo Glucose Monitoring," *IEEE Engineering in Medicine and Biology Society 10th Annual International Conference*, New Orleans, Louisiana, 3 pgs. (Nov. 4–7, 1988).

Clark, L.C. et al., "Differential Anodic Enzyme Polarography for the Measurement of Glucose", *Oxygen Transport to Tissue: Instrumentation, Methods, and Physiology*, 127–132 (1973).

Clark, L.C., Jr. et al., "Electrode Systems for Continuous Monitoring in Cardiovascular Surgery," *Annals New York Academy of Sciences*, pp. 29–45 (1962).

Clark, L.C. et al., "Long–term Stability of Electroenzymatic Glucose Sensors Implanted in Mice," *Trans. Am. Soc. Artif. Inter. Organs*, XXXIV:259–265 (1988).

Clarke, W. L., et al., "Evaluating Clinical Accuracy of Systems for Self–Monitoring of Blood Glucose," *Diabetes Care*, 10(5):622–628 (Sep.–Oct. 1987).

Csöregi, E. et al., "Design, Characterization, and One–Point in Vivo Calibration of a Subcutaneously Implanted Glucose Electrode," *Anal. Chem.* 66(19):3131–3138 (Oct. 1, 1994).

Csöregi, E. et al., "Design and Optimization of a Selective Subcutaneously Implantable Glucose Electrode Based on "Wired" Glucose Oxidase," *Anal. Chem.* 67(7):1240–1244 (Apr. 1, 1995).

Csöregi, E. et al., "On–Line Glucose Monitoring by Using Microdialysis Sampling and Amperometric Detection Based on "Wired" Glucose Oxidase in Carbon Paste," *Mikrochim. Acta.* 121:31–40 (1995).

Davis, G., "Electrochemical Techniques for the Development of Amperometric Biosensors", *Biosensors*, 1:161–178 (1985).

Degani, Y. et al., "Direct Electrical Communication between Chemically Modified Enzymes and Metal Electrodes. 1. Electron Transfer from Glucose Oxidase to Metal Electrodes via Electron Relays, Bound Covalently to the Enzyme," *J. Phys. Chem.*, 91(6):1285–1289 (1987).

Degani, Y. et al., "Direct Electrical Communication between Chemically Modified Enzymes and Metal Electrodes. 2. Methods for Bonding Electron–Transfer Relays to Glucose Oxidase and D–Amino–Acid Oxidase," *J. Am. Chem. Soc.*, 110(8):2615–2620 (1988).

Degani, Y. et al., "Electrical Communication between Redox Centers of Glucose Oxidase and Electrodes via Electrostatically and Covalently Bound Redox Polymers," *J. Am. Chem. Soc.*, 111:2357–2358 (1989).

Denisevich, P. et al., "Unidirectional Current Flow and Charge State Trapping at Redox Polymer Interfaces on Bilayer Electrodes: Principles, Experimental Demonstration, and Theory," *J. Am. Chem. Soc.*, 103(16):4727–4737 (1981).

Dicks, J. M., "Ferrocene modified polypyrrole with immobilised glucose oxidase and its application in amperometric glucose microbiosensors," *Ann. Biol. clin.*, 47:607–619 (1989).

Engstrom, R. C., "Electrochemical Pretreatment of Glassy Carbon Electrodes", *Anal. Chem.*, 54(13):2310–2314 (Nov. 1982).

Engstrom, R.C. et al., "Characterization of Electrochemically Pretreated Glassy Carbon Electrodes", *Anal. Chem.*, 56(2):136–141 (Feb. 1984).

Ellis, C. D., "Selectivity and Directed Charge Transfer through an Electroactive Metallopolymer Film", *J. Am. Chem. Soc.*, 103(25):7480–7483 (1981).

Feldman, B.J. et al., "Electron Transfer Kinetics at Redox Polymer/Solution Interfaces Using Microelectrodes and Twin Electrode Thin Layer Cells", *J. Electroanal. Chem.*, 194(1):63–81 (Oct. 10, 1985).

Fischer, H. et al., "Intramolecular Electron Transfer Mediated by 4,4'–Bipyridine and Related Bridging Groups", *J. Am. Chem. Soc.*, 98(18):5512–5517 (Sep. 1, 1976).

Foulds, N.C. et al., "Enzyme Entrapment in Electrically Conducting Polymers," *J. Chem. Soc., Faraday Trans 1.*, 82:1259–1264 (1986).

Foulds, N.C. et al., "Immobilization of Glucose Oxidase in Ferrocene–Modified Pyrrole Polymers," *Anal. Chem.*, 60(22):2473–2478 (Nov. 15, 1988).

Frew, J.E. et al., "Electron–Transfer Biosensors", *Phil. Trans. R. Soc. Lond.*, B316:95–106 (1987).

**6,134,461**
Page 5

Gorton, L. et al., "Selective detection in flow analysis based on the combination of immobilized enzymes and chemically modified electrodes," *Analytica Chimica Acta.*, 250:203–248 (1991).

Gregg, B. A. et al., "Cross–Linked Redox Gels Containing Glucose Oxidase for Amperometric Biosensor Applications," *Analytical Chemistry*, 62(3):258–263 (Feb. 1, 1990).

Gregg, B. A. et al., "Redox Polymer Films Containing Enzymes. 1. A Redox–Conducting Epoxy Cement: Synthesis, Characterization, and Electrocatalytic Oxidation of Hydroquinone," *J. Phys. Chem.*, 95(15):5970–5975 (1991).

Hale, P.D. et al., "A New Class of Amperometric Biosensor Incorporating a Polymeric Electron–Transfer Mediator," *J. Am. Chem. Soc.*, 11(9):3482–3482 (1989).

Harrison, D.J. et al., "Characterization of Perfluorosulfonic Acid Polymer Coated Enzyme Electrodes and a Miniaturized Integrated Potentiostat for Glucose Analysis in Whole Blood", *Anal. Chem.*, 60(19):2002–2007 (Oct. 1, 1988).

Hawkridge, F. M. et al., "Indirect Coulometric Titration of Biological Electron Transport Components," *Analytical Chemistry*, 45(7):1021–1027 (Jun. 1973).

Heller, A., "Amperometric biosensors based on three–dimensional hydrogel–forming epoxy networks," *Sensors and Actuators B*, 13–14:180–183 (1993).

Heller, A., "Electrical Connection of Enzyme Redox Centers to Electrodes," *J. Phys. Chem.*, 96(9):3579–3587 (1992).

Heller, A., "Electrical Wiring of Redox Enzymes," *Acc. Chem. Res.*, 23(5):129–134 (1990).

Ianniello, R.M. et al. "Immobilized Enzyme Chemically Modified Electrode as an Amperometric Sensor", *Anal. Chem.*, 53(13):2090–2095 (Nov. 1981).

Ianniello, R.M. et al., "Differential Pulse Voltammetric Study of Direct Electron Transfer in Glucose Oxidase Chemically Modified Graphite Electrodes", *Anal. Chem.*, 54:(7):1098–1101 (Jun. 1981).

Ikeda, T. et al., "Glucose oxidase–immobilized benzoquinone–carbon past electrode as a glucose sensor," *Agric. Biol. Chem.*, 49(2) (1 page—Abstract only) (1985).

Ikeda, T. et al., "Kinetics of Outer–Sphere Electron Transfers Between Metal Complexes in Solutions and Polymeric Films on Modified Electrodes", *J. Am. Chem. Soc.*, 103(25):7422–7425 (Dec. 16, 1981).

Johnson, J. M. et al., "Potential–Dependent Enzymatic Activity in an Enzyme Thin–Layer Cell," *Anal. Chem.* 54:1377–1383 (1982).

Johnson, K.W., "Reproducible Electrodeposition of Biomolecules for the Fabrication of Miniature Electroenzymatic Biosensors", *Sensors and Atuators B Chemical*, B5:85–89 (1991).

Jönsson, G. et al., "An Amperometric Glucose Sensor Made by Modification of a Graphite Electrode Surface With Immobilized Glucose Oxidase and Adsorbed Mediator", *Biosensors*, 1:355–368 (1985).

Josowicz, M. et al., "Electrochemical Pretreatment of Thin Film Platinum Electrodes", *J. Elecrochem. Soc.*, 135(1):112–115 (Jan. 1988).

Katakis, I. et al., "Electrostatic Control of the Electron Transfer Enabling Binding of Recombinant Glucose Oxidase and Redox Polyelectrolytes," *J. Am. Chem. Soc.*, 116(8):3617–3618 (1994).

Katakis, I. et al., "L–α–Glycerophosphate and L–Lactate Electrodes Based on the Electrochemical "Wiring" of Oxidases," *Analytical Chemistry*, 64(9):1008–1013 (May 1, 1992).

Kenausis, G. et al., "'Wiring' of glucose oxidase and lactate oxidase within a hydrogel made with poly(vinyl pyridine) complexed with [Os(4,4'–dimethoxy–2,2'–bipyridine)$_2$Cl]$^{+/2+}$," *J. Chem. Soc., Faraday Trans.*, 92(20):4131–4136 (1996).

Koudelka, M. et al., "In–Vivo Behaviour of Hypodermically Implanted Microfabricated Glucose Sensors," *Biosensors & Bioelectronics*, 6(1):31–36 (1991).

Kulys, J. et al., "Mediatorless peroxidase electrode and preparation of bienzyme sensors," *Bioelectrochemistry and Bioenergetics*, 24:305–311 (1990).

Lager, W. et al., "Implantable Electrocatalytic Glucose Sensor," *Horm. Metab. Res.*, 26:526–530 (Nov. 1994).

Lindner, E. et al. "Flexible (Kapton–Based) Microsensor Arrays of High Stability for Cardiovascular Applications",*J. Chem. Soc.Faraday Trans.*, 89(2):361–367 (Jan. 21, 1993).

Maidan, R. et al., "Elimination of Electrooxidizable Interferant–Produced Currents in Amperometric Biosensors," *Analytical Chemistry*, 64(23):2889–2896 (Dec. 1, 1992).

Mastrototaro, J.J. et al., "An Electroenzymatic Glucose Sensor Fabricated on a Flexible Substrate", *Sensors and Biosensors B Chemical*, B5:139–144 (1991).

McNeil, C. J. et al., "Thermostable Reduced Nicotinamide Adenine Dinucleotide Oxidase: Application to Amperometric Enzyme Assay," *Anal. Chem.*, 61(1):25–29 (Jan. 1, 1989).

Miyawaki, O. et al., "Electrochemical and Glucose Oxidase Coenzyme Activity of Flavin Adenine Dinucleotide Covalently Attached to Glassy Carbon at the Adenine Amino Group", *Biochimica et Biophysica Acta*, 838:60–68 (1985).

Moatti–Sirat, D. et al., "Evaluating in vitro and in vivo the interference of ascorbate and acetaminophen on glucose detection by a needle–type glucose sensor," *Biosensors & Bioelectronics*, 7(5):345–352 (1992).

Moatti–Sirat, D. et al., "Reduction of acetaminophen interference in glucose sensors by a composite Nafion membrane: demonstration in rats and man," *Diabetologia*, 37(6) (1 page—Abstract only) (Jun. 1994).

Moatti–Sirat, D. et al., "Towards continuous glucose monitoring: in vivo evaluation of a miniaturized glucose sensor implanted for several days in rat subcutaneous tissue," *Diabetologia*, 35(3) (1 page—Abstract only) (Mar. 1992).

Nagy, G. et al., "A New Type of Enzyme Electrode: The Ascorbic Acid Eliminator Electrode," *Life Sciences*, 31(23):2611–2616 (1982).

Nakamura, S. et al., "Effect of Periodate Oxidation on the Structure and Properties of Glucose Oxidase," *Biochimica et Biophysica Acta.*, 445:294–308 (1976).

Narazimhan, K. et al., "p–Benzoquinone activation of metal oxide electrodes for attachment of enzymes," *Enzyme Microb. Technol.*, 7(6) (1 page—Abstract only) (1985).

Ohara, T. J. et al., "Glucose Electrodes Based on Cross–Linked [Os(bpy)$_2$Cl]$^{+/2+}$ Complexed Poly(1–vinylimadazole) Films," *Analytical Chemistry*, 65(23):3512–3516 (Dec.1, 1993).

Ohara, T. J., "Osmium Bipyridyl Redox Polymers Used in Enzyme Electrodes," *Platinum Metals Rev.*, 39(2):54–62 (Apr. 1995).

Ohara, T. J. et al., "'Wired" Enzyme Electrodes for Amperometric Determination of Glucose or Lactate in the Presence of Interfering Substances," *Analytical Chemistry*, 66(15):2451–2457 (Aug. 1, 1994).

Olivier, C. N. et al., "In vivo Measurement of Carbon Dioxide Tension with a Miniature Electrode," *Pflugers Arch.* 373:269–272 (1978).

**6,134,461**
Page 6

Paddock, R. et al., "Electrocatalytic reduction of hydrogen peroxide via direct electron transfer from pyrolytic graphite electrodes to irreversible adsorbed cytochrome c peroxidase," *J. Electroanal. Chem.*, 260:487–494 (1989).

Palleschi, G. et al., "A Study of Interferences in Glucose Measurements in Blood by Hydrogen Peroxide Based Glucose Probes", *Anal. Biochem.*, 159:114–121 (1986).

Pankratov, I. et al., "Sol–gel derived renewable–surface biosensors," *Journal of Electroanalytical Chemistry*, 393:35–41 (1995).

Pathak, C. P. et al., "Rapid Photopolymerization of Immunoprotective Gels in Contact with Cells and Tissue," *J. Am. Chem. Soc.*, 114(21):8311–8312 (1992).

Pickup, J., "Developing glucose sensors for in vivo use," *Tibtech*, 11:285–289 (Jul. 1993).

Pickup, J. C. et al., "In vivo molecular sensing in diabetes mellitus: an implantable glucose sensor with direct electron transfer," *Diabetologia*, 32(3):213–217 (1989).

Pickup, J. et al., "Potentially–implantable, amperometric glucose sensors with mediated electron transfer improving the operating stability," *Biosensors*, 4(2) (1 page—Abstract only) (1989).

Pishko, M.V. et al., "Amperometric Glucose Microelectrodes Prepared Through Immobilization of Glucose Oxidase in Redox Hydrogels", *Anal. Chem.*, 63(20):2268–2272 (Oct. 15, 1991).

Poitout, V. et al., "A glucose monitoring system for on line estimation in man blood glucose concentration using a miniaturized glucose sensor implanted in the subcutaneous tissue and a wearable control unit," *Biabetolgia*, 36(7) (1 page—Abstract only) (Jul. 1993).

Poitout, V. et al., "Calibration in dogs of a subcutaneous miniaturized glucose sensor using a glucose meter for blood glucose determination," *Biosensors & Bioelectronics*, 7:587–592 (1992).

Poitout, V. et al., "In vitro and in vivo evaluation in dogs of a miniaturized glucose sensor," *ASAIO Transactions*, 37(3) (1 page—Abstract only) (Jul.–Sep. 1991).

Pollak, A. et al., "Enzyme Immobilization by Condensation Copolymerization into Cross–Linked Polyacrylamide Gels," *J. Am. Chem. Soc.*, 102(20):6324–6336 (1980).

Reach, G. et al., "Can Continuous Glucose Monitoring Be Used for the Treatment of Diabetes?" *Analytical Chemistry*, 64(6):381–386 (Mar. 15, 1992).

Rebrin, K. et al., "Automated Feedback Control of Subcutaneous Glucose Concentration in Diabetic Dogs," *Diabetologia*, 32(8):573–576 (Aug. 1989).

Sakakida, M. et al., "Ferrocene–mediate needle–type glucose sensor covered with newly designed biocompatible membrane," *Sensors and Actuators B*, 13–14:319–322 (1993).

Samuels, G. J. et al., "An Electrode–Supported Oxidation Catalyst Based on Ruthenium (IV). pH "Encapsulation" in a Polymer Film," *J. Am. Chem. Soc.*, 103(2):307–312 (1981).

Sasso, S. V. et al., "Electropolymerized 1,2–Diaminobenzene as a Means to Prevent Interferences and Fouling and to Stabilize Immobilized Enzyme in Electrochemical Biosensors", *Anal. Chem.*, 62(11):1111–1117 (Jun. 1, 1990).

Scheller, F. et al., "Enzyme electrodes and their application," *Phil. Trans. R. Soc. Lond.*, B 316:85–94 (1987).

Schmehl, R.H. et al., "The Effect of Redox Site Concentration on the Rate of Mediated Oxidation of Solution Substrates by a Redox Copolymer Film",*J. Electroanal. Chem.*, 152:97–109 (Aug. 25, 1983).

Shichiri, M. et al., "Glycaemic Control in Pancreatetomized Dogs with a Wearable Artificial Endocrine Pancreas", *Diabetologia*, 24(3):179–184 (Mar. 1983).

Sittampalam, G. et al., "Surface–Modified Electrochemical Detector for Liquid Chromatography", *Anal. Chem.*, 55(9):1608–1610 (Aug. 1983).

Soegijoko, S. et al., *Horm. Metabl. Res., Suppl. Ser*, 12 (1 page—Abstract only) (1982).

Sprules, S. D. et al., "Evaluation of a New Disposable Screen–Printed Sensor Strip for the Measurement of NADH and Its Modification to Produce a Lactate Biosensor Employing Microliter Volumes," *Electroanalysis*, 8(6):539–543 (1996).

Sternberg, F. et al., "Calibration Problems of Subcutaneous Glucosensors when Applied "In–Situ" in Man," *Horm. metabl. Res*, 26:524–525 (1994).

Sternberg, R. et al., "Covalent Enzyme Coupling on Cellulose Acetate Membranes for Glucose Sensor Development," *Analytical Chemistry*, 60(24):2781–2786 (Dec. 15, 1988).

Sternberg, R. et al., "Study and Development of Multilayer Needle–type Enzyme–based Glucose Microsensors," *Biosensors*, 4:27–40 (1988).

Suekane, M., "Immobilization of glucose isomerase," *Zeitschrift für Allgemeine Mikrobiologie*, 22(8):565–576 (1982).

Tajima, S. et al., "Simultaneous Determination of Glucose and 1,5–Anydroglucitol", *Chemical Abstracts*, 111(25):394 111:228556g (Dec. 18, 1989).

Tarasevich, M.R. "Bioelectrocatalysis", *Comprehensive Treatise of Electrochemistry*, 10 (Ch. 4):231–295 (1985).

Tatsuma, T. et al., "Enzyme Monolayer– and Bilayer–Modified Tin Oxide ELectrodes for the Determination of Hydrogen Peroxide and Glucose," *Anal. Chem.*, 61(21):2352–2355 (Nov. 1, 1989).

Taylor, C. et al., "'Wiring' of glucose oxidase within a hydrogel made with polyvinyl imidazole complexed with [(Os–4,4'–dimethoxy–2,2'–bipyridine)Cl]$^{+/2+}$," *Journal of Electroanalytical Chemistry*, 396:511–515 (1995).

Trojanowicz, M. et al., "Enzyme Entrapped Polypyrrole Modified Electrode for Flow–Injection Determination of Glucose," *Biosensors & Bioelectronics*, 5:149–156 (1990).

Turner, A.P.F. et al., "Diabetes Mellitus: Biosensors for Research and Management", *Biosensors*, 1:85–115 (1985).

Turner, R. F. B. et al., "A Biocompatible Enzyme Electrode for Continuous in vivo Glucose Monitoring in Whole Blood," *Sensors and Actuators*, B1(1–6):561–564 (Jan. 1990).

Tuzhi, P. et al., "Constant Potential Pretreatment of Carbon Fiber Electrodes for In Vivo Electrochemistry", *Analytical Letters*, 24(6):935–945 (1991).

Umaha, M., "Protein–Modifed Electrochemically Active Biomaterial Surface," *U.S. Army Research Office Report*, (12 pages) (Dec. 1988).

Urban, G. et al., "Miniaturized Thin–Film Biosensors Using Covalently Immobilized Glucose Oxidase", *Biosensors & Bioelectronics*, 6(7):555–562 (1991).

Velho, G. et al., "In Vitro and In Vivo Stability of Electrode Potentials in Needle–Type Glucose Sensors", *Diabetes*, 38(2):164–171 (Feb. 1989).

Velho, G. et al., "Strategies for calibrating a subcutaneous glucose sensor," *Biomed. Biochin. Acta*, 48(11/12):957–964 (1989).

Von Woedtke, T. et al., "In Situ Calibration of Implanted Electrochemical Glucose Sensors," *Biomed. Biochim. Acta*, 48(11/12):943–952 (1989).

**6,134,461**
Page 7

Vreeke, M. S. et al., "Chapter 15: Hydrogen Peroxide Electrodes Based on Electrical Connection of Redox Centers of Various Peroxidases to Electrodes through a Three–Dimensional Electron–Relaying Polymer Network," *Diagnostic Biosensor Polymers*, 7 pgs. (Jul. 26, 1993).

Vreeke, M. et al., "Hydrogen Peroxide and β–Nicotinamide Adenine Dinucleotide Sensing Amperometric Electrodes Based on Electrical Connection of Horseradish Peroxidase Redox Centers to Electrodes through a Three–Dimensional Electron Relaying Polymer Network," *Analytical Chemistry*, 64(24):3084–3090 (Dec. 15, 1992).

Wang, J. et al., "Activation of Glassy Carbon Electrodes by Alternating Current Electrochemical Treatment", *Analytica Chimica Acta*, 167:325–334 (Jan. 1985).

Wang, J. et al., "Amperometric biosensing of organic peroxides with peroxidase–modified electrodes," *Analytica Chimica Acta*. 254:81–88 (1991).

Wang, D. L. et al., "Miniaturized Flexible Amperometric Lactate Probe," *Analytical Chemistry*, 65(8):1069–1073 (Apr. 15, 1993).

Wang, J. et al. "Screen–Printable Sol–Gel Enzyme–Containing Carbon Inks," *Analytical Chemistry*, 68(15):2705–2708 (Aug. 1, 1996).

Wang, J. et al., "Sol–Gel–Derived Metal–Dispersed Carbon Composite Amperometric Biosensors," *Electroanalysis*, 9(1):52–55 (1997).

Williams, D.L. et al., "Electrochemical–Enzymatic Analysis of Blood Glucose and Lactate", *Anal. Chem.*, 42(1):118–121 (Jan. 1970).

Wilson, G. S. et al., "Progress toward the Development of an Implantable Sensor for Glucose," *Clinical Chemistry*, 38(9):1613–1617 (1992).

Yabuki, S. et al., "Electro–conductive Enzyme Membrane," *J. Chem. Soc. Chem. Commun*, 945–946 (1989).

Yang, L. et al., "Determination of Oxidase Enzyme Substrates Using Cross–Flow Thin–Layer Amperometry," *Electroanalysis*, 8(8–9):716–721 (1996).

Yao, S.J. et al., "The Interference of Ascorbate and Urea in Low–Potential Electrochemical Glucose Sensing", *Proceedings of the Twelfth Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, 12(2):487–489 (Nov. 1–4, 1990).

Yao, T. et al., "A Chemically–Modified Enzyme Membrane Electrode As An Amperometric Glucose Sensor," *Analytica Chimica Acta.*, 148:27–33 (1983).

Ye, L. et al., "High Current Density "Wired" Quinoprotein Glucose Dehydrogenase Electrode," *Anal. Chem.*, 65(3):238–241 (Feb. 1, 1993).

Yildiz, A. et al., "Eavluation of an Improved Thin–Layer Electrode," *Analytical Chemistry*, 40(70):1018–1024 (Jun. 1968).

Zamzow, K. et al., New Wearable Continuous Blood Glucose Monitor (BGM) and Artificial Pancreas (AP), *Diabetes*, 39:5A(20) (May 1990).

Zhang, Y. et al., "Application of cell culture toxicity tests to the development of implantable biosensors," *Biosensors & Bioelectronics*, 6:653–661 (1991).

Zhang, Y. et al., "Elimination of the Acetaminophen Interference in an Implantable Glucose Sensor," *Anal. Chem.* 66:1183–1188 (1994).

FIG. 1



FIG. 2



FIG. 3A



FIG. 3B



FIG. 9



FIG. 4A



FIG. 4B



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 10



FIG. 11



FIG. 12



6,134,461

1

# ELECTROCHEMICAL ANALYTE

## FIELD OF THE INVENTION

The present invention is, in general, directed to an analyte sensor. More particularly, the present invention relates to an electrochemical sensor for determining a level of an analyte, such as glucose, lactate, or oxygen, in vivo and/or in vitro.

## BACKGROUND OF THE INVENTION

The monitoring of the level of glucose or other analytes, such as lactate or oxygen, in certain individuals is vitally important to their health. High or low levels of glucose or other analytes may have detrimental effects. The monitoring of glucose is particularly important to individuals with diabetes, as they must determine when insulin is needed to reduce glucose levels in their bodies or when additional glucose is needed to raise the level of glucose in their bodies.

A conventional technique used by many diabetics for personally monitoring their blood glucose level includes the periodic drawing of blood, the application of that blood to a test strip, and the determination of the blood glucose level using colorimetric, electrochemical, or photometric detection. This technique does not permit continuous or automatic monitoring of glucose levels in the body, but typically must be performed manually on a periodic basis. Unfortunately, the consistency with which the level of glucose is checked varies widely among individuals. Many diabetics find the periodic testing inconvenient and they sometimes forget to test their glucose level or do not have time for a proper test. In addition, some individuals may wish to avoid the pain associated with the test. These situations may result in hyperglycemic or hypoglycemic episodes. An in vivo glucose sensor that continuously or automatically monitors the individual's glucose level would enable individuals to more easily monitor their glucose, or other analyte, levels.

A variety of devices have been developed for continuous or automatic monitoring of analytes, such as glucose, in the blood stream or interstitial fluid. Many of these devices use electrochemical sensors which are directly implanted into a blood vessel or in the subcutaneous tissue of a patient. However, these devices are often difficult to reproducibly and inexpensively manufacture in large numbers. In addition, these devices are typically large, bulky, and/or inflexible, and many can not be used effectively outside of a controlled medical facility, such as a hospital or a doctor's office, unless the patient is restricted in his activities.

The patient's comfort and the range of activities that can be performed while the sensor is implanted are important considerations in designing extended-use sensors for continuous or automatic in vivo monitoring of the level of an analyte, such as glucose. There is a need for a small, comfortable device which can continuously monitor the level of an analyte, such as glucose, while still permitting the patient to engage in normal activities. Continuous and/or automatic monitoring of the analyte can provide a warning to the patient when the level of the analyte is at or near a threshold level. For example, if glucose is the analyte, then the monitoring device might be configured to warn the patient of current or impending hyperglycemia or hypoglycemia. The patient can then take appropriate actions.

In addition to in vivo monitoring of analyte levels, it is often important to determine the level of an analyte in a sample taken from a subject. For many individuals and for many analytes, continuous monitoring of analyte levels is not necessary, convenient, and/or desirable. In vitro measurements are often useful in making periodic determinations of

2

analyte level when an in vivo sensor is not being used. Such measurements may also be useful for calibrating an in vivo sensor. In these cases, it may be desirable to use small volume samples due to the difficulty of obtaining such samples, the discomfort of the patient when the sample is obtained, and/or other reasons. However, most conventional sensors are designed to test for analyte levels in samples larger than 3 microliters. It is desirable to have sensors that could be used for the in vitro monitoring of samples that may be as small as a microliter, or even 25 nanoliters or less. The use of such small samples reduces the inconvenience and pain associated with obtaining a sample, for example, by lancing a portion of the body to obtain a blood sample.

## SUMMARY OF THE INVENTION

Generally, the present invention relates to an analyte sensor which can be used for the in vivo and/or in vitro determination of a level of an analyte in a fluid. Some embodiments of the invention are particularly useful for the continuous or automatic monitoring of a level of an analyte, such as glucose or lactate, in a patient. One embodiment of the invention is an electrochemical sensor. The electrochemical sensor includes a substrate, a recessed channel formed in a surface of the substrate, and a conductive material disposed in the recessed channel. The conductive material forms a working electrode.

Another embodiment of the invention is an electrochemical sensor that includes a substrate and a plurality of recessed channels formed in at least one surface of the substrate. Conductive material is disposed in each of the recessed channels. The conductive material in at least one of the recessed channels forms a working electrode.

A further embodiment of the invention is an analyte responsive electrochemical sensor that includes a working electrode and a mass transport limiting membrane. The mass transport limiting membrane preferably maintains a rate of permeation of the analyte through the mass transport limiting membrane with a variation of less than 3% per °C. at temperatures ranging from 30° C. to 40° C.

Yet another embodiment of the invention is a method of determining a level of an analyte in a fluid. The fluid is contacted by an electrochemical sensor that includes a substrate, a recessed channel in the substrate, and conductive material in the recessed channel forming a working electrode. An electrical signal is generated by the sensor in response to the presence of the analyte. The level of the analyte may be determined from the electrical signal.

A further embodiment of the invention is a temperature sensor. The temperature sensor includes a substrate, a recessed channel formed in the substrate, and a temperature probe disposed in the recessed channel. The temperature probe includes two probe leads that are disposed in spaced-apart portions of the recessed channel and a temperature-dependent element that is disposed in the recessed channel and is in contact with the two probe leads. The temperature-dependent element is formed using a material having a temperature-dependent characteristic that alters a signal from the temperature probe in response to a change in temperature.

One embodiment of the invention is a method of determining a level of an analyte in a fluid. The fluid is placed in contact with an electrochemical sensor. The electrochemical sensor has a substrate, a recessed channel formed in a surface of the substrate, conductive material disposed in the recessed channel to form a working electrode, and a catalyst proximally disposed to the working electrode. A level of a

6,134,461

3

second compound in the fluid is changed by a reaction of the analyte catalyzed by the catalyst. A signal is generated in response to the level of the second electrode. The level of the analyte is determined from the signal.

Another embodiment of the invention is an electrochemical sensor having a substrate and a working electrode disposed on the substrate. The working electrode preferably includes a carbon material and has a width along at least a portion of the working electrode of 150 $\mu$m or less.

Another embodiment of the invention is an electrochemical sensor for determining a level of an analyte in a fluid. The electrochemical sensor includes a substrate, a recessed channel formed in a surface of the substrate, and conductive material disposed in the recessed channel to form a working electrode. A catalyst is positioned near the working electrode to catalyze a reaction of the analyte which results in a change in a level of a second compound. The electrochemical sensor produces a signal which is responsive to the level of the second compound.

Yet another embodiment of the invention is a sensor adapted for subcutaneous implantation. The sensor includes a substrate, and conductive carbon non-leachably disposed on the substrate to form a working electrode. An enzyme is non-leachably disposed in proximity to the working electrode.

Another embodiment of the invention is an electrochemical sensor including a substrate and conductive material disposed on the substrate. The conductive material forms a plurality of traces. At least one of the traces forms a working electrode. The plurality of conductive traces are preferably separated on the surface of the substrate by a distance of 150 $\mu$m or less.

One embodiment of the invention is an electrochemical sensor having a substrate and conductive material disposed on a surface of the substrate. The conductive material forms a plurality of conductive traces, at least one of which forms a working electrode. The plurality of conductive traces are disposed on the surface of the substrate at a preferred density, along a width of the substrate, of 667 $\mu$m/trace or less.

Another embodiment of the invention is an electrochemical sensor having a substrate, a conductive material disposed on the substrate to form a working electrode, and a contact pad disposed on the substrate and operatively connected to the working electrode. The contact pad is made of a non-metallic conductive material to avoid or reduce corrosion.

Yet another embodiment of the invention is an analyte monitoring system having a sensor and a control unit. The sensor includes a substrate, a working electrode disposed on the substrate, and a contact pad coupled to the working electrode. The control unit has a conductive contact coupled to the working electrode and is configured to apply a potential across the working electrode. At least one of the contact pad and the conductive contact is made using a non-metallic material to avoid or reduce corrosion.

A further embodiment of the invention is a method of determining a level of an analyte in an animal. A sensor is implanted in the animal. The sensor includes a substrate, a plurality of conductive traces disposed on the substrate, and a working electrode formed from one of the conductive traces. A signal is generated at the working electrode in response to the analyte. The level of the analyte is determined by analyzing the signal. If the level of the analyte exceeds a threshold amount, an electrical current is produced through a portion of the animal to warn the animal. The electrical current is produced by applying a potential between two of the conductive traces.

4

Another embodiment is an electrochemical sensor having a substrate, a conductive material disposed on the substrate to form a working electrode, and catalyst disposed in the conductive material. The catalyst catalyzes a reaction of the analyte to generate a signal at the working electrode.

The above summary of the present invention is not intended to describe each disclosed embodiment or every implementation of the present invention. The Figures and the detailed description which follow more particularly exemplify these embodiments.

BRIEF DESCRIPTION OF THE DRAWINGS

The invention may be more completely understood in consideration of the following detailed description of various embodiments of the invention in connection with the accompanying drawings, in which:

FIG. 1 is a block diagram of one embodiment of an analyte monitor using an analyte sensor, according to the invention;

FIG. 2 is a top view of one embodiment of an analyte sensor, according to the invention;

FIG. 3A is a cross-sectional view of the analyte sensor of FIG. 2;

FIG. 3B is a cross-sectional view of another embodiment of an analyte sensor, according to the invention;

FIG. 4A is a cross-sectional view of yet another embodiment of an analyte sensor, according to the invention;

FIG. 4B is a cross-sectional view of a fourth embodiment of an analyte sensor, according to the invention;

FIG. 5 is an expanded top view of a tip portion of the analyte sensor of FIG. 2;

FIG. 6 is a cross-sectional view of a fifth embodiment of an analyte sensor, according to the invention;

FIG. 7 is an expanded top view of a tip-portion of the analyte sensor of FIG. 6;

FIG. 8 is an expanded bottom view of a tip-portion of the analyte sensor of FIG. 6;

FIG. 9 is a side view of the analyte sensor of FIG. 2;

FIG. 10 is a top view of the analyte sensor of FIG. 6;

FIG. 11 is a bottom view of the analyte sensor of FIG. 6; and

FIG. 12 is another embodiment of an analyte sensor according to the invention.

While the invention is amenable to various modifications and alternative forms, specifics thereof have been shown by way of example in the drawings and will be described in detail. It should be understood, however, that the intention is not to limit the invention to the particular embodiments described. On the contrary, the intention is to cover all modifications, equivalents, and alternatives falling within the spirit and scope of the invention.

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENT

The present invention is applicable to an analyte sensor for the in vivo and/or in vitro determination of an analyte, such as glucose, lactate, or oxygen, in a fluid. The analyte sensors of the present invention can be utilized in a variety of contexts. For example, one embodiment of the analyte sensor can be subcutaneously implanted in the interstitial tissue of a patient for the continuous or periodic monitoring of a level of an analyte in a patient's interstitial fluid. This can then be used to infer the analyte level in the patient's

6,134,461

5

bloodstream. Other in vivo analyte sensors can be made, according to the invention, for insertion into an organ, vein, artery, or other portion of the body containing fluid. The in vivo analyte sensors may be configured for obtaining a single measurement and/or for monitoring the level of the analyte over a time period which may range from hours to days or longer.

Another embodiment of the analyte sensor can be used for the in vitro determination of the presence and/or level of an analyte in a sample, and, particularly, in a small volume sample (e.g., 10 microliters to 50 nanoliters or less). While the present invention is not so limited, an appreciation of various aspects of the invention may be gained through a discussion of the examples provided below.

The following definitions are provided for terms used herein. A "counter electrode" refers to an electrode paired with the working electrode, through which passes a current equal in magnitude and opposite in sign to the current passing through the working electrode. In the context of the invention, the term "counter electrode" is meant to include counter electrodes which also function as reference electrodes (i.e., a counter/reference electrode).

An "electrochemical sensor" is a device configured to detect the presence and/or measure the level of an analyte in a sample via electrochemical oxidation and reduction reactions on the sensor. These reactions are transduced to an electrical signal that can be correlated to an amount, concentration, or level of an analyte in the sample.

"Electrolysis" is the electrooxidation or electroreduction of a compound either directly at an electrode or via one or more electron transfer agents.

A compound is "immobilized" on a surface when it is entrapped on or chemically bound to the surface.

A "non-leachable" or "non-releasable" compound or a compound that is "non-leachably disposed" is meant to define a compound that is affixed on the sensor such that it does not substantially diffuse away from the working surface of the working electrode for the period in which the sensor is used (e.g., the period in which the sensor is implanted in a patient or measuring a sample).

Components are "immobilized" within a sensor, for example, when the components are covalently, ionically, or coordinatively bound to constituents of the sensor and/or are entrapped in a polymeric or sol-gel matrix or membrane which precludes mobility.

An "electron transfer agent" is a compound that carries electrons between the analyte and the working electrode, either directly, or in cooperation with other electron transfer agents. One example of an electron transfer agent is a redox mediator.

A "working electrode" is an electrode at which the analyte (or a second compound whose level depends on the level of the analyte) is electrooxidized or electroreduced with or without the agency of an electron transfer agent.

A "working surface" is that portion of the working electrode which is coated with or is accessible to the electron transfer agent and configured for exposure to an analyte-containing fluid.

A "sensing layer" is a component of the sensor which includes constituents that facilitate the electrolysis of the analyte. The sensing layer may include constituents such as an electron transfer agent, a catalyst which catalyzes a reaction of the analyte to produce a response at the electrode, or both. In some embodiments of the sensor, the sensing layer is non-leachably disposed in proximity to or on the working electrode.

6

A "non-corroding" conductive material includes non-metallic materials, such as carbon and conductive polymers.

Analyte Sensor Systems

The sensors of the present invention can be utilized in a variety of devices and under a variety of conditions. The particular configuration of a sensor may depend on the use for which the sensor is intended and the conditions under which the sensor will operate (e.g., in vivo or in vitro). One embodiment of the analyte sensor is configured for implantation into a patient or user for in vivo operation. For example, implantation of the sensor may be made in the arterial or venous systems for direct testing of analyte levels in blood. Alternatively, a sensor may be implanted in the interstitial tissue for determining the analyte level in interstitial fluid. This level may be correlated and/or converted to analyte levels in blood or other fluids. The site and depth of implantation may affect the particular shape, components, and configuration of the sensor. Subcutaneous implantation may be preferred, in some cases, to limit the depth of implantation of the sensor. Sensors may also be implanted in other regions of the body to determine analyte levels in other fluids.

An implantable analyte sensor may be used as part of an analyte monitoring system to continuously and/or periodically monitor the level of an analyte in a body fluid of a patient. In addition to the sensor 42, the analyte monitoring system 40 also typically includes a control unit 44 for operating the sensor 42 (e.g., providing a potential to the electrodes and obtaining measurements from the electrodes) and a processing unit 45 for analyzing the measurements from the sensor 42. The control unit 44 and processing unit 45 may be combined in a single unit or may be separate.

Another embodiment of the sensor may be used for in vitro measurement of a level of an analyte. The in vitro sensor is coupled to a control unit and/or a processing unit to form an analyte monitoring system. In some embodiments, an in vitro analyte monitoring system is also configured to provide a sample to the sensor. For example, the analyte monitoring system may be configured to draw a sample from, for example, a lanced wound using a wicking and/or capillary action. The sample may then be drawn into contact with the sensor. Examples of such sensors may be found in U.S. patent application Ser. No. 08/795,767 and PCT patent application Ser. No. PCT/US98/02652, incorporated herein by reference.

Other methods for providing a sample to the sensor include using a pump, syringe, or other mechanism to draw a sample from a patient through tubing or the like either directly to the sensor or into a storage unit from which a sample is obtained for the sensor. The pump, syringe, or other mechanism may operate continuously, periodically, or when desired to obtain a sample for testing. Other useful devices for providing an analyte-containing fluid to the sensor include microfiltration and/or microdialysis devices. In some embodiments, particularly those using a microdialysis device, the analyte may be drawn from the body fluid through a microporous membrane, for example, by osmotic pressure, into a carrier fluid which is then conveyed to the sensor for analysis. Other useful devices for acquiring a sample are those that collect body fluids transported across the skin using techniques, such as reverse iontophoresis, to enhance the transport of fluid containing analyte across the skin.

The Sensor

A sensor 42, according to the invention, includes at least one working electrode 58 formed on a substrate 50, as

6,134,461

7

shown in FIG. 2. The sensor 42 may also include at least one counter electrode 60 (or counter/reference electrode) and/or at least one reference electrode 62 (see FIG. 8). The counter electrode 60 and/or reference electrode 62 may be formed on the substrate 50 or may be separate units. For example, the counter electrode and/or reference electrode may be formed on a second substrate which is also implanted in the patient or, for some embodiments of the implantable sensors, the counter electrode and/or reference electrode may be placed on the skin of the patient with the working electrode or electrodes being implanted into the patient. The use of an on-the-skin counter and/or reference electrode with an implantable working electrode is described in U.S. Pat. No. 5,593,852, incorporated herein by reference.

The working electrode or electrodes 58 are formed using conductive traces 52 disposed on the substrate 50. The counter electrode 60 and/or reference electrode 62, as well as other optional portions of the sensor 42, such as a temperature probe 66 (see FIG. 8), may also be formed using conductive traces 52 disposed on the substrate 50. These conductive traces 52 may be formed over a smooth surface of the substrate 50 or within channels 54 formed by, for example, embossing, indenting or otherwise creating a depression in the substrate 50.

A sensing layer 64 (see FIGS. 3A and 3B) is often formed proximate to or on at least one of the working electrodes 58 to facilitate the electrochemical detection of the analyte and the determination of its level in the sample fluid, particularly if the analyte can not be electrolyzed at a desired rate and/or with a desired specificity on a bare electrode. The sensing layer 64 may include an electron transfer agent to transfer electrons directly or indirectly between the analyte and the working electrode 58. The sensing layer 64 may also contain a catalyst to catalyze a reaction of the analyte. The components of the sensing layer may be in a fluid or gel that is proximate to or in contact with the working electrode 58. Alternatively, the components of the sensing layer 64 may be disposed in a polymeric or sol-gel matrix that is proximate to or on the working electrode 58. Preferably, the components of the sensing layer 64 are non-leachably disposed within the sensor 42. More preferably, the components of the sensor 42 are immobilized within the sensor 42.

In addition to the electrodes 58, 60, 62 and the sensing layer 64, the sensor 42 may also include a temperature probe 66 (see FIGS. 6 and 8), a mass transport limiting layer 74 (see FIG. 9), a biocompatible layer 75 (see FIG. 9), and/or other optional components, as described below. Each of these items enhances the functioning of and/or results from the sensor 42, as discussed below.

The Substrate

The substrate 50 may be formed using a variety of non-conducting materials, including, for example, polymeric or plastic materials and ceramic materials. Suitable materials for a particular sensor 42 may be determined, at least in part, based on the desired use of the sensor 42 and properties of the materials.

In some embodiments, the substrate is flexible. For example, if the sensor 42 is configured for implantation into a patient, then the sensor 42 may be made flexible (although rigid sensors may also be used for implantable sensors) to reduce pain to the patient and damage to the tissue caused by the implantation of and/or the wearing of the sensor 42. A flexible substrate 50 often increases the patient's comfort and allows a wider range of activities. A flexible substrate 50 is also useful for an in vitro sensor 42, particularly for ease of manufacturing. Suitable materials for a flexible substrate

8

50 include, for example, non-conducting plastic or polymeric materials and other non-conducting, flexible, deformable materials. Examples of useful plastic or polymeric materials include thermoplastics such as polycarbonates, polyesters (e.g., Mylar™ and polyethylene terephthalate (PET)), polyvinyl chloride (PVC), polyurethanes, polyethers, polyamides, polyimides, or copolymers of these thermoplastics, such as PETG (glycol-modified polyethylene terephthalate).

In other embodiments, the sensors 42 are made using a relatively rigid substrate 50 to, for example, provide structural support against bending or breaking. Examples of rigid materials that may be used as the substrate 50 include poorly conducting ceramics, such as aluminum oxide and silicon dioxide. One advantage of an implantable sensor 42 having a rigid substrate is that the sensor 42 may have a sharp point and/or a sharp edge to aid in implantation of a sensor 42 without an additional insertion device. In addition, rigid substrates 50 may also be used in sensors for in vitro analyte monitors.

It will be appreciated that for many sensors 42 and sensor applications, both rigid and flexible sensors will operate adequately. The flexibility of the sensor 42 may also be controlled and varied along a continuum by changing, for example, the composition and/or thickness of the substrate 50.

In addition to considerations regarding flexibility, it is often desirable that implantable sensors 42, as well as in vitro sensors which contact a fluid that is returned to a patient's body, should have a substrate 50 which is non-toxic. Preferably, the substrate 50 is approved by one or more appropriate governmental agencies or private groups for in vivo use.

The sensor 42 may include optional features to facilitate insertion of an implantable sensor 42, as shown in FIG. 12. For example, the sensor 42 may be pointed at the tip 123 to ease insertion. In addition, the sensor 42 may include a barb 125 which assists in anchoring the sensor 42 within the tissue of the patient during operation of the sensor 42. However, the barb 125 is typically small enough that little damage is caused to the subcutaneous tissue when the sensor 42 is removed for replacement.

Although the substrate 50 in at least some embodiments has uniform dimensions along the entire length of the sensor 42, in other embodiments, the substrate 50 has a distal end 67 and a proximal end 65 with different widths 53, 55, respectively, as illustrated in FIG. 2. In these embodiments, the distal end 67 of the substrate 50 may have a relatively narrow width 53. For sensors 42 which are implantable into the subcutaneous tissue or another portion of a patient's body, the narrow width 53 of the distal end 67 of the substrate 50 may facilitate the implantation of the sensor 42. Often, the narrower the width of the sensor 42, the less pain the patient will feel during implantation of the sensor and afterwards.

For subcutaneously implantable sensors 42 which are designed for continuous or periodic monitoring of the analyte during normal activities of the patient, a distal end 67 of the sensor 42 which is to be implanted into the patient has a width 53 of 2 mm or less, preferably 1 mm or less, and more preferably 0.5 mm or less. If the sensor 42 does not have regions of different widths, then the sensor 42 will typically have an overall width of, for example, 2 mm, 1.5 mm, 1 mm, 0.5 mm, 0.25 mm, or less. However, wider or narrower sensors may be used. In particular, wider implantable sensors may be used for insertion into veins or arteries

6,134,461

9

or when the movement of the patient is limited, for example, when the patient is confined in bed or in a hospital.

For sensors 42 which are designed for measuring small volume in vitro samples, the narrow width 53 may reduce the volume of sample needed for an accurate reading. The narrow width 53 of the sensor 42 results in all of the electrodes of the sensor 42 being closely congregated, thereby requiring less sample volume to cover all of the electrodes. The width of an in vitro sensor 42 may vary depending, at least in part, on the volume of sample available to the sensor 42 and the dimensions of the sample chamber in which the sensor 42 is disposed.

Returning to FIG. 2, the proximal end 65 of the sensor 42 may have a width 55 larger than the distal end 67 to facilitate the connection between contact pads 49 of the electrodes and contacts on a control unit. The wider the sensor 42 at this point, the larger the contact pads 49 can be made. This may reduce the precision needed to properly connect the sensor 42 to contacts on the control unit (e.g., sensor control unit 44 of FIG. 1). However, the maximum width of the sensor 42 may be constrained so that the sensor 42 remains small for the convenience and comfort of the patient and/or to fit the desired size of the analyte monitor. For example, the proximal end 65 of a subcutaneously implantable sensor 42, such as the sensor 42 illustrated in FIG. 1, may have a width 55 ranging from 0.5 mm to 15 mm, preferably from 1 mm to 10 mm, and more preferably from 3 mm to 7 mm. However, wider or narrower sensors may be used in this and other in vivo and in vitro applications.

The thickness of the substrate 50 may be determined by the mechanical properties of the substrate material (e.g., the strength, modulus, and/or flexibility of the material), the desired use of the sensor 42 including stresses on the substrate 50 arising from that use, as well as the depth of any channels or indentations formed in the substrate 50, as discussed below. Typically, the substrate 50 of a subcutaneously implantable sensor 42 for continuous or periodic monitoring of the level of an analyte while the patient engages in normal activities has a thickness of 50 to 500 $\mu$m and preferably 100 to 300 $\mu$m. However, thicker and thinner substrates 50 may be used, particularly in other types of in vivo and in vitro sensors 42.

The length of the sensor 42 may have a wide range of values depending on a variety of factors. Factors which influence the length of an implantable sensor 42 may include the depth of implantation into the patient and the ability of the patient to manipulate a small flexible sensor 42 and make connections between the sensor 42 and the sensor control unit 44. A subcutaneously implantable sensor 42 for the analyte monitor illustrated in FIG. 1 may have a length ranging from 0.3 to 5 cm, however, longer or shorter sensors may be used. The length of the narrow portion of the sensor 42 (e.g., the portion which is subcutaneously inserted into the patient), if the sensor 42 has narrow and wide portions, is typically about 0.25 to 2 cm in length. However, longer and shorter portions may be used. All or only a part of this narrow portion may be subcutaneously implanted into the patient.

The lengths of other implantable sensors 42 will vary depending, at least in part, on the portion of the patient into which the sensor 42 is to be implanted or inserted. The length of in vitro sensors may vary over a wide range depending on the particular configuration of the analyte monitoring system and, in particular, the distance between the contacts of the control unit and the sample.

10

Conductive Traces

At least one conductive trace 52 is formed on the substrate for use in constructing a working electrode 58. In addition, other conductive traces 52 may be formed on the substrate 50 for use as electrodes (e.g., additional working electrodes, as well as counter, counter/reference, and/or reference electrodes) and other components, such as a temperature probe. The conductive traces 52 may extend most of the distance along a length 57 of the sensor 50, as illustrated in FIG. 2, although this is not necessary. The placement of the conductive traces 52 may depend on the particular configuration of the analyte monitoring system (e.g., the placement of control unit contacts and/or the sample chamber in relation to the sensor 42). For implantable sensors, particularly subcutaneously implantable sensors, the conductive traces typically extend close to the tip of the sensor 42 to minimize the amount of the sensor that must be implanted.

The conductive traces 52 may be formed on the substrate 50 by a variety of techniques, including, for example, photolithography, screen printing, or other impact or non-impact printing techniques. The conductive traces 52 may also be formed by carbonizing conductive traces 52 in an organic (e.g., polymeric or plastic) substrate 50 using a laser. A description of some exemplary methods for forming the sensor 42 is provided in U.S. patent application Ser. No. 09/034,422, incorporated herein by reference.

Another method for disposing the conductive traces 52 on the substrate 50 includes the formation of recessed channels 54 in one or more surfaces of the substrate 50 and the subsequent filling of these recessed channels 54 with a conductive material 56, as shown in FIG. 3A. The recessed channels 54 may be formed by indenting, embossing, or otherwise creating a depression in the surface of the substrate 50. Exemplary methods for forming channels and electrodes in a surface of a substrate can be found in U.S. patent application Ser. No. 09/034,422, entitled "Process for the Manufacture of an Electrochemical Biosensor", filed on Mar. 4, 1998. The depth of the channels is typically related to the thickness of the substrate 50. In one embodiment, the channels have depths in the range of about 12.5 to 75 $\mu$m (0.5 to 3 mils), and preferably about 25 to 50 $\mu$m (1 to 2 mils).

The conductive traces are typically formed using a conductive material 56 such as carbon (e.g., graphite), a conductive polymer, a metal or alloy (e.g., gold or gold alloy), or a metallic compound (e.g., ruthenium dioxide or titanium dioxide). The formation of films of carbon, conductive polymer, metal, alloy, or metallic compound are well-known and include, for example, chemical vapor deposition (CVD), physical vapor deposition, sputtering, reactive sputtering, printing, coating, and painting. The conductive material 56 which fills the channels 54 is often formed using a precursor material, such as a conductive ink or paste. In these embodiments, the conductive material 56 is deposited on the substrate 50 using methods such as coating, painting, or applying the material using a spreading instrument, such as a coating blade. Excess conductive material between the channels 54 is then removed by, for example, running a blade along the substrate surface.

In one embodiment, the conductive material 56 is a part of a precursor material, such as a conductive ink, obtainable, for example, from Ercon, Inc. (Wareham, Mass.), Metech, Inc. (Elverson, Pa.), E. I. du Pont de Nemours and Co. (Wilmington, Del.), Emca-Remex Products (Montgomeryville, Pa.), or MCA Services (Melbourn, Great Britain). The conductive ink is typically applied as a semi-

6,134,461

11

liquid or paste which contains particles of the carbon, metal, alloy, or metallic compound and a solvent or dispersant. After application of the conductive ink on the substrate 50 (e.g., in the channels 54), the solvent or dispersant evaporates to leave behind a solid mass of conductive material 56.

In addition to the particles of carbon, metal, alloy, or metallic compound, the conductive ink may also contain a binder. The binder may optionally be cured to further bind the conductive material 56 within the channel 54 and/or on the substrate 50. Curing the binder increases the conductivity of the conductive material 56. However, this is typically not necessary as the currents carried by the conductive material 56 within the conductive traces 52 are often relatively low (usually less than 1 $\mu A$ and often less than 100 nA). Typical binders include, for example, polyurethane resins, cellulose derivatives, elastomers, and highly fluorinated polymers. Examples of elastomers include silicones, polymeric dienes, and acrylonitrile-butadiene-styrene (ABS) resins. One example of a fluorinated polymer binder is Teflon® (DuPont, Wilmington, Del.). These binders are cured using, for example, heat or light, including ultraviolet (UV) light. The appropriate curing method typically depends on the particular binder which is used.

Often, when a liquid or semiliquid precursor of the conductive material 56 (e.g., a conductive ink) is deposited in the channel 54, the precursor fills the channel 54. However, when the solvent or dispersant evaporates, the conductive material 56 which remains may lose volume such that the conductive material 56 may or may not continue to fill the channel 54. Preferred conductive materials 56 do not pull away from the substrate 50 as they lose volume, but rather decrease in height within the channel 54. These conductive materials 56 typically adhere well to the substrate 50 and therefore do not pull away from the substrate 50 during evaporation of the solvent or dispersant. Other suitable conductive materials 56 either adhere to at least a portion of the substrate 50 and/or contain another additive, such as a binder, which adheres the conductive material 56 to the substrate 50. Preferably, the conductive material 56 in the channels 54 is non-leachable, and more preferably immobilized on the substrate 50. In some embodiments, the conductive material 56 may be formed by multiple applications of a liquid or semiliquid precursor interspersed with removal of the solvent or dispersant.

In another embodiment, the channels 54 are formed using a laser. The laser carbonizes the polymer or plastic material. The carbon formed in this process is used as the conductive material 56. Additional conductive material 56, such as a conductive carbon ink, may be used to supplement the carbon formed by the laser.

In a further embodiment, the conductive traces 52 are formed by pad printing techniques. For example, a film of conductive material is formed either as a continuous film or as a coating layer deposited on a carrier film. This film of conductive material is brought between a print head and the substrate 50. A pattern on the surface of the substrate 50 is made using the print head according to a desired pattern of conductive traces 52. The conductive material is transferred by pressure and/or heat from the film of conductive material to the substrate 50. This technique often produces channels (e.g., depressions caused by the print head) in the substrate 50. Alternatively, the conductive material is deposited on the surface of the substrate 50 without forming substantial depressions.

In other embodiments, the conductive traces 52 are formed by non-impact printing techniques. Such techniques

12

include electrophotography and magnetography. In these processes, an image of the conductive traces 52 is electrically or magnetically formed on a drum. A laser or LED may be used to electrically form an image. A magnetic recording head may be used to magnetically form an image. A toner material (e.g., a conductive material, such as a conductive ink) is then attracted to portions of the drum according to the image. The toner material is then applied to the substrate by contact between the drum and the substrate. For example, the substrate may be rolled over the drum. The toner material may then be dried and/or a binder in the toner material may be cured to adhere the toner material to the substrate.

Another non-impact printing technique includes ejecting droplets of conductive material onto the substrate in a desired pattern. Examples of this technique include ink jet printing and piezo jet printing. An image is sent to the printer which then ejects the conductive material (e.g., a conductive ink) according to the pattern. The printer may provide a continuous stream of conductive material or the printer may eject the conductive material in discrete amounts at the desired points.

Yet another non-impact printing embodiment of forming the conductive traces includes an ionographic process. In the this process, a curable, liquid precursor, such as a photopolymerizable acrylic resin (e.g., Solimer 7501 from Cubital, Bad Kreuznach, Germany) is deposited over a surface of a substrate 50. A photomask having a positive or negative image of the conductive traces 52 is then used to cure the liquid precursor. Light (e.g., visible or ultraviolet light) is directed through the photomask to cure the liquid precursor and form a solid layer over the substrate according to the image on the photomask. Uncured liquid precursor is removed leaving behind channels 54 in the solid layer. These channels 54 can then be filled with conductive material 56 to form conductive traces 52.

Conductive traces 52 (and channels 54, if used) can be formed with relatively narrow widths, for example, in the range of 25 to 250 $\mu m$, and including widths of, for example, 250 $\mu m$, 150 $\mu m$, 100 $\mu m$, 75 $\mu m$, 50 $\mu m$, 25 $\mu m$ or less by the methods described above. In embodiments with two or more conductive traces 52 on the same side of the substrate 50, the conductive traces 52 are separated by distances sufficient to prevent conduction between the conductive traces 52. The edge-to-edge distance between the conductive traces is preferably in the range of 25 to 250 $\mu m$ and may be, for example, 150 $\mu m$, 100 $\mu m$, 75 $\mu m$, 50 $\mu m$, or less. The density of the conductive traces 52 on the substrate 50 is preferably in the range of about 150 to 700 $\mu m$/trace and may be as small as 667 $\mu m$/trace or less, 333 $\mu m$/trace or less, or even 167 $\mu m$/trace or less.

The working electrode 58 and the counter electrode 60 (if a separate reference electrode is used) are often made using a conductive material 56, such as carbon. Suitable carbon conductive inks are available from Ercon, Inc. (Wareham, Mass.), Metech, Inc. (Elverson, Pa.), E. I. du Pont de Nemours and Co. (Wilmington, Del.), Emca-Remex Products (Montgomeryville, Pa.), or MCA Services (Melbourn, Great Britain). Typically, the working surface 51 of the working electrode 58 is at least a portion of the conductive trace 52 that is in contact with the analyte-containing fluid (e.g., implanted in the patient or in the sample chamber of an in vitro analyte monitor).

The reference electrode 62 and/or counter/reference electrode are typically formed using conductive material 56 that is a suitable reference material, for example silver/silver chloride or a non-leachable redox couple bound to a con-

6,134,461

13

ductive material, for example, a carbon-bound redox couple. Suitable silver/silver chloride conductive inks are available from Ercon, Inc. (Wareham, Mass.), Metech, Inc. (Elverson, Pa.), E. I. du Pont de Nemours and Co. (Wilmington, Del.), Emca-Remex Products (Montgomeryville, Pa.), or MCA Services (Melbourn, Great Britain). Silver/silver chloride electrodes illustrate a type of reference electrode that involves the reaction of a metal electrode with a constituent of the sample or body fluid, in this case, Cl⁻.

Suitable redox couples for binding to the conductive material of the reference electrode include, for example, redox polymers (e.g., polymers having multiple redox centers.) It is preferred that the reference electrode surface be non-corroding so that an erroneous potential is not measured. Preferred conductive materials include less corrosive metals, such as gold and palladium. Most preferred are non-corrosive materials including non-metallic conductors, such as carbon and conducting polymers. A redox polymer can be adsorbed on or covalently bound to the conductive material of the reference electrode, such as a carbon surface of a conductive trace **52**. Non-polymeric redox couples can be similarly bound to carbon or gold surfaces.

A variety of methods may be used to immobilize a redox polymer on an electrode surface. One method is adsorptive immobilization. This method is particularly useful for redox polymers with relatively high molecular weights. The molecular weight of a polymer may be increased, for example, by cross-linking.

Another method for immobilizing the redox polymer includes the functionalization of the electrode surface and then the chemical bonding, often covalently, of the redox polymer to the functional groups on the electrode surface. One example of this type of immobilization begins with a poly(4-vinylpyridine). The polymer's pyridine rings are, in part, complexed with a reducible/oxidizable species, such as [Os(bpy)₂Cl]⁺/²⁺ where bpy is 2,2'-bipyridine. Part of the pyridine rings are quaternized by reaction with 2-bromoethylamine. The polymer is then crosslinked, for example, using a diepoxide, such as polyethylene glycol diglycidyl ether.

Carbon surfaces can be modified for attachment of a redox species or polymer, for example, by electroreduction of a diazonium salt. As an illustration, reduction of a diazonium salt formed upon diazotization of p-aminobenzoic acid modifies a carbon surface with phenylcarboxylic acid functional groups. These functional groups can then be activated by a carbodiimide, such as 1-ethyl-3-(3-dimethylaminopropyl)-carbodiimide hydrochloride. The activated functional groups are then bound with a amine-functionalized redox couple, such as the quaternized osmium-containing redox polymer described above or 2-aminoethylferrocene, to form the redox couple.

Similarly, gold can be functionalized by an amine, such as cystamine. A redox couple such as [Os(bpy)₂(pyridine-4-carboxylate)Cl]⁰/⁺ is activated by 1-ethyl-3-(3-dimethylaminopropyl)-carbodiimide hydrochloride to form a reactive O-acylisourea which reacts with the gold-bound amine to form an amide.

In one embodiment, in addition to using the conductive traces **52** as electrodes or probe leads, two or more of the conductive traces **52** on the substrate **50** are used to give the patient a mild electrical shock when, for example, the analyte level exceeds a threshold level. This shock may act as a warning or alarm to the patient to initiate some action to restore the appropriate level of the analyte.

14

The mild electrical shock is produced by applying a potential between any two conductive traces **52** that are not otherwise connected by a conductive path. For example, two of the electrodes **58, 60, 62** or one electrode **58, 60, 62** and the temperature probe **66** may be used to provide the mild shock. Preferably, the working electrode **58** and the reference electrode **62** are not used for this purpose as this may cause some damage to the chemical components on or proximate to the particular electrode (e.g., the sensing layer on the working electrode or the redox couple on the reference electrode).

The current used to produce the mild shock is typically 0.1 to 1 mA. Higher or lower currents may be used, although care should be taken to avoid harm to the patient. The potential between the conductive traces is typically 1 to 10 volts. However, higher or lower voltages may be used depending, for example, on the resistance of the conductive traces **52**, the distance between the conductive traces **52** and the desired amount of current. When the mild shock is delivered, potentials at the working electrode **58** and across the temperature probe **66** may be removed to prevent harm to those components caused by unwanted conduction between the working electrode **58** (and/or temperature probe **66**, if used) and the conductive traces **52** which provide the mild shock.

Contact Pads

Typically, each of the conductive traces **52** includes a contact pad **49**. The contact pad **49** may simply be a portion of the conductive trace **52** that is indistinguishable from the rest of the trace **52** except that the contact pad **49** is brought into contact with the conductive contacts of a control unit (e.g., the sensor control unit **44** of FIG. 1). More commonly, however, the contact pad **49** is a region of the conductive trace **52** that has a larger width than other regions of the trace **52** to facilitate a connection with the contacts on the control unit. By making the contact pads **49** relatively large as compared with the width of the conductive traces **52**, the need for precise registration between the contact pads **49** and the contacts on the control unit is less critical than with small contact pads.

The contact pads **49** are typically made using the same material as the conductive material **56** of the conductive traces **52**. However, this is not necessary. Although metal, alloys, and metallic compounds may be used to form the contact pads **49**, in some embodiments, it is desirable to make the contact pads **49** from a carbon or other non-metallic material, such as a conducting polymer. In contrast to metal or alloy contact pads, carbon and other non-metallic contact pads are not easily corroded if the contact pads **49** are in a wet, moist, or humid environment. Metals and alloys may corrode under these conditions, particularly if the contact pads **49** and contacts of the control unit are made using different metals or alloys. However, carbon and non-metallic contact pads **49** do not significantly corrode, even if the contacts of the control device are metal or alloy.

One embodiment of the invention includes a sensor **42** having contact pads **49** and a control unit **44** having conductive contacts (not shown). During operation of the sensor **42**, the contact pads **49** and conductive contacts are in contact with each other. In this embodiment, either the contact pads **49** or the conductive contacts are made using a non-corroding, conductive material. Such materials include, for example, carbon and conducting polymers. Preferred non-corroding materials include graphite and vitreous carbon. The opposing contact pad or conductive contact is made using carbon, a conducting polymer, a metal, such as

6,134,461

15

gold, palladium, or platinum group metal, or a metallic compound, such as ruthenium dioxide. This configuration of contact pads and conductive contacts typically reduces corrosion. Preferably, when the sensor is placed in a 3 mM, and more preferably, in a 100 mM, NaCl solution, the signal arising due to the corrosion of the contact pads and/or conductive contacts is less than 3% of the signal generated by the sensor when exposed to concentration of analyte in the normal physiological range. For at least some subcutaneous glucose sensors, the current generated by analyte in a normal physiological range ranges from 3 to 500 nA.

Each of the electrodes **58**, **60**, **62**, as well as the two probe leads **68**, **70** of the temperature probe **66** (described below), are connected to contact pads **49** as shown in FIGS. **10** and **11**. In one embodiment (not shown), the contact pads **49** are on the same side of the substrate **50** as the respective electrodes or temperature probe leads to which the contact pads **49** are attached.

In other embodiments, the conductive traces **52** on at least one side are connected through vias in the substrate to contact pads **49**a on the opposite surface of the substrate **50**, as shown in FIGS. **10** and **11**. An advantage of this configuration is that contact between the contacts on the control unit and each of the electrodes **58**, **60**, **62** and the probe leads **68**,**70** of the temperature probe **66** can be made from a single side of the substrate **50**.

In yet other embodiments (not shown), vias through the substrate are used to provide contact pads on both sides of the substrate **50** for each conductive trace **52**. The vias connecting the conductive traces **52** with the contact pads **49**a can be formed by making holes through the substrate **50** at the appropriate points and then filling the holes with conductive material **56**.

Exemplary Electrode Configurations

A number of exemplary electrode configurations are described below, however, it will be understood that other configurations may also be used. In one embodiment, illustrated in FIG. **3A**, the sensor **42** includes two working electrodes **58**a, **58**b and one counter electrode **60**, which also functions as a reference electrode. In another embodiment, the sensor includes one working electrode **58**a, one counter electrode **60**, and one reference electrode **62**, as shown in FIG. **3B**. Each of these embodiments is illustrated with all of the electrodes formed on the same side of the substrate **50**.

Alternatively, one or more of the electrodes may be formed on an opposing side of the substrate **50**. This may be convenient if the electrodes are formed using two different types of conductive material **56** (e.g., carbon and silver/silver chloride). Then, at least in some embodiments, only one type of conductive material **56** needs to be applied to each side of the substrate **50**, thereby reducing the number of steps in the manufacturing process and/or easing the registration constraints in the process. For example, if the working electrode **58** is formed using a carbon-based conductive material **56** and the reference or counter/reference electrode is formed using a silver/silver chloride conductive material **56**, then the working electrode and reference or counter/reference electrode may be formed on opposing sides of the substrate **50** for ease of manufacture.

In another embodiment, two working electrodes **58** and one counter electrode **60** are formed on one side of the substrate **50** and one reference electrode **62** and a temperature probe **66** are formed on an opposing side of the substrate **50**, as illustrated in FIG. **6**. The opposing sides of the tip of this embodiment of the sensor **42** are illustrated in FIGS. **7** and **8**.

16

Sensing Layer

Some analytes, such as oxygen, can be directly electrooxidized or electroreduced on the working electrode **58**. Other analytes, such as glucose and lactate, require the presence of at least one electron transfer agent and/or at least one catalyst to facilitate the electrooxidation or electroreduction of the analyte. Catalysts may also be used for those analyte, such as oxygen, that can be directly electrooxidized or electroreduced on the working electrode **58**. For these analytes, each working electrode **58** has a sensing layer **64** formed proximate to or on a working surface of the working electrode **58**. Typically, the sensing layer **64** is formed near or on only a small portion of the working electrode **58**, often near a tip of the sensor **42**. This limits the amount of material needed to form the sensor **42** and places the sensing layer **64** in the best position for contact with the analyte-containing fluid (e.g., a body fluid, sample fluid, or carrier fluid).

The sensing layer **64** includes one or more components designed to facilitate the electrolysis of the analyte. The sensing layer **64** may include, for example, a catalyst to catalyze a reaction of the analyte and produce a response at the working electrode **58**, an electron transfer agent to indirectly or directly transfer electrons between the analyte and the working electrode **58**, or both.

The sensing layer **64** may be formed as a solid composition of the desired components (e.g., an electron transfer agent and/or a catalyst). These components are preferably non-leachable from the sensor **42** and more preferably are immobilized on the sensor **42**. For example, the components may be immobilized on a working electrode **58**. Alternatively, the components of the sensing layer **64** may be immobilized within or between one or more membranes or films disposed over the working electrode **58** or the components may be immobilized in a polymeric or sol-gel matrix. Examples of immobilized sensing layers are described in U.S. Pat. Nos. 5,262,035, 5,264,104, 5,264,105, 5,320,725, 5,593,852, and 5,665,222, U.S. patent application Ser. No. 08/540,789, and PCT patent application Ser. No. PCT/US98/02403, incorporated herein by reference.

In some embodiments, one or more of the components of the sensing layer **64** may be solvated, dispersed, or suspended in a fluid within the sensing layer **64**, instead of forming a solid composition. The fluid may be provided with the sensor **42** or may be absorbed by the sensor **42** from the analyte-containing fluid. Preferably, the components which are solvated, dispersed, or suspended in this type of sensing layer **64** are non-leachable from the sensing layer. Non-leachability may be accomplished, for example, by providing barriers (e.g., the electrode, substrate, membranes, and/or films) around the sensing layer which prevent the leaching of the components of the sensing layer **64**. One example of such a barrier is a microporous membrane or film which allows diffusion of the analyte into the sensing layer **64** to make contact with the components of the sensing layer **64**, but reduces or eliminates the diffusion of the sensing layer components (e.g., a electron transfer agent and/or a catalyst) out of the sensing layer **64**.

A variety of different sensing layer configurations can be used. In one embodiment, the sensing layer **64** is deposited on the conductive material **56** of a working electrode **58**a, as illustrated in FIGS. **3A** and **3B**. The sensing layer **64** may extend beyond the conductive material **56** of the working electrode **58**a. In some cases, the sensing layer **64** may also extend over the counter electrode **60** or reference electrode **62** without degrading the performance of the glucose sensor. For those sensors **42** which utilize channels **54** within which

6,134,461

17

the conductive material 56 is deposited, a portion of the sensing layer 64 may be formed within the channel 54 if the conductive material 56 does not fill the channel 54.

A sensing layer 64 in direct contact with the working electrode 58a may contain an electron transfer agent to transfer electrons directly or indirectly between the analyte and the working electrode, as well as a catalyst to facilitate a reaction of the analyte. For example, a glucose, lactate, or oxygen electrode may be formed having a sensing layer which contains a catalyst, such as glucose oxidase, lactate oxidase, or laccase, respectively, and an electron transfer agent that facilitates the electrooxidation of the glucose, lactate, or oxygen, respectively.

In another embodiment, the sensing layer 64 is not deposited directly on the working electrode 58a. Instead, the sensing layer 64 is spaced apart from the working electrode 58a, as illustrated in FIG. 4A, and separated from the working electrode 58a by a separation layer 61. The separation layer 61 typically includes one or more membranes or films. In addition to separating the working electrode 58a from the sensing layer 64, the separation layer 61 may also act as a mass transport limiting layer or an interferent eliminating layer, as described below.

Typically, a sensing layer 64, which is not in direct contact with the working electrode 58a, includes a catalyst that facilitates a reaction of the analyte. However, this sensing layer 64 typically does not include an electron transfer agent that transfers electrons directly from the working electrode 58a to the analyte, as the sensing layer 64 is spaced apart from the working electrode 58a. One example of this type of sensor is a glucose or lactate sensor which includes an enzyme (e.g., glucose oxidase or lactate oxidase, respectively) in the sensing layer 64. The glucose or lactate reacts with a second compound (e.g., oxygen) in the presence of the enzyme. The second compound is then electrooxidized or electroreduced at the electrode. Changes in the signal at the electrode indicate changes in the level of the second compound in the fluid and are proportional to changes in glucose or lactate level and, thus, correlate to the analyte level.

In another embodiment, two sensing layers 63, 64 are used, as shown in FIG. 4B. Each of the two sensing layers 63, 64 may be independently formed on the working electrode 58a or in proximity to the working electrode 58a. One sensing layer 64 is typically, although not necessarily, spaced apart from the working electrode 58a. For example, this sensing layer 64 may include a catalyst which catalyzes a reaction of the analyte to form a product compound. The product compound is then electrolyzed in the second sensing layer 63 which may include an electron transfer agent to transfer electrons between the working electrode 58a and the product compound and/or a second catalyst to catalyze a reaction of the product compound to generate a signal at the working electrode 58a.

For example, a glucose or lactate sensor may include a first sensing layer 64 which is spaced apart from the working electrode and contains an enzyme, for example, glucose oxidase or lactate oxidase. The reaction of glucose or lactate in the presence of the appropriate enzyme forms hydrogen peroxide. A second sensing layer 63 is provided directly on the working electrode 58a and contains a peroxidase enzyme and an electron transfer agent to generate a signal at the electrode in response to the hydrogen peroxide. The level of hydrogen peroxide indicated by the sensor then correlates to the level of glucose or lactate. Another sensor which operates similarly can be made using a single sensing layer with

18

both the glucose or lactate oxidase and the peroxidase being deposited in the single sensing layer. Examples of such sensors are described in U.S. Pat. No. 5,593,852, U.S. patent application Ser. No. 08/540,789, and PCT Patent application Ser. No. PCT/US98/02403, incorporated herein by reference.

In some embodiments, one or more of the working electrodes 58b do not have a corresponding sensing layer 64, as shown in FIGS. 3A and 4A, or have a sensing layer (not shown) which does not contain one or more components (e.g., an electron transfer agent or catalyst) needed to electrolyze the analyte. The signal generated at this working electrode 58b typically arises from interferents and other sources, such as ions, in the fluid, and not in response to the analyte (because the analyte is not electrooxidized or electroreduced). Thus, the signal at this working electrode 58b corresponds to a background signal. The background signal can be removed from the analyte signal obtained from other working electrodes 58a that are associated with fully-functional sensing layers 64 by, for example, subtracting the signal at working electrode 58b from the signal at working electrode 58a.

Sensors having multiple working electrodes 58a may also be used to obtain more precise results by averaging the signals or measurements generated at these working electrodes 58a. In addition, multiple readings at a single working electrode 58a or at multiple working electrodes may be averaged to obtain more precise data.

Electron Transfer Agent

In many embodiments, the sensing layer 64 contains one or more electron transfer agents in contact with the conductive material 56 of the working electrode 58, as shown in FIGS. 3A and 3B. In some embodiments, it is acceptable for the electron transfer agent to diffuse or leach away from the working electrode, particularly for in vitro sensors 42 that are used only once. Other in vitro sensors may utilize a carrier fluid which contains the electron transfer agent. The analyte is transferred to the carrier fluid from the original sample fluid by, for example, osmotic flow through a microporous membrane or the like.

In yet other embodiments of the invention, there is little or no leaching of the electron transfer agent away from the working electrode 58 during the period in which the sensor 42 is implanted in the patient or measuring an in vitro analyte-containing sample. A diffusing or leachable (i.e., releasable) electron transfer agent often diffuses into the analyte-containing fluid, thereby reducing the effectiveness of the electrode by reducing the sensitivity of the sensor over time. In addition, a diffusing or leaching electron transfer agent in an implantable sensor 42 may also cause damage to the patient. In these embodiments, preferably, at least 90%, more preferably, at least 95%, and, most preferably, at least 99%, of the electron transfer agent remains disposed on the sensor after immersion in the analyte-containing fluid for 24 hours, and, more preferably, for 72 hours. In particular, for an implantable sensor, preferably, at least 90%, more preferably, at least 95%, and most preferably, at least 99%, of the electron transfer agent remains disposed on the sensor after immersion in the body fluid at 37° C. for 24 hours, and, more preferably, for 72 hours.

In some embodiments of the invention, to prevent leaching, the electron transfer agents are bound or otherwise immobilized on the working electrode 58 or between or within one or more membranes or films disposed over the working electrode 58. The electron transfer agent may be immobilized on the working electrode 58 using, for

6,134,461

19

example, a polymeric or sol-gel immobilization technique. Alternatively, the electron transfer agent may be chemically (e.g., ionically, covalently, or coordinatively) bound to the working electrode **58**, either directly or indirectly through another molecule, such as a polymer, that is in turn bound to the working electrode **58**.

Application of the sensing layer **64** on a working electrode **58***a* is one method for creating a working surface for the working electrode **58***a*, as shown in FIGS. 3A and 3B. The electron transfer agent mediates the transfer of electrons to electrooxidize or electroreduce an analyte and thereby permits a current flow between the working electrode **58** and the counter electrode **60** via the analyte. The mediation of the electron transfer agent facilitates the electrochemical analysis of analytes which are not suited for direct electrochemical reaction on an electrode.

In general, the preferred electron transfer agents are electroreducible and electrooxidizable ions or molecules having redox potentials that are a few hundred millivolts above or below the redox potential of the standard calomel electrode (SCE). Preferably, the electron transfer agents are not more reducing than about −150 mV and not more oxidizing than about +400 mV versus SCE.

The electron transfer agent may be organic, organometallic, or inorganic. Examples of organic redox species are quinones and species that in their oxidized state have quinoid structures, such as Nile blue and indophenol. Some quinones and partially oxidized quinhydrones react with functional groups of proteins such as the thiol groups of cysteine, the amine groups of lysine and arginine, and the phenolic groups of tyrosine which may render those redox species unsuitable for some of the sensors of the present invention because of the presence of the interfering proteins in an analyte-containing fluid. Usually substituted quinones and molecules with quinoid structure are less reactive with proteins and are preferred. A preferred tetrasubstituted quinone usually has carbon atoms in positions 1, 2, 3, and 4.

In general, electron transfer agents suitable for use in the invention have structures or charges which prevent or substantially reduce the diffusional loss of the electron transfer agent during the period of time that the sample is being analyzed. The preferred electron transfer agents include a redox species bound to a polymer which can in turn be immobilized on the working electrode. The bond between the redox species and the polymer may be covalent, coordinative, or ionic. Suitable electron transfer agents and methods for producing them are described in U.S. Pat. Nos. 5,264,104; 5,356,786; 5,262,035; and 5,320,725, incorporated herein by reference. Although any organic or organometallic redox species can be bound to a polymer and used as an electron transfer agent, the preferred redox species is a transition metal compound or complex. The preferred transition metal compounds or complexes include osmium, ruthenium, iron, and cobalt compounds or complexes. The most preferred are osmium compounds and complexes. It will be recognized that many of the redox species described below may also be used, typically without a polymeric component, as electron transfer agents in a carrier fluid or in a sensing layer of a sensor where leaching of the electron transfer agent is acceptable.

One type of non-releasable polymeric electron transfer agent contains a redox species covalently bound in a polymeric composition. An example of this type of mediator is poly(vinylferrocene).

Another type of non-releasable electron transfer agent contains an ionically-bound redox species. Typically, this

20

type of mediator includes a charged polymer coupled to an oppositely charged redox species. Examples of this type of mediator include a negatively charged polymer such as Nafion® (Dupont) coupled to a positively charged redox species such as an osmium or ruthenium polypyridyl cation. Another example of an ionically-bound mediator is a positively charged polymer such as quaternized poly(4-vinyl pyridine) or poly(1-vinyl imidazole) coupled to a negatively charged redox species such as ferricyanide or ferrocyanide. The preferred ionically-bound redox species is a highly charged redox species bound within an oppositely charged redox polymer.

In another embodiment of the invention, suitable non-releasable electron transfer agents include a redox species coordinatively bound to a polymer. For example, the mediator may be formed by coordination of an osmium or cobalt 2,2′-bipyridyl complex to poly(1-vinyl imidazole) or poly (4-vinyl pyridine).

The preferred electron transfer agents are osmium transition metal complexes with one or more ligands, each ligand having a nitrogen-containing heterocycle such as 2,2′-bipyridine, 1,10-phenanthroline, or derivatives thereof. Furthermore, the preferred electron transfer agents also have one or more ligands covalently bound in a polymer, each ligand having at least one nitrogen-containing heterocycle, such as pyridine, imidazole, or derivatives thereof. These preferred electron transfer agents exchange electrons rapidly between each other and the working electrodes **58** so that the complex can be rapidly oxidized and reduced.

One example of a particularly useful electron transfer agent includes (a) a polymer or copolymer having pyridine or imidazole functional groups and (b) osmium cations complexed with two ligands, each ligand containing 2,2′-bipyridine, 1,10-phenanthroline, or derivatives thereof, the two ligands not necessarily being the same. Preferred derivatives of 2,2′-bipyridine for complexation with the osmium cation are 4,4′-dimethyl-2,2′-bipyridine and mono-, di-, and polyalkoxy-2,2′-bipyridines, such as 4,4′-dimethoxy-2,2′-bipyridine. Preferred derivatives of 1,10-phenanthroline for complexation with the osmium cation are 4,7-dimethyl-1, 10-phenanthroline and mono, di-, and polyalkoxy- 1,10-phenanthrolines, such as 4,7-dimethoxy- 1,10-phenanthroline. Preferred polymers for complexation with the osmium cation include polymers and copolymers of poly(1-vinyl imidazole) (referred to as "PVI") and poly(4-vinyl pyridine) (referred to as "PVP"). Suitable copolymer substituents of poly(1-vinyl imidazole) include acrylonitrile, acrylamide, and substituted or quaternized N-vinyl imidazole. Most preferred are electron transfer agents with osmium complexed to a polymer or copolymer of poly(1-vinyl imidazole).

The preferred electron transfer agents have a redox potential ranging from −100 mV to about +150 mV versus the standard calomel electrode (SCE). Preferably, the potential of the electron transfer agent ranges from −100 mV to +150 mV and more preferably, the potential ranges from −50 mV to +50 mV. The most preferred electron transfer agents have osmium redox centers and a redox potential ranging from +50 mV to −150 mV versus SCE.

### Catalyst

The sensing layer **64** may also include a catalyst which is capable of catalyzing a reaction of the analyte. The catalyst may also, in some embodiments, act as an electron transfer agent. One example of a suitable catalyst is an enzyme which catalyzes a reaction of the analyte. For example, a catalyst, such as a glucose oxidase, glucose dehydrogenase

6,134,461

21

(e.g., pyrroloquinoline quinone glucose dehydrogenase (PQQ)), or oligosaccharide dehydrogenase, may be used when the analyte is glucose. A lactate oxidase or lactate dehydrogenase may be used when the analyte is lactate. Laccase may be used when the analyte is oxygen or when oxygen is generated or consumed in response to a reaction of the analyte.

Preferably, the catalyst is non-leachably disposed on the sensor, whether the catalyst is part of a solid sensing layer in the sensor or solvated in a fluid within the sensing layer. More preferably, the catalyst is immobilized within the sensor (e.g., on the electrode and/or within or between a membrane or film) to prevent unwanted leaching of the catalyst away from the working electrode 58 and into the patient. This may be accomplished, for example, by attaching the catalyst to a polymer, cross linking the catalyst with another electron transfer agent (which, as described above, can be polymeric), and/or providing one or more barrier membranes or films with pore sizes smaller than the catalyst.

As described above, a second catalyst may also be used. This second catalyst is often used to catalyze a reaction of a product compound resulting from the catalyzed reaction of the analyte. The second catalyst typically operates with an electron transfer agent to electrolyze the product compound to generate a signal at the working electrode. Alternatively, the second catalyst may be provided in an interferent-eliminating layer to catalyze reactions that remove interferents, as described below.

One embodiment of the invention is an electrochemical sensor in which the catalyst is mixed or dispersed in the conductive material 56 which forms the conductive trace 52 of a working electrode 58. This may be accomplished, for example, by mixing a catalyst, such as an enzyme, in a carbon ink and applying the mixture into a channel 54 on the surface of the substrate 50. Preferably, the catalyst is immobilized in the channel 53 so that it can not leach away from the working electrode 58. This may be accomplished, for example, by curing a binder in the carbon ink using a curing technique appropriate to the binder. Curing techniques include, for example, evaporation of a solvent or dispersant, exposure to ultraviolet light, or exposure to heat. Typically, the mixture is applied under conditions that do not substantially degrade the catalyst. For example, the catalyst may be an enzyme that is heat-sensitive. The enzyme and conductive material mixture should be applied and cured, preferably, without sustained periods of heating. The mixture may be cured using evaporation or UV curing techniques or by the exposure to heat that is sufficiently short that the catalyst is not substantially degraded.

Another consideration for in vivo analyte sensors is the thermostability of the catalyst. Many enzymes have only limited stability at biological temperatures. Thus, it may be necessary to use large amounts of the catalyst and/or use a catalyst that is thermostable at the necessary temperature (e.g., 37° C. or higher for normal body temperature). A thermostable catalyst may be defined as a catalyst which loses less than 5% of its activity when held at 37° C. for at least one hour, preferably, at least one day, and more preferably at least three days. One example of a thermostable catalyst is soybean peroxidase. This particular thermostable catalyst may be used in a glucose or lactate sensor when combined either in the same or separate sensing layers with glucose or lactate oxidase or dehydrogenase. A further description of thermostable catalysts and their use in electrochemical inventions is found in U.S. Pat. No. 5,665,222 U.S. patent application Ser. No. 08/540,789, and PCT application Ser. No. PCT/US98/02403.

22

Electrolysis of the Analyte

To electrolyze the analyte, a potential (versus a reference potential) is applied across the working and counter electrodes 58, 60. The minimum magnitude of the applied potential is often dependent on the particular electron transfer agent, analyte (if the analyte is directly electrolyzed at the electrode), or second compound (if a second compound, such as oxygen or hydrogen peroxide, whose level is dependent on the analyte level, is directly electrolyzed at the electrode). The applied potential usually equals or is more oxidizing or reducing, depending on the desired electrochemical reaction, than the redox potential of the electron transfer agent, analyte, or second compound, whichever is directly electrolyzed at the electrode. The potential at the working electrode is typically large enough to drive the electrochemical reaction to or near completion.

The magnitude of the potential may optionally be limited to prevent significant (as determined by the current generated in response to the analyte) electrochemical reaction of interferents, such as urate, ascorbate, and acetaminophen. The limitation of the potential may be obviated if these interferents have been removed in another way, such as by providing an interferent-limiting barrier, as described below, or by including a working electrode 58b (see FIG. 3A) from which a background signal may be obtained.

When a potential is applied between the working electrode 58 and the counter electrode 60, an electrical current will flow. The current is a result of the electrolysis of the analyte or a second compound whose level is affected by the analyte. In one embodiment, the electrochemical reaction occurs via an electron transfer agent and the optional catalyst. Many analytes B are oxidized (or reduced) to products C by an electron transfer agent species A in the presence of an appropriate catalyst (e.g., an enzyme). The electron transfer agent A is then oxidized (or reduced) at the electrode. Electrons are collected by (or removed from) the electrode and the resulting current is measured. This process is illustrated by reaction equations (1) and (2) (similar equations may be written for the reduction of the analyte B by a redox mediator A in the presence of a catalyst):

$$nA(ox) + B \xrightarrow{\text{catalyst}} nA(red) + C \tag{1}$$

$$nA(red) \xrightarrow{\text{electrode}} nA(ox) + ne^- \tag{2}$$

As an example, an electrochemical sensor may be based on the reaction of a glucose molecule with two non-leachable ferricyanide anions in the presence of glucose oxidase to produce two non-leachable ferrocyanide anions, two hydrogen ions, and gluconolactone. The amount of glucose present is assayed by electrooxidizing the non-leachable ferrocyanide anions to non-leachable ferricyanide anions and measuring the current.

In another embodiment, a second compound whose level is affected by the analyte is electrolyzed at the working electrode. In some cases, the analyte D and the second compound, in this case, a reactant compound E, such as oxygen, react in the presence of the catalyst, as shown in reaction equation (3).

6,134,461

23

$$D + E \xrightarrow{catalyst} F + G \qquad (3)$$

The reactant compound E is then directly oxidized (or reduced) at the working electrode, as shown in reaction equation (4)

$$nE(red) \xrightarrow{electrode} nE(ox) + ne^- \qquad (4)$$

Alternatively, the reactant compound E is indirectly oxidized (or reduced) using an electron transfer agent H (optionally in the presence of a catalyst), that is subsequently reduced or oxidized at the electrode, as shown in reaction equations (5) and (6).

$$nH(ox) + E \longrightarrow nH(red) + I \qquad (5)$$

$$nH(red) \xrightarrow{electrode} nH(ox) + ne^- \qquad (6)$$

In either case, changes in the concentration of the reactant compound, as indicated by the signal at the working electrode, correspond inversely to changes in the analyte (i.e., as the level of analyte increase then the level of reactant compound and the signal at the electrode decreases.)

In other embodiments, the relevant second compound is a product compound F, as shown in reaction equation (3). The product compound F is formed by the catalyzed reaction of analyte D and then directly electrolyzed at the electrode or indirectly electrolyzed using an electron transfer agent and, optionally, a catalyst. In these embodiments, the signal arising from the direct or indirect electrolysis of the product compound F at the working electrode corresponds directly to the level of the analyte (unless there are other sources of the product compound). As the level of analyte increases, the level of the product compound and signal at the working electrode increases.

Those skilled in the art will recognize that there are many different reactions that will achieve the same result; namely the electrolysis of an analyte or a compound whose level depends on the level of the analyte. Reaction equations (1) through (6) illustrate non-limiting examples of such reactions.

Temperature Probe

A variety of optional items may be included in the sensor. One optional item is a temperature probe 66 (FIGS. 8 and 11). The temperature probe 66 may be made using a variety of known designs and materials. One exemplary temperature probe 66 is formed using two probe leads 68, 70 connected to each other through a temperature-dependent element 72 that is formed using a material with a temperature-dependent characteristic. An example of a suitable temperature-dependent characteristic is the resistance of the temperature-dependent element 72.

The two probe leads 68, 70 are typically formed using a metal, an alloy, a semimetal, such as graphite, a degenerate or highly doped semiconductor, or a small-band gap semiconductor. Examples of suitable materials include gold, silver, ruthenium oxide, titanium nitride, titanium dioxide, indium doped tin oxide, tin doped indium oxide, or graphite. The temperature-dependent element 72 is typically made

24

using a fine trace (e.g., a conductive trace that has a smaller cross-section than that of the probe leads 68, 70) of the same conductive material as the probe leads, or another material such as a carbon ink, a carbon fiber, or platinum, which has a temperature-dependent characteristic, such as resistance, that provides a temperature-dependent signal when a voltage source is attached to the two probe leads 68, 70 of the temperature probe 66. The temperature-dependent characteristic of the temperature-dependent element 72 may either increase or decrease with temperature. Preferably, the temperature dependence of the characteristic of the temperature-dependent element 72 is approximately linear with temperature over the expected range of biological temperatures (about 25 to 45° C.), although this is not required.

Typically, a signal (e.g., a current) having an amplitude or other property that is a function of the temperature can be obtained by providing a potential across the two probe leads 68, 70 of the temperature probe 66. As the temperature changes, the temperature-dependent characteristic of the temperature-dependent element 72 increases or decreases with a corresponding change in the signal amplitude. The signal from the temperature probe 66 (e.g., the amount of current flowing through the probe) may be combined with the signal obtained from the working electrode 58 by, for example, scaling the temperature probe signal and then adding or subtracting the scaled temperature probe signal from the signal at the working electrode 58. In this manner, the temperature probe 66 can provide a temperature adjustment for the output from the working electrode 58 to offset the temperature dependence of the working electrode 58.

One embodiment of the temperature probe includes probe leads 68, 70 formed as two spaced-apart channels with a temperature-dependent element 72 formed as a cross-channel connecting the two spaced-apart channels, as illustrated in FIG. 8. The two spaced-apart channels contain a conductive material, such as a metal, alloy, semimetal, degenerate semiconductor, or metallic compound. The cross-channel may contain the same material (provided the cross-channel has a smaller cross-section than the two spaced-apart channels) as the probe leads 68, 70. In other embodiments, the material in the cross-channel is different than the material of the probe leads 68, 70.

One exemplary method for forming this particular temperature probe includes forming the two spaced-apart channels and then filling them with the metallic or alloyed conductive material. Next, the cross-channel is formed and then filled with the desired material. The material in the cross-channel overlaps with the conductive material in each of the two spaced-apart channels to form an electrical connection.

For proper operation of the temperature probe 66, the temperature-dependent element 72 of the temperature probe 66 can not be shorted by conductive material formed between the two probe leads 68, 70. In addition, to prevent conduction between the two probe leads 68, 70 by ionic species within the body or sample fluid, a covering may be provided over the temperature-dependent element 72, and preferably over the portion of the probe leads 68, 70 that is implanted in the patient. The covering may be, for example, a non-conducting film disposed over the temperature-dependent element 72 and probe leads 68, 70 to prevent the ionic conduction. Suitable non-conducting films include, for example, Kapton™ polyimide films (DuPont, Wilmington, Del.).

Another method for eliminating or reducing conduction by ionic species in the body or sample fluid is to use an ac voltage source connected to the probe leads 68, 70. In this

6,134,461

25

way, the positive and negative ionic species are alternately attracted and repelled during each half cycle of the ac voltage. This results in no net attraction of the ions in the body or sample fluid to the temperature probe **66**. The maximum amplitude of the ac current through the temperature-dependent element **72** may then be used to correct the measurements from the working electrodes **58**.

The temperature probe can be placed on the same substrate as the electrodes. Alternatively, a temperature probe may be placed on a separate substrate. In addition, the temperature probe may be used by itself or in conjunction with other devices.

Biocompatible Layer

An optional film layer **75** is formed over at least that portion of the sensor **42** which is subcutaneously inserted into the patient, as shown in FIG. **9**. This optional film layer **74** may serve one or more functions. The film layer **74** prevents the penetration of large biomolecules into the electrodes. This is accomplished by using a film layer **74** having a pore size that is smaller than the biomolecules that are to be excluded. Such biomolecules may foul the electrodes and/or the sensing layer **64** thereby reducing the effectiveness of the sensor **42** and altering the expected signal amplitude for a given analyte concentration. The fouling of the working electrodes **58** may also decrease the effective life of the sensor **42**. The biocompatible layer **74** may also prevent protein adhesion to the sensor **42**, formation of blood clots, and other undesirable interactions between the sensor **42** and body.

For example, the sensor may be completely or partially coated on its exterior with a biocompatible coating. A preferred biocompatible coating is a hydrogel which contains at least 20 wt. % fluid when in equilibrium with the analyte-containing fluid. Examples of suitable hydrogels are described in U.S. Pat. No. 5,593,852, incorporated herein by reference, and include crosslinked polyethylene oxides, such as polyethylene oxide tetraacrylate.

Interferent-Eliminating Layer

An interferent-eliminating layer (not shown) may be included in the sensor **42**. The interferent-eliminating layer may be incorporated in the biocompatible layer **75** or in the mass transport limiting layer **74** (described below) or may be a separate layer. Interferents are molecules or other species that are electroreduced or electrooxidized at the electrode, either directly or via an electron transfer agent, to produce a false signal. In one embodiment, a film or membrane prevents the penetration of one or more interferents into the region around the working electrodes **58**. Preferably, this type of interferent-eliminating layer is much less permeable to one or more of the interferents than to the analyte.

The interferent-eliminating layer may include ionic components, such as Nafion® , incorporated into a polymeric matrix to reduce the permeability of the interferent-eliminating layer to ionic interferents having the same charge as the ionic components. For example, negatively charged compounds or compounds that form negative ions may be incorporated in the interferent-eliminating layer to reduce the permeation of negative species in the body or sample fluid.

Another example of an interferent-eliminating layer includes a catalyst for catalyzing a reaction which removes interferents. One example of such a catalyst is a peroxidase. Hydrogen peroxide reacts with interferents, such as acetaminophen, urate, and ascorbate. The hydrogen peroxide may be added to the analyte-containing fluid or may be generated in situ, by, for example, the reaction of glucose or lactate in the presence of glucose oxidase or lactate oxidase,

26

respectively. Examples of interferent eliminating layers include a peroxidase enzyme crosslinked (a) using gluteraldehyde as a crosslinking agent or (b) oxidation of oligosaccharide groups in the peroxidase glycoenzyme with $NaIO_4$, followed by coupling of the aldehydes formed to hydrazide groups in a polyacrylamide matrix to form hydrazones are describe in U.S. Pat. Nos. 5,262,305 and 5,356, 786, incorporated herein by reference.

Mass Transport Limiting Layer

A mass transport limiting layer **74** may be included with the sensor to act as a diffusion-limiting barrier to reduce the rate of mass transport of the analyte, for example, glucose or lactate, into the region around the working electrodes **58**. By limiting the diffusion of the analyte, the steady state concentration of the analyte in the proximity of the working electrode **58** (which is proportional to the concentration of the analyte in the body or sample fluid) can be reduced. This extends the upper range of analyte concentrations that can still be accurately measured and may also expand the range in which the current increases approximately linearly with the level of the analyte.

It is preferred that the permeability of the analyte through the film layer **74** vary little or not at all with temperature, so as to reduce or eliminate the variation of current with temperature. For this reason, it is preferred that in the biologically relevant temperature range from about 25° C. to about 45° C., and most importantly from 30° C. to 40° C., neither the size of the pores in the film nor its hydration or swelling change excessively. Preferably, the mass transport limiting layer is made using a film that absorbs less than 5 wt. % of fluid over 24 hours. This may reduce or obviate any need for a temperature probe. For implantable sensors, it is preferable that the mass transport limiting layer is made using a film that absorbs less than 5 wt. % of fluid over 24 hours at 37° C.

Particularly useful materials for the film layer **74** are membranes that do not swell in the analyte-containing fluid that the sensor tests. Suitable membranes include 3 to 20,000 nm diameter pores. Membranes having 5 to 500 nm diameter pores with well-defined, uniform pore sizes and high aspect ratios are preferred. In one embodiment, the aspect ratio of the pores is preferably two or greater and more preferably five or greater.

Well-defined and uniform pores can be made by track etching a polymeric membrane using accelerated electrons, ions, or particles emitted by radioactive nuclei. Most preferred are anisotropic, polymeric, track etched membranes that expand less in the direction perpendicular to the pores than in the direction of the pores when heated. Suitable polymeric membranes included polycarbonate membranes from Poretics (Livermore, Calif., catalog number 19401, 0.01 $\mu m$ pore size polycarbonate membrane) and Corning Costar Corp. (Cambridge, Mass., Nucleopore™ brand membranes with 0.015 $\mu m$ pore size). Other polyolefin and polyester films may be used. It is preferred that the permeability of the mass transport limiting membrane changes no more than 4%, preferably, no more than 3%, and, more preferably, no more than 2%, per °C. in the range from 30° C. to 40° C. when the membranes resides in the subcutaneous interstitial fluid.

In some embodiments of the invention, the mass transport limiting layer **74** may also limit the flow of oxygen into the sensor **42**. This can improve the stability of sensors **42** that are used in situations where variation in the partial pressure of oxygen causes non-linearity in sensor response. In these embodiments, the mass transport limiting layer **74** restricts oxygen transport by at least 40%, preferably at least 60%,

6,134,461

27

and more preferably at least 80%, than the membrane restricts transport of the analyte. For a given type of polymer, films having a greater density (e.g., a density closer to that of the crystalline polymer) are preferred. Polyesters, such as polyethylene terephthalate, are typically less permeable to oxygen and are, therefore, preferred over polycarbonate membranes.

Anticlotting agent

An implantable sensor may also, optionally, have an anticlotting agent disposed on a portion the substrate which is implanted into a patient. This anticlotting agent may reduce or eliminate the clotting of blood or other body fluid around the sensor, particularly after insertion of the sensor. Blood clots may foul the sensor or irreproducibly reduce the amount of analyte which diffuses into the sensor. Examples of useful anticlotting agents include heparin and tissue plasminogen activator (TPA), as well as other known anticlotting agents.

The anticlotting agent may be applied to at least a portion of that part of the sensor 42 that is to be implanted. The anticlotting agent may be applied, for example, by bath, spraying, brushing, or dipping. The anticlotting agent is allowed to dry on the sensor 42. The anticlotting agent may be immobilized on the surface of the sensor or it may be allowed to diffuse away from the sensor surface. Typically, the quantities of anticlotting agent disposed on the sensor are far below the amounts typically used for treatment of medical conditions involving blood clots and, therefore, have only a limited, localized effect.

Sensor Lifetime

The sensor 42 may be designed to be a replaceable component in an in vivo or in vitro analyte monitor, and particularly in an implantable analyte monitor. Typically, the sensor 42 is capable of operation over a period of days. Preferably, the period of operation is at least one day, more preferably at least three days, and most preferably at least one week. The sensor 42 can then be removed and replaced with a new sensor. The lifetime of the sensor 42 may be reduced by the fouling of the electrodes or by the leaching of the electron transfer agent or catalyst. These limitations on the longevity of the sensor 42 can be overcome by the use of a biocompatible layer 75 or non-leachable electron transfer agent and catalyst, respectively, as described above.

Another primary limitation on the lifetime of the sensor 42 is the temperature stability of the catalyst. Many catalysts are enzymes, which are very sensitive to the ambient temperature and may degrade at temperatures of the patient's body (e.g., approximately 37° C. for the human body). Thus, robust enzymes should be used where available. The sensor 42 should be replaced when a sufficient amount of the enzyme has been deactivated to introduce an unacceptable amount of error in the measurements.

The present invention should not be considered limited to the particular examples described above, but rather should be understood to cover all aspects of the invention as fairly set out in the attached claims. Various modifications, equivalent processes, as well as numerous structures to which the present invention may be applicable will be readily apparent to those of skill in the art to which the present invention is directed upon review of the instant specification. The claims are intended to cover such modifications and devices.

We claim:

1. An analyte responsive electrochemical sensor comprising a working electrode and a mass transport limiting membrane, which mass transport limiting membrane maintains a rate of permeation of the analyte through the mass transport limiting membrane with a variation of no more than 3% per ° C. at temperatures ranging from 30° C. to 40° C.

28

2. The electrochemical sensor of claim 1, wherein a rate of permeation of the analyte through the mass transport limiting layer varies by no more than 1% per °C. for temperatures ranging from 30° C. to 40° C.

3. The electrochemical sensor of claim 1, wherein the mass transport limiting layer comprises a membrane having a plurality of track etched pores.

4. The electrochemical sensor of claim 1, wherein the mass transport limiting layer absorbs 5 wt. % or less of water at 37° C. when in contact with interstitial fluid for 24 hours.

5. An electrochemical sensor, comprising:

a substrate; and

a working electrode disposed on the substrate, the working electrode comprising a carbon material and having a width along at least a portion of the working electrode of 150 $\mu$m or less.

6. The electrochemical sensor of claim 5, further comprising a catalyst for catalyzing a reaction of an analyte, the catalyst being disposed proximate to the working electrode.

7. The electrochemical sensor of claim 6, wherein the catalyst is disposed on the working electrode.

8. The electrochemical sensor of claim 6, further comprising an electron transfer agent disposed on the working electrode.

9. The electrochemical sensor of claim 8, wherein at least a portion of the catalyst is in contact with the electron transfer agent.

10. The electrochemical sensor of claim 6, wherein the catalyst is nonleachably disposed within the electrochemical sensor.

11. The electrochemical sensor of claim 6, wherein the catalyst is immobilized within the electrochemical sensor.

12. The electrochemical sensor of claim 6, wherein the catalyst comprises an enzyme.

13. The electrochemical sensor of claim 12, wherein the enzyme is an oxidase or a dehydrogenase.

14. The electrochemical sensor of claim 13, wherein the analyte is glucose and the enzyme is oligosaccharide dehydrogenase, PQQ-glucose dehydrogenase, or glucose oxidase.

15. The electrochemical sensor of claim 6, further comprising a second catalyst for catalyzing a reaction of a product compound formed in the reaction of the analyte.

16. The electrochemical sensor of claim 15, wherein the product compound comprises hydrogen peroxide and the second catalyst comprises a peroxidase.

17. The electrochemical sensor of claim 5, wherein the substrate is flexible.

18. The electrochemical sensor of claim 5, wherein a width along at least a portion of the working electrode is 75 $\mu$m or less.

19. The electrochemical sensor of claim 5, wherein a width along at least a portion of the working electrode is 25 $\mu$m or less.

20. The electrochemical sensor of claim 5, wherein the substrate is flexible.

21. The electrochemical sensor of claim 5, further comprising a second electrode disposed next to the working electrode, the second electrode and working electrode being disposed 150 $\mu$m or less apart.

22. The electrochemical sensor of claim 5, wherein the working electrode is disposed in a recessed channel formed on a surface of the substrate.

23. The electrochemical sensor of claim 5, wherein the working electrode is formed by transferring, to the substrate, carbon material electrically attracted to a drum in an image of the working electrode.

6,134,461

29

**24**. The electrochemical sensor of claim **5**, wherein the working electrode is formed by transferring, to the substrate, carbon material magnetically attracted to a drum in an image of the working electrode.

**25**. The electrochemical sensor of claim **5**, wherein the working electrode is formed by transferring the carbon material from a film onto the substrate using a print head.

**26**. The electrochemical sensor of claim **5**, wherein the working electrode is formed by ejecting carbon material onto the substrate.

**27**. The electrochemical sensor of claim **5**, wherein the working electrode is formed by depositing a curable coating on the substrate, curing portions of the curable coating to form a channel, and depositing carbon material in the channel to form the working electrode.

**28**. An electrochemical sensor, comprising:

a substrate;

a conductive material disposed on the substrate to form a working electrode;

30

catalyst dispersed in the conductive material, the catalyst catalyzing a reaction of the analyte to generate a signal at the working electrode; and

a binder dispersed in the conductive material wherein the binder is cured so that the catalyst and conductive material are non-leachably disposed on the substrate.

**29**. An implantable electrochemical sensor, comprising:

a substrate having a longitudinal axis with a narrow distal region that is configured and arranged for implantation into an animal and a wider proximal region that extends in a single lateral direction from the longitudinal axis;

at least one working electrode disposed on the narrow distal region of the substrate; and

at least one contact pad disposed on the wider proximal region of the substrate and in electrical communication with a one of the at least one working electrodes.

\*   \*   \*   \*   \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.  :  6,134,461
DATED        :  October 17, 2000
INVENTOR(S) :  Say et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby
corrected as shown below:

On the title page, should be changed as follows:"Electrochemical
Analyte" should read --ELECTRCHEMICAL ANALYTE SENSOR--.


Assignee should be changed as follows:  "E. Heller & Company" should read--
TheraSense, Inc., Alameda, Calif.--


Signed and Sealed this

Twenty-ninth Day of May, 2001

*Nicholas P. Godici*

**NICHOLAS P. GODICI**

*Attest:*

*Attesting Officer*        *Acting Director of the United States Patent and Trademark Office*

EXHIBIT C
(PART 1 OF 2)

(12) **United States Patent**

Say et al.

(10) **Patent No.:** **US 6,990,366 B2**

(45) **Date of Patent:** **Jan. 24, 2006**

(54) **ANALYTE MONITORING DEVICE AND METHODS OF USE**

(75) Inventors: **James Say**, Alameda, CA (US);
**Michael F. Tomasco**, Cupertino, CA (US); **Adam Heller**, Austin, TX (US);
**Yoram Gal**, Kibbutz Yagur (IL);
**Behrad Aria**, Alameda, CA (US);
**Ephraim Heller**, Oakland, CA (US);
**Phillip John Plante**, Sunnyvale, CA (US); **Mark S. Vreeke**, Alameda, CA (US); **Keith A. Friedman**, Austin, TX (US); **Fredric C. Colman**, Berkeley, CA (US)

(73) Assignee: **TheraSense, Inc.**, Alameda, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 33 days.

(21) Appl. No.: **10/722,264**

(22) Filed: **Nov. 24, 2003**

(65) **Prior Publication Data**

US 2004/0106860 A1 Jun. 3, 2004

**Related U.S. Application Data**

(63) Continuation of application No. 10/420,057, filed on Apr. 18, 2003, which is a continuation of application No. 09/667, 199, filed on Sep. 21, 2000, now Pat. No. 6,565,509, and a continuation of application No. 09/070,677, filed on Apr. 30, 1998, now Pat. No. 6,175,752.

(51) **Int. Cl.**
*A61B 5/05* (2006.01)

(52) **U.S. Cl.** ....................... **600/345**; 600/347; 600/360; 600/357

(58) **Field of Classification Search** ................ 600/345, 600/347, 348, 357, 353–355, 360, 365, 366, 600/372, 373, 377, 381, 396; 204/403.01
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,431,160 A * 7/1995 Wilkins ...................... 600/347

* cited by examiner

*Primary Examiner*—Max F. Hindenburg
(74) *Attorney, Agent, or Firm*—Jackson & Co., LLP

(57) **ABSTRACT**

An analyte monitor includes a sensor, a sensor control unit, and a display unit. The sensor has, for example, a substrate, a recessed channel formed in the substrate, and conductive material disposed in the recessed channel to form a working electrode. The sensor control unit typically has a housing adapted for placement on skin and is adapted to receive a portion of an electrochemical sensor. The sensor control unit also includes two or more conductive contacts disposed on the housing and configured for coupling to two or more contact pads on the sensor. A transmitter is disposed in the housing and coupled to the plurality of conductive contacts for transmitting data obtained using the sensor. The display unit has a receiver for receiving data transmitted by the transmitter of the sensor control unit and a display coupled to the receiver for displaying an indication of a level of an analyte. The analyte monitor may also be part of a drug delivery system to alter the level of the analyte based on the data obtained using the sensor.

**4 Claims, 26 Drawing Sheets**





FIG. 1



FIG. 2

FIG. 3A



FIG. 3B



FIG. 9



FIG. 4A



FIG. 4B



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 10



FIG. 11



FIG. 12



FIG. 13A

FIG. 13B



FIG. 13C



FIG. 15



FIG. 16



FIG. 14



FIG. 17





FIG. 18A



FIG. 18B

FIG.  19A



FIG.  19B



FIG.  19C



FIG.  19D



FIG.  19E



FIG.  19F



FIG. 20A



FIG. 20B





FIG. 21

FIG. 22



FIG. 23



FIG. 24





FIG. 25



FIG. 26



FIG. 27A



FIG. 27B



FIG. 28A



FIG. 28B



FIG. 28C



FIG. 28D

US 6,990,366 B2

**1**

# ANALYTE MONITORING DEVICE AND METHODS OF USE

## RELATED APPLICATIONS

This application is a continuation of pending application Ser. No. 10/420,057 filed Apr. 18, 2003 which is a continuation of application Ser. No. 09/667,199 filed Sep. 21, 2000, now U.S. Pat. No. 6,565,509 B1, which is a continuation of application Ser. No. 09/070,677 filed Apr. 30, 1998 now U.S. Pat. No. 6,175,752 B1, the disclosure of each of which are incorporated herein by reference for all purposes, and each of which are assigned to assignee, TheraSense, Inc., of Alameda, Calif.

## FIELD OF THE INVENTION

The present invention is, in general, directed to devices and methods for the in vivo monitoring of an analyte, such as glucose or lactate. More particularly, the present invention relates to devices and methods for the in vivo monitoring of an analyte using an electrochemical sensor to provide information to a patient about the level of the analyte.

## BACKGROUND OF THE INVENTION

The monitoring of the level of glucose or other analytes, such as lactate or oxygen, in certain individuals is vitally important to their health. High or low levels of glucose or other analytes may be have detrimental effects. The monitoring of glucose is particularly important to individuals with diabetes, as they must determine when insulin is needed to reduce glucose levels in their bodies or when additional glucose is needed to raise the level of glucose in their bodies.

A conventional technique used by many diabetics for personally monitoring their blood glucose level includes the periodic drawing of blood, the application of that blood to a test strip, and the determination of the blood glucose level using colorimetric, electrochemical, or photometric detection. This technique does not permit continuous or automatic monitoring of glucose levels in the body, but typically must be performed manually on a periodic basis. Unfortunately, the consistency with which the level of glucose is checked varies widely among individuals. Many diabetics find the periodic testing inconvenient and they sometimes forget to test their glucose level or do not have time for a proper test. In addition, some individuals wish to avoid the pain associated with the test. These situations may result in hyperglycemic or hypoglycemic episodes. An in vivo glucose sensor that continuously or automatically monitors the individual's glucose level would enable individuals to more easily monitor their glucose, or other analyte, levels.

A variety of devices have been developed for continuous or automatic monitoring of analytes, such as glucose, in the blood stream or interstitial fluid. A number of these devices use electrochemical sensors which are directly implanted into a blood vessel or in the subcutaneous tissue of a patient. However, these devices are often difficult to reproducibly and inexpensively manufacture in large numbers. In addition, these devices are typically large, bulky, and/or inflexible, and many can not be used effectively outside of a controlled medical facility, such as a hospital or a doctor's office, unless the patient is restricted in his activities.

Some devices include a sensor guide which rests on or near the skin of the patient and may be attached to the patient to hold the sensor in place. These sensor guides are typically bulky and do not allow for freedom of movement. In

**2**

addition, the sensor guides or the sensors include cables or wires for connecting the sensor to other equipment to direct the signals from the sensors to an analyzer. The size of the sensor guides and presence of cables and wires hinders the convenient use of these devices for everyday applications. There is a need for a small, compact device that can operate the sensor and provide signals to an analyzer without substantially restricting the movements and activities of a patient.

The patient's comfort and the range of activities that can be performed while the sensor is implanted are important considerations in designing extended-use sensors for continuous or automatic in vivo monitoring of the level of an analyte, such as glucose. There is a need for a small, comfortable device which can continuously monitor the level of an analyte, such as glucose, while still permitting the patient to engage in normal activities. Continuous and/or automatic monitoring of the analyte can provide a warning to the patient when the level of the analyte is at or near a threshold level. For example, if glucose is the analyte, then the monitoring device might be configured to warn the patient of current or impending hyperglycemia or hypoglycemia. The patient can then take appropriate actions.

## SUMMARY OF THE INVENTION

Generally, the present invention relates to methods and devices for the continuous and/or automatic in vivo monitoring of the level of an analyte using a subcutaneously implantable sensor. Many of these devices are small and comfortable when used, thereby allowing a wide range of activities. One embodiment is a sensor control unit having a housing adapted for placement on skin. The housing is also adapted to receive a portion of an electrochemical sensor. The sensor control unit includes two or more conductive contacts disposed on the housing and configured for coupling to two or more contact pads on the sensor. A transmitter is disposed in the housing and coupled to the plurality of conductive contacts for transmitting data obtained using the sensor. The sensor control unit may also include a variety of optional components, such as, for example, adhesive for adhering to the skin, a mounting unit, a receiver, a processing circuit, a power supply (e.g., a battery), an alarm system, a data storage unit, a watchdog circuit, and a measurement circuit. Other optional components are described below.

Another embodiment of the invention is a sensor assembly that includes the sensor control unit described above. The sensor assembly also includes a sensor having at least one working electrode and at least one contact pad coupled to the working electrode or electrodes. The sensor may also include optional components, such as, for example, a counter electrode, a counter/reference electrode, a reference electrode, and a temperature probe. Other components and options for the sensor are described below.

A further embodiment of the invention is an analyte monitoring system that includes the sensor control unit described above. The analyte monitoring system also includes a sensor that has at least one working electrode and at least one contact pad coupled to the working electrode or electrodes. The analyte monitoring system also includes a display unit that has a receiver for receiving data from the sensor control unit and a display coupled to the receiver for displaying an indication of the level of an analyte. The display unit may optionally include a variety of components, such as, for example, a transmitter, an analyzer, a data storage unit, a watchdog circuit, an input device, a power supply, a clock, a lamp, a pager, a telephone interface, a

US 6,990,366 B2

**3**

computer interface, an alarm or alarm system, a radio, and a calibration unit. Further components and options for the display unit are described below. In addition, the analyte monitoring system or a component of the analyte monitoring system may optionally include a processor capable of determining a drug or treatment protocol and/or a drug delivery system.

Yet another embodiment of the invention is an insertion kit for inserting an electrochemical sensor into a patient. The insertion kit includes an inserter. A portion of the inserter has a sharp, rigid, planer structure adapted to support the sensor during insertion of the electrochemical sensor. The insertion kit also includes an insertion gun having a port configured to accept the electrochemical sensor and the inserter. The insertion gun has a driving mechanism for driving the inserter and electrochemical sensor into the patient, and a retraction mechanism for removing the inserter while leaving the sensor within the patient.

Another embodiment is a method of using an electrochemical sensor. A mounting unit is adhered to skin of a patient. An insertion gun is aligned with a port on the mounting unit. The electrochemical sensor is disposed within the insertion gun and then the electrochemical sensor is inserted into the skin of the patient using the insertion gun. The insertion gun is removed and a housing of the sensor control unit is mounted on the mounting base. A plurality of conductive contacts disposed on the housing is coupled to a plurality of contact pads disposed on the electrochemical sensor to prepare the sensor for use.

One embodiment of the invention is a method for detecting failures in an implanted analyte-responsive sensor. An analyte-responsive sensor is implanted into a patient. The analyte-responsive sensor includes N working electrodes, where N is an integer and is two or greater, and a common counter electrode. Signals generated at one of the N working electrodes and at the common counter electrode are then obtained and the signal is determined to have failed if the signal from the common counter electrode is not N times the signal from one of the working electrodes, within a predetermined threshold limit.

Yet another embodiment is a method of calibrating an electrochemical sensor having one or more working electrodes implanted in a patient. A signal is generated from each of the working electrodes. Several conditions are tested to determine if calibration is appropriate. First, the signals from each of the one or more working electrodes should differ by less than a first threshold amount. Second, the signals from each of the one or more working electrodes should be within a predetermined range. And, third, a rate of change of the signals from each of the one or more working electrodes should be less than a second threshold amount. A calibration value is found assaying a calibration sample of a patient's body fluid. The calibration value is then related to at least one of the signals from the one or more working electrodes if the conditions described above are met.

A further embodiment is a method for monitoring a level of an analyte. A sensor is inserted into a skin of a patient and a sensor control unit is attached to the skin of the patient. Two or more conductive contacts on the sensor control unit are coupled to contact pads on the sensor. Then, using the sensor control unit, data is collected regarding a level of an analyte from signals generated by the sensor. The collected data is transmitted to a display unit and an indication of the level of the analyte is displayed on the display unit.

The above summary of the present invention is not intended to describe each disclosed embodiment or every

**4**

implementation of the present invention. The Figures and the detailed description which follow more particularly exemplify these embodiments.

## BRIEF DESCRIPTION OF THE DRAWINGS

The invention may be more completely understood in consideration of the following detailed description of various embodiments of the invention in connection with the accompanying drawings, in which:

FIG. **1** is a block diagram of one embodiment of a subcutaneous analyte monitor using a subcutaneously implantable analyte sensor, according to the invention;

FIG. **2** is a top view of one embodiment of an analyte sensor, according to the invention;

FIG. **3**A is a cross-sectional view of the analyte sensor of FIG. **2**;

FIG. **3**B is a cross-sectional view of another embodiment of an analyte sensor, according to the invention;

FIG. **4**A is a cross-sectional view of a third embodiment of an analyte sensor, according to the invention;

FIG. **4**B is a cross-sectional view of a fourth embodiment of an analyte sensor, according to the invention;

FIG. **5** is an expanded top view of a tip portion of the analyte sensor of FIG. **2**;

FIG. **6** is a cross-sectional view of a fifth embodiment of an analyte sensor, according to the invention;

FIG. **7** is an expanded top view of a tip-portion of the analyte sensor of FIG. **6**;

FIG. **8** is an expanded bottom view of a tip-portion of the analyte sensor of FIG. **6**;

FIG. **9** is a side view of the analyte sensor of FIG. **2**;

FIG. **10** is a top view of the analyte sensor of FIG. **6**;

FIG. **11** is a bottom view of the analyte sensor of FIG. **6**;

FIG. **12** is an expanded side view of one embodiment of a sensor and an insertion device, according to the invention;

FIGS. **13**A, **13**B, **13**C are cross-sectional views of three embodiments of the insertion device of FIG. **12**;

FIG. **14** is a cross-sectional view of one embodiment of a on-skin sensor control unit, according to the invention;

FIG. **15** is a top view of a base of the on-skin sensor control unit of FIG. **14**;

FIG. **16** is a bottom view of a cover of the on-skin sensor control unit of FIG. **14**;

FIG. **17** is a perspective view of the on-skin sensor control unit of FIG. **14** on the skin of a patient;

FIG. **18**A is a block diagram of one embodiment of an on-skin sensor control unit, according to the invention;

FIG. **18**B is a block diagram of another embodiment of an on-skin sensor control unit, according to the invention;

FIGS. **19**A, **19**B, **19**C, and **19**D are cross-sectional views of four embodiments of conductive contacts disposed on an interior surface of a housing of an on-skin sensor control unit, according to the invention;

FIGS. **19**E and **19**F are cross-sectional views of two embodiments of conductive contacts disposed on an exterior surface of a housing of an on-skin sensor control unit, according to the invention;

FIGS. **20**A and **20**B are schematic diagrams of two embodiments of a current-to-voltage converter for use in an analyte monitoring device, according to the invention;

FIG. **21** is a block diagram of one embodiment of an open loop modulation system for use in an analyte monitoring device, according to the invention;

5

FIG. **22** is a block diagram of one embodiment of a receiver/display unit, according to the invention;

FIG. **23** is a front view of one embodiment of a receiver/display unit;

FIG. **24** is a front view of a second embodiment of a receiver/display unit;

FIG. **25** is a block diagram of one embodiment of a drug delivery system, according to the invention;

FIG. **26** is a perspective view of the internal structure of an insertion gun, according to the invention;

FIG. **27**A is a top view of one embodiment of an on-skin sensor control unit, according to the invention;

FIG. **27**B is a top view of one embodiment of a mounting unit of the on-skin sensor control unit of FIG. **27**A;

FIG. **28**A is a top view of another embodiment of an on-skin sensor control unit after insertion of an insertion device and a sensor, according to the invention;

FIG. **28**B is a top view of one embodiment of a mounting unit of the on-skin sensor control unit of FIG. **28**A;

FIG. **28**C is a top view of one embodiment of a housing for at least a portion of the electronics of the on-skin sensor control unit of FIG. **28**A;

FIG. **28**D is a bottom view of the housing of FIG. **28**C; and

FIG. **28**E is a top view of the on-skin sensor control unit of FIG. **28**A with a cover of the housing removed.

While the invention is amenable to various modifications and alternative forms, specifics thereof have been shown by way of example in the drawings and will be described in detail. It should be understood, however, that the intention is not to limit the invention to the particular embodiments described. On the contrary, the intention is to cover all modifications, equivalents, and alternatives falling within the spirit and scope of the invention as defined by the appended claims.

## DETAILED DESCRIPTION OF THE INVENTION

The present invention is applicable to an analyte monitoring system using an implantable sensor for the in vivo determination of a concentration of an analyte, such as glucose or lactate, in a fluid. The sensor can be, for example, subcutaneously implanted in a patient for the continuous or periodic monitoring of an analyte in a patient's interstitial fluid. This can then be used to infer the glucose level in the patient's bloodstream. Other in vivo analyte sensors can be made, according to the invention, for insertion into a vein, artery, or other portion of the body containing fluid. The analyte monitoring system is typically configured for monitoring the level of the analyte over a time period which may range from days to weeks or longer.

The following definitions are provided for terms used herein:

A "counter electrode" refers to an electrode paired with the working electrode, through which passes a current equal in magnitude and opposite in sign to the current passing through the working electrode. In the context of the invention, the term "counter electrode" is meant to include counter electrodes which also function as reference electrodes (i.e., a counter/reference electrode).

An "electrochemical sensor" is a device configured to detect the presence and/or measure the level of an analyte in a sample via electrochemical oxidation and reduction reactions on the sensor. These reactions are transduced to an

6

electrical signal that can be correlated to an amount, concentration, or level of an analyte in the sample.

"Electrolysis" is the electrooxidation or electroreduction of a compound either directly at an electrode or via one or more electron transfer agents.

A compound is "immobilized" on a surface when it is entrapped on or chemically bound to the surface.

A "non-leachable" or "non-releasable" compound or a compound that is "non-leachably disposed" is meant to define a compound that is affixed on the sensor such that it does not substantially diffuse away from the working surface of the working electrode for the period in which the sensor is used (e.g., the period in which the sensor is implanted in a patient or measuring a sample).

Components are "immobilized" within a sensor, for example, when the components are covalently, ionically, or coordinatively bound to constituents of the sensor and/or are entrapped in a polymeric or sol-gel matrix or membrane which precludes mobility.

An "electron transfer agent" is a compound that carries electrons between the analyte and the working electrode, either directly, or in cooperation with other electron transfer agents. One example of an electron transfer agent is a redox mediator.

A "working electrode" is an electrode at which the analyte (or a second compound whose level depends on the level of the analyte) is electrooxidized or electroreduced with or without the agency of an electron transfer agent.

A "working surface" is that portion of the working electrode which is coated with or is accessible to the electron transfer agent and configured for exposure to an analyte-containing fluid.

A "sensing layer" is a component of the sensor which includes constituents that facilitate the electrolysis of the analyte. The sensing layer may include constituents such as an electron transfer agent, a catalyst which catalyzes a reaction of the analyte to produce a response at the electrode, or both. In some embodiments of the sensor, the sensing layer is non-leachably disposed in proximity to or on the working electrode.

A "non-corroding" conductive material includes non-metallic materials, such as carbon and conductive polymers.

Analyte Sensor Systems

The analyte monitoring systems of the present invention can be utilized under a variety of conditions. The particular configuration of a sensor and other units used in the analyte monitoring system may depend on the use for which the analyte monitoring system is intended and the conditions under which the analyte monitoring system will operate. One embodiment of the analyte monitoring system includes a sensor configured for implantation into a patient or user. For example, implantation of the sensor may be made in the arterial or venous systems for direct testing of analyte levels in blood. Alternatively, a sensor may be implanted in the interstitial tissue for determining the analyte level in interstitial fluid. This level may be correlated and/or converted to analyte levels in blood or other fluids. The site and depth of implantation may affect the particular shape, components, and configuration of the sensor.

Subcutaneous implantation may be preferred, in some cases, to limit the depth of implantation of the sensor. Sensors may also be implanted in other regions of the body to determine analyte levels in other fluids. Examples of suitable sensor for use in the analyte monitoring systems of the invention are described in U.S. patent application Ser. No. 09/034,372, incorporated herein by reference.

US 6,990,366 B2

7

One embodiment of the analyte monitoring system 40 for use with an implantable sensor 42, and particularly for use with a subcutaneously implantable sensor, is illustrated in block diagram form in FIG. 1. The analyte monitoring system 40 includes, at minimum, a sensor 42, a portion of which is configured for implantation (e.g., subcutaneous, venous, or arterial implantation) into a patient, and a sensor control unit 44. The sensor 42 is coupled to the sensor control unit 44 which is typically attached to the skin of a patient. The sensor control unit 44 operates the sensor 42, including, for example, providing a voltage across the electrodes of the sensor 42 and collecting signals from the sensor 42. The sensor control unit 44 may evaluate the signals from the sensor 42 and/or transmit the signals to one or more optional receiver/display units 46, 48 for evaluation. The sensor control unit 44 and/or the receiver/display units 46, 48 may display or otherwise communicate the current level of the analyte. Furthermore, the sensor control unit 44 and/or the receiver/display units 46, 48 may indicate to the patient, via, for example, an audible, visual, or other sensory-stimulating alarm, when the level of the analyte is at or near a threshold level. In some embodiments, a electrical shock can be delivered to the patient as a warning through one of the electrodes or the optional temperature probe of the sensor. For example, if glucose is monitored then an alarm may be used to alert the patient to a hypoglycemic or hyperglycemic glucose level and/or to impending hypoglycemia or hyperglycemia.

The Sensor

A sensor 42 includes at least one working electrode 58 formed on a substrate 50, as shown in FIG. 2. The sensor 42 may also include at least one counter electrode 60 (or counter/reference electrode) and/or at least one reference electrode 62 (see FIG. 8). The counter electrode 60 and/or reference electrode 62 may be formed on the substrate 50 or may be separate units. For example, the counter electrode and/or reference electrode may be formed on a second substrate which is also implanted in the patient or, for some embodiments of the implantable sensors, the counter electrode and/or reference electrode may be placed on the skin of the patient with the working electrode or electrodes being implanted into the patient. The use of an on-the-skin counter and/or reference electrode with an implantable working electrode is described in U.S. Pat. No. 5,593,852, incorporated herein by reference.

The working electrode or electrodes 58 are formed using conductive traces 52 disposed on the substrate 50. The counter electrode 60 and/or reference electrode 62, as well as other optional portions of the sensor 42, such as a temperature probe 66 (see FIG. 8), may also be formed using conductive traces 52 disposed on the substrate 50. These conductive traces 52 may be formed over a smooth surface of the substrate 50 or within channels 54 formed by, for example, embossing, indenting or otherwise creating a depression in the substrate 50.

A sensing layer 64 (see FIGS. 3A and 3B) is often formed proximate to or on at least one of the working electrodes 58 to facilitate the electrochemical detection of the analyte and the determination of its level in the sample fluid, particularly if the analyte can not be electrolyzed at a desired rate and/or with a desired specificity on a bare electrode. The sensing layer 64 may include an electron transfer agent to transfer electrons directly or indirectly between the analyte and the working electrode 58. The sensing layer 64 may also contain a catalyst to catalyze a reaction of the analyte. The components of the sensing layer may be in a fluid or gel that is proximate to or in contact with the working electrode 58.

8

Alternatively, the components of the sensing layer 64 may be disposed in a polymeric or sol-gel matrix that is proximate to or on the working electrode 58. Preferably, the components of the sensing layer 64 are non-leachably disposed within the sensor 42. More preferably, the components of the sensor 42 are immobilized within the sensor 42.

In addition to the electrodes 58, 60, 62 and the sensing layer 64, the sensor 42 may also include a temperature probe 66 (see FIGS. 6 and 8), a mass transport limiting layer 74 (see FIG. 9), a biocompatible layer 75 (see FIG. 9), and/or other optional components, as described below. Each of these items enhances the functioning of and/or results from the sensor 42, as discussed below.

The Substrate

The substrate 50 may be formed using a variety of non-conducting materials, including, for example, polymeric or plastic materials and ceramic materials. Suitable materials for a particular sensor 42 may be determined, at least in part, based on the desired use of the sensor 42 and properties of the materials.

In some embodiments, the substrate is flexible. For example, if the sensor 42 is configured for implantation into a patient, then the sensor 42 may be made flexible (although rigid sensors may also be used for implantable sensors) to reduce pain to the patient and damage to the tissue caused by the implantation of and/or the wearing of the sensor 42. A flexible substrate 50 often increases the patient's comfort and allows a wider range of activities. Suitable materials for a flexible substrate 50 include, for example, non-conducting plastic or polymeric materials and other non-conducting, flexible, deformable materials. Examples of useful plastic or polymeric materials include thermoplastics such as polycarbonates, polyesters (e.g., Mylar™ and polyethylene terephthalate (PET)), polyvinyl chloride (PVC), polyurethanes, polyethers, polyamides, polyimides, or copolymers of these thermoplastics, such as PETG (glycol-modified polyethylene terephthalate).

In other embodiments, the sensors 42 are made using a relatively rigid substrate 50 to, for example, provide structural support against bending or breaking. Examples of rigid materials that may be used as the substrate 50 include poorly conducting ceramics, such as aluminum oxide and silicon dioxide. One advantage of an implantable sensor 42 having a rigid substrate is that the sensor 42 may have a sharp point and/or a sharp edge to aid in implantation of a sensor 42 without an additional insertion device.

It will be appreciated that for many sensors 42 and sensor applications, both rigid and flexible sensors will operate adequately. The flexibility of the sensor 42 may also be controlled and varied along a continuum by changing, for example, the composition and/or thickness of the substrate 50.

In addition to considerations regarding flexibility, it is often desirable that implantable sensors 42 should have a substrate 50 which is non-toxic. Preferably, the substrate 50 is approved by one or more appropriate governmental agencies or private groups for in vivo use.

The sensor 42 may include optional features to facilitate insertion of an implantable sensor 42, as shown in FIG. 12. For example, the sensor 42 may be pointed at the tip 123 to ease insertion. In addition, the sensor 42 may include a barb 125 which assists in anchoring the sensor 42 within the tissue of the patient during operation of the sensor 42. However, the barb 125 is typically small enough that little damage is caused to the subcutaneous tissue when the sensor 42 is removed for replacement.

Although the substrate 50 in at least some embodiments has uniform dimensions along the entire length of the sensor

US 6,990,366 B2

9

42, in other embodiments, the substrate **50** has a distal end **67** and a proximal end **65** with different widths **53**, **55**, respectively, as illustrated in FIG. **2**. In these embodiments, the distal end **67** of the substrate **50** may have a relatively narrow width **53**. For sensors **42** which are implantable into the subcutaneous tissue or another portion of a patient's body, the narrow width **53** of the distal end **67** of the substrate **50** may facilitate the implantation of the sensor **42**. Often, the narrower the width of the sensor **42**, the less pain the patient will feel during implantation of the sensor and afterwards.

For subcutaneously implantable sensors **42** which are designed for continuous or periodic monitoring of the analyte during normal activities of the patient, a distal end **67** of the sensor **42** which is to be implanted into the patient has a width **53** of 2 mm or less, preferably 1 mm or less, and more preferably 0.5 mm or less. If the sensor **42** does not have regions of different widths, then the sensor **42** will typically have an overall width of, for example, 2 mm, 1.5 mm, 1 mm, 0.5 mm, 0.25 mm, or less. However, wider or narrower sensors may be used. In particular, wider implantable sensors may be used for insertion into veins or arteries or when the movement of the patient is limited, for example, when the patient is confined in bed or in a hospital.

Returning to FIG. **2**, the proximal end **65** of the sensor **42** may have a width **55** larger than the distal end **67** to facilitate the connection between contact pads **49** of the electrodes and contacts on a control unit. The wider the sensor **42** at this point, the larger the contact pads **49** can be made. This may reduce the precision needed to properly connect the sensor **42** to contacts on the control unit (e.g., sensor control unit **44** of FIG. **1**). However, the maximum width of the sensor **42** may be constrained so that the sensor **42** remains small for the convenience and comfort of the patient and/or to fit the desired size of the analyte monitor. For example, the proximal end **65** of a subcutaneously implantable sensor **42**, such as the sensor **42** illustrated in FIG. **1**, may have a width **55** ranging from 0.5 mm to 15 mm, preferably from 1 mm to 10 mm, and more preferably from 3 mm to 7 mm. However, wider or narrower sensors may be used in this and other in vivo applications.

The thickness of the substrate **50** may be determined by the mechanical properties of the substrate material (e.g., the strength, modulus, and/or flexibility of the material), the desired use of the sensor **42** including stresses on the substrate **50** arising from that use, as well as the depth of any channels or indentations formed in the substrate **50**, as discussed below. Typically, the substrate **50** of a subcutaneously implantable sensor **42** for continuous or periodic monitoring of the level of an analyte while the patient engages in normal activities has a thickness of 50 to 500 $\mu$m and preferably 100 to 300 $\mu$m. However, thicker and thinner substrates **50** may be used, particularly in other types of in vivo sensors **42**.

The length of the sensor **42** may have a wide range of values depending on a variety of factors. Factors which influence the length of an implantable sensor **42** may include the depth of implantation into the patient and the ability of the patient to manipulate a small flexible sensor **42** and make connections between the sensor **42** and the sensor control unit **44**. A subcutaneously implantable sensor **42** for the analyte monitor illustrated in FIG. **1** may have a length ranging from 0.3 to 5 cm, however, longer or shorter sensors may be used. The length of the narrow portion of the sensor **42** (e.g., the portion which is subcutaneously inserted into the patient), if the sensor **42** has narrow and wide portions, is typically about 0.25 to 2 cm in length. However, longer

10

and shorter portions may be used. All or only a part of this narrow portion may be subcutaneously implanted into the patient. The lengths of other implantable sensors **42** will vary depending, at least in part, on the portion of the patient into which the sensor **42** is to be implanted or inserted.

Conductive Traces

At least one conductive trace **52** is formed on the substrate for use in constructing a working electrode **58**. In addition, other conductive traces **52** may be formed on the substrate **50** for use as electrodes (e.g., additional working electrodes, as well as counter, counter/reference, and/or reference electrodes) and other components, such as a temperature probe. The conductive traces **52** may extend most of the distance along a length **57** of the sensor **50**, as illustrated in FIG. **2**, although this is not necessary. The placement of the conductive traces **52** may depend on the particular configuration of the analyte monitoring system (e.g., the placement of control unit contacts and/or the sample chamber in relation to the sensor **42**). For implantable sensors, particularly subcutaneously implantable sensors, the conductive traces typically extend close to the tip of the sensor **42** to minimize the amount of the sensor that must be implanted.

The conductive traces **52** may be formed on the substrate **50** by a variety of techniques, including, for example, photolithography, screen printing, or other impact or non-impact printing techniques. The conductive traces **52** may also be formed by carbonizing conductive traces **52** in an organic (e.g., polymeric or plastic) substrate **50** using a laser. A description of some exemplary methods for forming the sensor **42** is provided in U.S. patent application Ser. No. 09/034,422, incorporated herein by reference.

Another method for disposing the conductive traces **52** on the substrate **50** includes the formation of recessed channels **54** in one or more surfaces of the substrate **50** and the subsequent filling of these recessed channels **54** with a conductive material **56**, as shown in FIG. **3A**. The recessed channels **54** may be formed by indenting, embossing, or otherwise creating a depression in the surface of the substrate **50**. Exemplary methods for forming channels and electrodes in a surface of a substrate can be found in U.S. patent application Ser. No. 09/034,422. The depth of the channels is typically related to the thickness of the substrate **50**. In one embodiment, the channels have depths in the range of about 12.5 to 75 $\mu$m (0.5 to 3 mils), and preferably about 25 to 50 $\mu$m (1 to 2 mils).

The conductive traces are typically formed using a conductive material **56** such as carbon (e.g., graphite), a conductive polymer, a metal or alloy (e.g., gold or gold alloy), or a metallic compound (e.g., ruthenium dioxide or titanium dioxide). The formation of films of carbon, conductive polymer, metal, alloy, or metallic compound are well-known and include, for example, chemical vapor deposition (CVD), physical vapor deposition, sputtering, reactive sputtering, printing, coating, and painting. The conductive material **56** which fills the channels **54** is often formed using a precursor material, such as a conductive ink or paste. In these embodiments, the conductive material **56** is deposited on the substrate **50** using methods such as coating, painting, or applying the material using a spreading instrument, such as a coating blade. Excess conductive material between the channels **54** is then removed by, for example, running a blade along the substrate surface.

In one embodiment, the conductive material **56** is a part of a precursor material, such as a conductive ink, obtainable, for example, from Ercon, Inc. (Wareham, Mass.), Metech, Inc. (Elverson, Pa.), E.I. du Pont de Nemours and Co. (Wilmington, Del.), Emca-Remex Products

US 6,990,366 B2

**11**

(Montgomeryville, Pa.), or MCA Services (Melbourn, Great Britain). The conductive ink is typically applied as a semi-liquid or paste which contains particles of the carbon, metal, alloy, or metallic compound and a solvent or dispersant. After application of the conductive ink on the substrate **50** (e.g., in the channels **54**), the solvent or dispersant evaporates to leave behind a solid mass of conductive material **56**.

In addition to the particles of carbon, metal, alloy, or metallic compound, the conductive ink may also contain a binder. The binder may optionally be cured to further bind the conductive material **56** within the channel **54** and/or on the substrate **50**. Curing the binder increases the conductivity of the conductive material **56**. However, this is typically not necessary as the currents carried by the conductive material **56** within the conductive traces **52** are often relatively low (usually less than 1 $\mu$A and often less than 100 nA). Typical binders include, for example, polyurethane resins, cellulose derivatives, elastomers, and highly fluorinated polymers. Examples of elastomers include silicones, polymeric dienes, and acrylonitrile-butadiene-styrene (ABS) resins. One example of a fluorinated polymer binder is Teflon® (DuPont, Wilmington, Del.). These binders are cured using, for example, heat or light, including ultraviolet (UV) light. The appropriate curing method typically depends on the particular binder which is used.

Often, when a liquid or semiliquid precursor of the conductive material **56** (e.g., a conductive ink) is deposited in the channel **54**, the precursor fills the channel **54**. However, when the solvent or dispersant evaporates, the conductive material **56** which remains may lose volume such that the conductive material **56** may or may not continue to fill the channel **54**. Preferred conductive materials **56** do not pull away from the substrate **50** as they lose volume, but rather decrease in height within the channel **54**. These conductive materials **56** typically adhere well to the substrate **50** and therefore do not pull away from the substrate **50** during evaporation of the solvent or dispersant. Other suitable conductive materials **56** either adhere to at least a portion of the substrate **50** and/or contain another additive, such as a binder, which adheres the conductive material **56** to the substrate **50**. Preferably, the conductive material **56** in the channels **54** is non-leachable, and more preferably immobilized on the substrate **50**. In some embodiments, the conductive material **56** may be formed by multiple applications of a liquid or semiliquid precursor interspersed with removal of the solvent or dispersant.

In another embodiment, the channels **54** are formed using a laser. The laser carbonizes the polymer or plastic material. The carbon formed in this process is used as the conductive material **56**. Additional conductive material **56**, such as a conductive carbon ink, may be used to supplement the carbon formed by the laser.

In a further embodiment, the conductive traces **52** are formed by pad printing techniques. For example, a film of conductive material is formed either as a continuous film or as a coating layer deposited on a carrier film. This film of conductive material is brought between a print head and the substrate **50**. A pattern on the surface of the substrate **50** is made using the print head according to a desired pattern of conductive traces **52**. The conductive material is transferred by pressure and/or heat from the film of conductive material to the substrate **50**. This technique often produces channels (e.g., depressions caused by the print head) in the substrate **50**. Alternatively, the conductive material is deposited on the surface of the substrate **50** without forming substantial depressions.

In other embodiments, the conductive traces **52** are formed by non-impact printing techniques. Such techniques

**12**

include electrophotography and magnetography. In these processes, an image of the conductive traces **52** is electrically or magnetically formed on a drum. A laser or LED may be used to electrically form an image. A magnetic recording head may be used to magnetically form an image. A toner material (e.g., a conductive material, such as a conductive ink) is then attracted to portions of the drum according to the image. The toner material is then applied to the substrate by contact between the drum and the substrate. For example, the substrate may be rolled over the drum. The toner material may then be dried and/or a binder in the toner material may be cured to adhere the toner material to the substrate.

Another non-impact printing technique includes ejecting droplets of conductive material onto the substrate in a desired pattern. Examples of this technique include ink jet printing and piezo jet printing. An image is sent to the printer which then ejects the conductive material (e.g., a conductive ink) according to the pattern. The printer may provide a continuous stream of conductive material or the printer may eject the conductive material in discrete amounts at the desired points.

Yet another non-impact printing embodiment of forming the conductive traces includes an ionographic process. In this process, a curable, liquid precursor, such as a photopolymerizable acrylic resin (e.g., Solimer 7501 from Cubital, Bad Kreuznach, Germany) is deposited over a surface of a substrate **50**. A photomask having a positive or negative image of the conductive traces **52** is then used to cure the liquid precursor. Light (e.g., visible or ultraviolet light) is directed through the photomask to cure the liquid precursor and form a solid layer over the substrate according to the image on the photomask. Uncured liquid precursor is removed leaving behind channels **54** in the solid layer. These channels **54** can then be filled with conductive material **56** to form conductive traces **52**.

Conductive traces **52** (and channels **54**, if used) can be formed with relatively narrow widths, for example, in the range of 25 to 250 $\mu$m, and including widths of, for example, 250 $\mu$m, 150 $\mu$m, 100 $\mu$m, 75 $\mu$m, 50 $\mu$m, 25 $\mu$m or less by the methods described above. In embodiments with two or more conductive traces **52** on the same side of the substrate **50**, the conductive traces **52** are separated by distances sufficient to prevent conduction between the conductive traces **52**. The edge-to-edge distance between the conductive traces is preferably in the range of 25 to 250 $\mu$m and may be, for example, 150 $\mu$m, 100 $\mu$m, 75 $\mu$m, 50 $\mu$m, or less. The density of the conductive traces **52** on the substrate **50** is preferably in the range of about 150 to 700 $\mu$m/trace and may be as small as 667 $\mu$m/trace or less, 333 $\mu$m/trace or less, or even 167 $\mu$m/trace or less.

The working electrode **58** and the counter electrode **60** (if a separate reference electrode is used) are often made using a conductive material **56**, such as carbon. Suitable carbon conductive inks are available from Ercon, Inc. (Wareham, Mass.), Metech, Inc. (Elverson, Pa.), E.I. du Pont de Nemours and Co. (Wilmington, Del.), Emca-Remex Products (Montgomeryville, Pa.), or MCA Services (Melbourn, Great Britain). Typically, the working surface **51** of the working electrode **58** is at least a portion of the conductive trace **52** that is in contact with the analyte-containing fluid (e.g., implanted in the patient).

The reference electrode **62** and/or counter/reference electrode are typically formed using conductive material **56** that is a suitable reference material, for example silver/silver chloride or a non-leachable redox couple bound to a conductive material, for example, a carbon-bound redox couple. Suitable silver/silver chloride conductive inks are available

US 6,990,366 B2

13

14

from Ercon, Inc. (Wareham, Mass.), Metech, Inc. (Elverson, Pa.), E.I. du Pont de Nemours and Co. (Wilmington, Del.), Emca-Remex Products (Montgomeryville, Pa.), or MCA Services (Melbourn, Great Britain). Silver/silver chloride electrodes illustrate a type of reference electrode that involves the reaction of a metal electrode with a constituent of the sample or body fluid, in this case, Cl⁻.

Suitable redox couples for binding to the conductive material of the reference electrode include, for example, redox polymers (e.g., polymers having multiple redox centers.) It is preferred that the reference electrode surface be non-corroding so that an erroneous potential is not measured. Preferred conductive materials include less corrosive metals, such as gold and palladium. Most preferred are non-corrosive materials including non-metallic conductors, such as carbon and conducting polymers. A redox polymer can be adsorbed on or covalently bound to the conductive material of the reference electrode, such as a carbon surface of a conductive trace **52**. Non-polymeric redox couples can be similarly bound to carbon or gold surfaces.

A variety of methods may be used to immobilize a redox polymer on an electrode surface. One method is adsorptive immobilization. This method is particularly useful for redox polymers with relatively high molecular weights. The molecular weight of a polymer may be increased, for example, by cross-linking.

Another method for immobilizing the redox polymer includes the functionalization of the electrode surface and then the chemical bonding, often covalently, of the redox polymer to the functional groups on the electrode surface. One example of this type of immobilization begins with a poly(4-vinylpyridine). The polymer's pyridine rings are, in part, complexed with a reducible/oxidizable species, such as [Os(bpy)$_2$Cl]$^{+/2+}$ where bpy is 2,2'-bipyridine. Part of the pyridine rings are quaternized by reaction with 2-bromoethylamine. The polymer is then crosslinked, for example, using a diepoxide, such as polyethylene glycol diglycidyl ether.

Carbon surfaces can be modified for attachment of a redox species or polymer, for example, by reductoreduction of a diazonium salt. As an illustration, reduction of a diazonium salt formed upon diazotization of p-aminobenzoic acid modifies a carbon surface with phenylcarboxylic acid functional groups. These functional groups can then be activated by a carbodiimide, such as 1-ethyl-3-(3-dimethylaminopropyl)-carbodiimide hydrochloride. The activated functional groups are then bound with a amine-functionalized redox couple, such as the quaternized osmium-containing redox polymer described above or 2-aminoethylferrocene, to form the redox couple.

Similarly, gold can be functionalized by an amine, such as cystamine,. A redox couple such as [Os(bpy)$_2$(pyridine-4-carboxylate)Cl]$^{0/+}$ is activated by 1-ethyl-3-(3-dimethylaminopropyl)-carbodiimide hydrochloride to form a reactive O-acylisourea which reacts with the gold-bound amine to form an amide.

In one embodiment, in addition to using the conductive traces **52** as electrodes or probe leads, two or more of the conductive traces **52** on the substrate **50** are used to give the patient a mild electrical shock when, for example, the analyte level exceeds a threshold level. This shock may act as a warning or alarm to the patient to initiate some action to restore the appropriate level of the analyte.

The mild electrical shock is produced by applying a potential between any two conductive traces **52** that are not otherwise connected by a conductive path. For example, two

of the electrodes **58**, **60**, **62** or one electrode **58**, **60**, **62** and the temperature probe **66** may be used to provide the mild shock. Preferably, the working electrode **58** and the reference electrode **62** are not used for this purpose as this may cause some damage to the chemical components on or proximate to the particular electrode (e.g., the sensing layer on the working electrode or the redox couple on the reference electrode).

The current used to produce the mild shock is typically 0.1 to 1 mA. Higher or lower currents may be used, although care should be taken to avoid harm to the patient. The potential between the conductive traces is typically 1 to 10 volts. However, higher or lower voltages may be used depending, for example, on the resistance of the conductive traces **52**, the distance between the conductive traces **52** and the desired amount of current. When the mild shock is delivered, potentials at the working electrode **58** and across the temperature probe **66** may be removed to prevent harm to those components caused by unwanted conduction between the working electrode **58** (and/or temperature probe **66**, if used) and the conductive traces **52** which provide the mild shock.

Contact Pads

Typically, each of the conductive traces **52** includes a contact pad **49**. The contact pad **49** may simply be a portion of the conductive trace **52** that is indistinguishable from the rest of the trace **52** except that the contact pad **49** is brought into contact with the conductive contacts of a control unit (e.g., the sensor control unit **44** of FIG. 1). More commonly, however, the contact pad **49** is a region of the conductive trace **52** that has a larger width than other regions of the trace **52** to facilitate a connection with the contacts on the control unit. By making the contact pads **49** relatively large as compared with the width of the conductive traces **52**, the need for precise registration between the contact pads **49** and the contacts on the control unit is less critical than with small contact pads.

The contact pads **49** are typically made using the same material as the conductive material **56** of the conductive traces **52**. However, this is not necessary. Although metal, alloys, and metallic compounds may be used to form the contact pads **49**, in some embodiments, it is desirable to make the contact pads **49** from a carbon or other non-metallic material, such as a conducting polymer. In contrast to metal or alloy contact pads, carbon and other non-metallic contact pads are not easily corroded if the contact pads **49** are in a wet, moist, or humid environment. Metals and alloys may corrode under these conditions, particularly if the contact pads **49** and contacts of the control unit are made using different metals or alloys. However, carbon and non-metallic contact pads **49** do not significantly corrode, even if the contacts of the control device are metal or alloy.

One embodiment of the invention includes a sensor **42** having contact pads **49** and a control unit **44** having conductive contacts (not shown). During operation of the sensor **42**, the contact pads **49** and conductive contacts are in contact with each other. In this embodiment, either the contact pads **49** or the conductive contacts are made using a non-corroding, conductive material. Such materials include, for example, carbon and conducting polymers. Preferred non-corroding materials include graphite and vitreous carbon. The opposing contact pad or conductive contact is made using carbon, a conducting polymer, a metal, such as gold, palladium, or platinum group metal, or a metallic compound, such as ruthenium dioxide. This configuration of contact pads and conductive contacts typically reduces corrosion. Preferably, when the sensor is placed in a 3 mM, and

US 6,990,366 B2

15

more preferably, in a 100 mM, NaCl solution, the signal arising due to the corrosion of the contact pads and/or conductive contacts is less than 3% of the signal generated by the sensor when exposed to concentration of analyte in the normal physiological range. For at least some subcutaneous glucose sensors, the current generated by analyte in a normal physiological range ranges from 3 to 500 nA.

Each of the electrodes 58, 60, 62, as well as the two probe leads 68, 70 of the temperature probe 66 (described below), are connected to contact pads 49 as shown in FIGS. 10 and 11. In one embodiment (not shown), the contact pads 49 are on the same side of the substrate 50 as the respective electrodes or temperature probe leads to which the contact pads 49 are attached.

In other embodiments, the conductive traces 52 on at least one side are connected through vias in the substrate to contact pads 49a on the opposite surface of the substrate 50, as shown in FIGS. 10 and 11. An advantage of this configuration is that contact between the contacts on the control unit and each of the electrodes 58, 60, 62 and the probe leads 68,70 of the temperature probe 66 can be made from a single side of the substrate 50.

In yet other embodiments (not shown), vias through the substrate are used to provide contact pads on both sides of the substrate 50 for each conductive trace 52. The vias connecting the conductive traces 52 with the contact pads 49a can be formed by making holes through the substrate 50 at the appropriate points and then filling the holes with conductive material 56.

Exemplary Electrode Configurations

A number of exemplary electrode configurations are described below, however, it will be understood that other configurations may also be used. In one embodiment, illustrated in FIG. 3A, the sensor 42 includes two working electrodes 58a, 58b and one counter electrode 60, which also functions as a reference electrode. In another embodiment, the sensor includes one working electrode 58a, one counter electrode 60, and one reference electrode 62, as shown in FIG. 3B. Each of these embodiments is illustrated with all of the electrodes formed on the same side of the substrate 50.

Alternatively, one or more of the electrodes may be formed on an opposing side of the substrate 50. This may be convenient if the electrodes are formed using two different types of conductive material 56 (e.g., carbon and silver/silver chloride). Then, at least in some embodiments, only one type of conductive material 56 needs to be applied to each side of the substrate 50, thereby reducing the number of steps in the manufacturing process and/or easing the registration constraints in the process. For example, if the working electrode 58 is formed using a carbon-based conductive material 56 and the reference or counter/reference electrode is formed using a silver/silver chloride conductive material 56, then the working electrode and reference or counter/reference electrode may be formed on opposing sides of the substrate 50 for ease of manufacture.

In another embodiment, two working electrodes 58 and one counter electrode 60 are formed on one side of the substrate 50 and one reference electrode 62 and a temperature probe 66 are formed on an opposing side of the substrate 50, as illustrated in FIG. 6. The opposing sides of the tip of this embodiment of the sensor 42 are illustrated in FIGS. 7 and 8.

Sensing Layer

Some analytes, such as oxygen, can be directly electrooxidized or electroreduced on the working electrode 58. Other analytes, such as glucose and lactate, require the presence of at least one electron transfer agent and/or at least one

16

catalyst to facilitate the electrooxidation or electroreduction of the analyte. Catalysts may also be used for those analyte, such as oxygen, that can be directly electrooxidized or electroreduced on the working electrode 58. For these analytes, each working electrode 58 has a sensing layer 64 formed proximate to or on a working surface of the working electrode 58. Typically, the sensing layer 64 is formed near or on only a small portion of the working electrode 58, often near a tip of the sensor 42. This limits the amount of material needed to form the sensor 42 and places the sensing layer 64 in the best position for contact with the analyte-containing fluid (e.g., a body fluid, sample fluid, or carrier fluid).

The sensing layer 64 includes one or more components designed to facilitate the electrolysis of the analyte. The sensing layer 64 may include, for example, a catalyst to catalyze a reaction of the analyte and produce a response at the working electrode 58, an electron transfer agent to indirectly or directly transfer electrons between the analyte and the working electrode 58, or both.

The sensing layer 64 may be formed as a solid composition of the desired components (e.g., an electron transfer agent and/or a catalyst). These components are preferably non-leachable from the sensor 42 and more preferably are immobilized on the sensor 42. For example, the components may be immobilized on a working electrode 58. Alternatively, the components of the sensing layer 64 may be immobilized within or between one or more membranes or films disposed over the working electrode 58 or the components may be immobilized in a polymeric or sol-gel matrix. Examples of immobilized sensing layers are described in U.S. Pat. Nos. 5,262,035, 5,264,104, 5,264,105, 5,320,725, 5,593,852, and 5,665,222, U.S. patent application Ser. No. 08/540,789, and PCT Patent Application No. US98/02403 entitled "Soybean Peroxidase Electrochemical Sensor", filed on Feb. 11, 1998, incorporated herein by reference.

In some embodiments, one or more of the components of the sensing layer 64 may be solvated, dispersed, or suspended in a fluid within the sensing layer 64, instead of forming a solid composition. The fluid may be provided with the sensor 42 or may be absorbed by the sensor 42 from the analyte-containing fluid. Preferably, the components which are solvated, dispersed, or suspended in this type of sensing layer 64 are non-leachable from the sensing layer. Non-leachability may be accomplished, for example, by providing barriers (e.g., the electrode, substrate, membranes, and/or films) around the sensing layer which prevent the leaching of the components of the sensing layer 64. One example of such a barrier is a microporous membrane or film which allows diffusion of the analyte into the sensing layer 64 to make contact with the components of the sensing layer 64, but reduces or eliminates the diffusion of the sensing layer components (e.g., a electron transfer agent and/or a catalyst) out of the sensing layer 64.

A variety of different sensing layer configurations can be used. In one embodiment, the sensing layer 64 is deposited on the conductive material 56 of a working electrode 58a, as illustrated in FIGS. 3A and 3B. The sensing layer 64 may extend beyond the conductive material 56 of the working electrode 58a. In some cases, the sensing layer 64 may also extend over the counter electrode 60 or reference electrode 62 without degrading the performance of the glucose sensor. For those sensors 42 which utilize channels 54 within which the conductive material 56 is deposited, a portion of the sensing layer 64 may be formed within the channel 54 if the conductive material 56 does not fill the channel 54.

A sensing layer 64 in direct contact with the working electrode 58a may contain an electron transfer agent to

US 6,990,366 B2

17

transfer electrons directly or indirectly between the analyte and the working electrode, as well as a catalyst to facilitate a reaction of the analyte. For example, a glucose, lactate, or oxygen electrode may be formed having a sensing layer which contains a catalyst, such as glucose oxidase, lactate oxidase, or laccase, respectively, and an electron transfer agent that facilitates the electrooxidation of the glucose, lactate, or oxygen, respectively.

In another embodiment, the sensing layer 64 is not deposited directly on the working electrode 58a. Instead, the sensing layer 64 is spaced apart from the working electrode 58a, as illustrated in FIG. 4A, and separated from the working electrode 58a by a separation layer 61. The separation layer 61 typically includes one or more membranes or films. In addition to separating the working electrode 58a from the sensing layer 64, the separation layer 61 may also act as a mass transport limiting layer or an interferent eliminating layer, as described below.

Typically, a sensing layer 64, which is not in direct contact with the working electrode 58a, includes a catalyst that facilitates a reaction of the analyte. However, this sensing layer 64 typically does not include an electron transfer agent that transfers electrons directly from the working electrode 58a to the analyte, as the sensing layer 64 is spaced apart from the working electrode 58a. One example of this type of sensor is a glucose or lactate sensor which includes an enzyme (e.g., glucose oxidase or lactate oxidase, respectively) in the sensing layer 64. The glucose or lactate reacts with a second compound (e.g., oxygen) in the presence of the enzyme. The second compound is then electrooxidized or electroreduced at the electrode. Changes in the signal at the electrode indicate changes in the level of the second compound in the fluid and are proportional to changes in glucose or lactate level and, thus, correlate to the analyte level.

In another embodiment, two sensing layers 63, 64 are used, as shown in FIG. 4B. Each of the two sensing layers 63, 64 may be independently formed on the working electrode 58a or in proximity to the working electrode 58a. One sensing layer 64 is typically, although not necessarily, spaced apart from the working electrode 58a. For example, this sensing layer 64 may include a catalyst which catalyzes a reaction of the analyte to form a product compound. The product compound is then electrolyzed in the second sensing layer 63 which may include an electron transfer agent to transfer electrons between the working electrode 58a and the product compound and/or a second catalyst to catalyze a reaction of the product compound to generate a signal at the working electrode 58a.

For example, a glucose or lactate sensor may include a first sensing layer 64 which is spaced apart from the working electrode and contains an enzyme, for example, glucose oxidase or lactate oxidase. The reaction of glucose or lactate in the presence of the appropriate enzyme forms hydrogen peroxide. A second sensing layer 63 is provided directly on the working electrode 58a and contains a peroxidase enzyme and an electron transfer agent to generate a signal at the electrode in response to the hydrogen peroxide. The level of hydrogen peroxide indicated by the sensor then correlates to the level of glucose or lactate. Another sensor which operates similarly can be made using a single sensing layer with both the glucose or lactate oxidase and the peroxidase being deposited in the single sensing layer. Examples of such sensors are described in U.S. Pat. No. 5,593,852, U.S. patent application Ser. No. 08/540,789, and PCT Patent Application No. US98/02403 entitled "Soybean Peroxidase Electrochemical Sensor", filed on Feb. 11, 1998, incorporated herein by reference.

18

In some embodiments, one or more of the working electrodes 58b do not have a corresponding sensing layer 64, as shown in FIGS. 3A and 4A, or have a sensing layer (not shown) which does not contain one or more components (e.g., an electron transfer agent or catalyst) needed to electrolyze the analyte. The signal generated at this working electrode 58b typically arises from interferents and other sources, such as ions, in the fluid, and not in response to the analyte (because the analyte is not electrooxidized or electroreduced). Thus, the signal at this working electrode 58b corresponds to a background signal. The background signal can be removed from the analyte signal obtained from other working electrodes 58a that are associated with fully-functional sensing layers 64 by, for example, subtracting the signal at working electrode 58b from the signal at working electrode 58a.

Sensors having multiple working electrodes 58a may also be used to obtain more precise results by averaging the signals or measurements generated at these working electrodes 58a. In addition, multiple readings at a single working electrode 58a or at multiple working electrodes may be averaged to obtain more precise data.

Electron Transfer Agent

In many embodiments, the sensing layer 64 contains one or more electron transfer agents in contact with the conductive material 56 of the working electrode 58, as shown in FIGS. 3A and 3B. In some embodiments of the invention, there is little or no leaching of the electron transfer agent away from the working electrode 58 during the period in which the sensor 42 is implanted in the patient. A diffusing or leachable (i.e., releasable) electron transfer agent often diffuses into the analyte-containing fluid, thereby reducing the effectiveness of the electrode by reducing the sensitivity of the sensor over time. In addition, a diffusing or leaching electron transfer agent in an implantable sensor 42 may also cause damage to the patient. In these embodiments, preferably, at least 90%, more preferably, at least 95%, and, most preferably, at least 99%, of the electron transfer agent remains disposed on the sensor after immersion in the analyte-containing fluid for 24 hours, and, more preferably, for 72 hours. In particular, for an implantable sensor, preferably, at least 90%, more preferably, at least 95%, and most preferably, at least 99%, of the electron transfer agent remains disposed on the sensor after immersion in the body fluid at 37° C. for 24 hours, and, more preferably, for 72 hours.

In some embodiments of the invention, to prevent leaching, the electron transfer agents are bound or otherwise immobilized on the working electrode 58 or between or within one or more membranes or films disposed over the working electrode 58. The electron transfer agent may be immobilized on the working electrode 58 using, for example, a polymeric or sol-gel immobilization technique. Alternatively, the electron transfer agent may be chemically (e.g., ionically, covalently, or coordinatively) bound to the working electrode 58, either directly or indirectly through another molecule, such as a polymer, that is in turn bound to the working electrode 58.

Application of the sensing layer 64 on a working electrode 58a is one method for creating a working surface for the working electrode 58a, as shown in FIGS. 3A and 3B. The electron transfer agent mediates the transfer of electrons to electrooxidize or electroreduce an analyte and thereby permits a current flow between the working electrode 58 and the counter electrode 60 via the analyte. The mediation of the electron transfer agent facilitates the electrochemical analysis of analytes which are not suited for direct electrochemical reaction on an electrode.

US 6,990,366 B2

19

In general, the preferred electron transfer agents are electroreducible and electrooxidizable ions or molecules having redox potentials that are a few hundred millivolts above or below the redox potential of the standard calomel electrode (SCE). Preferably, the electron transfer agents are not more reducing than about −150 mV and not more oxidizing than about +400 mV versus SCE.

The electron transfer agent may be organic, organometallic, or inorganic. Examples of organic redox species are quinones and species that in their oxidized state have quinoid structures, such as Nile blue and indophenol. Some quinones and partially oxidized quinhydrones react with functional groups of proteins such as the thiol groups of cysteine, the amine groups of lysine and arginine, and the phenolic groups of tyrosine which may render those redox species unsuitable for some of the sensors of the present invention because of the presence of the interfering proteins in an analyte-containing fluid. Usually substituted quinones and molecules with quinoid structure are less reactive with proteins and are preferred. A preferred tetrasubstituted quinone usually has carbon atoms in positions 1, 2, 3, and 4.

In general, electron transfer agents suitable for use in the invention have structures or charges which prevent or substantially reduce the diffusional loss of the electron transfer agent during the period of time that the sample is being analyzed. The preferred electron transfer agents include a redox species bound to a polymer which can in turn be immobilized on the working electrode. The bond between the redox species and the polymer may be covalent, coordinative, or ionic. Useful electron transfer agents and methods for producing them are described in U.S. Pat. Nos. 5,264,104; 5,356,786; 5,262,035; and 5,320,725, incorporated herein by reference. Although any organic or organometallic redox species can be bound to a polymer and used as an electron transfer agent, the preferred redox species is a transition metal compound or complex. The preferred transition metal compounds or complexes include osmium, ruthenium, iron, and cobalt compounds or complexes. The most preferred are osmium compounds and complexes. It will be recognized that many of the redox species described below may also be used, typically without a polymeric component, as electron transfer agents in a carrier fluid or in a sensing layer of a sensor where leaching of the electron transfer agent is acceptable.

One type of non-releasable polymeric electron transfer agent contains a redox species covalently bound in a polymeric composition. An example of this type of mediator is poly(vinylferrocene).

Another type of non-releasable electron transfer agent contains an ionically-bound redox species. Typically, this type of mediator includes a charged polymer coupled to an oppositely charged redox species. Examples of this type of mediator include a negatively charged polymer such as Nafion® (DuPont) coupled to a positively charged redox species such as an osmium or ruthenium polypyridyl cation. Another example of an ionically-bound mediator is a positively charged polymer such as quaternized poly(4-vinyl pyridine) or poly(1-vinyl imidazole) coupled to a negatively charged redox species such as ferricyanide or ferrocyanide. The preferred ionically-bound redox species is a highly charged redox species bound within an oppositely charged redox polymer.

In another embodiment of the invention, suitable non-releasable electron transfer agents include a redox species coordinatively bound to a polymer. For example, the mediator may be formed by coordination of an osmium or cobalt 2,2'-bipyridyl complex to poly(1-vinyl imidazole) or poly (4-vinyl pyridine).

20

The preferred electron transfer agents are osmium transition metal complexes with one or more ligands, each ligand having a nitrogen-containing heterocycle such as 2,2'-bipyridine, 1,10-phenanthroline, or derivatives thereof. Furthermore, the preferred electron transfer agents also have one or more ligands covalently bound in a polymer, each ligand having at least one nitrogen-containing heterocycle, such as pyridine, imidazole, or derivatives thereof. These preferred electron transfer agents exchange electrons rapidly between each other and the working electrodes 58 so that the complex can be rapidly oxidized and reduced.

One example of a particularly useful electron transfer agent includes (a) a polymer or copolymer having pyridine or imidazole functional groups and (b) osmium cations complexed with two ligands, each ligand containing 2,2'-bipyridine, 1,10-phenanthroline, or derivatives thereof, the two ligands not necessarily being the same. Preferred derivatives of 2,2'-bipyridine for complexation with the osmium cation are 4,4'-dimethyl-2,2'-bipyridine and mono-, di-, and polyalkoxy-2,2'-bipyridines, such as 4,4'-dimethoxy-2,2'-bipyridine. Preferred derivatives of 1,10-phenanthroline for complexation with the osmium cation are 4,7-dimethyl-1,10-phenanthroline and mono, di-, and polyalkoxy-1,10-phenanthrolines, such as 4,7-dimethoxy-1,10-phenanthroline. Preferred polymers for complexation with the osmium cation include polymers and copolymers of poly(1-vinyl imidazole) (referred to as "PVI") and poly(4-vinyl pyridine) (referred to as "PVP"). Suitable copolymer substituents of poly(1-vinyl imidazole) include acrylonitrile, acrylamide, and substituted or quaternized N-vinyl imidazole. Most preferred are electron transfer agents with osmium complexed to a polymer or copolymer of poly(1-vinyl imidazole).

The preferred electron transfer agents have a redox potential ranging from −100 mV to about +150 mV versus the standard calomel electrode (SCE). Preferably, the potential of the electron transfer agent ranges from −100 mV to +150 mV and more preferably, the potential ranges from −50 mV to +50 mV. The most preferred electron transfer agents have osmium redox centers and a redox potential ranging from +50 mV to −150 mV versus SCE.

Catalyst

The sensing layer 64 may also include a catalyst which is capable of catalyzing a reaction of the analyte. The catalyst may also, in some embodiments, act as an electron transfer agent. One example of a suitable catalyst is an enzyme which catalyzes a reaction of the analyte. For example, a catalyst, such as a glucose oxidase, glucose dehydrogenase (e.g., pyrroloquinoline quinone glucose dehydrogenase (PQQ)), or oligosaccharide dehydrogenase, may be used when the analyte is glucose. A lactate oxidase or lactate dehydrogenase may be used when the analyte is lactate. Laccase may be used when the analyte is oxygen or when oxygen is generated or consumed in response to a reaction of the analyte.

Preferably, the catalyst is non-leachably disposed on the sensor, whether the catalyst is part of a solid sensing layer in the sensor or solvated in a fluid within the sensing layer. More preferably, the catalyst is immobilized within the sensor (e.g., on the electrode and/or within or between a membrane or film) to prevent unwanted leaching of the catalyst away from the working electrode 58 and into the patient. This may be accomplished, for example, by attaching the catalyst to a polymer, cross linking the catalyst with another electron transfer agent (which, as described above, can be polymeric), and/or providing one or more barrier membranes or films with pore sizes smaller than the catalyst.

US 6,990,366 B2

21

As described above, a second catalyst may also be used. This second catalyst is often used to catalyze a reaction of a product compound resulting from the catalyzed reaction of the analyte. The second catalyst typically operates with an electron transfer agent to electrolyze the product compound to generate a signal at the working electrode. Alternatively, the second catalyst may be provided in an interferent-eliminating layer to catalyze reactions that remove interferents, as described below.

One embodiment of the invention is an electrochemical sensor in which the catalyst is mixed or dispersed in the conductive material 56 which forms the conductive trace 52 of a working electrode 58. This may be accomplished, for example, by mixing a catalyst, such as an enzyme, in a carbon ink and applying the mixture into a channel 54 on the surface of the substrate 50. Preferably, the catalyst is immobilized in the channel 53 so that it can not leach away from the working electrode 58. This may be accomplished, for example, by curing a binder in the carbon ink using a curing technique appropriate to the binder. Curing techniques include, for example, evaporation of a solvent or dispersant, exposure to ultraviolet light, or exposure to heat. Typically, the mixture is applied under conditions that do not substantially degrade the catalyst. For example, the catalyst may be an enzyme that is heat-sensitive. The enzyme and conductive material mixture should be applied and cured, preferably, without sustained periods of heating. The mixture may be cured using evaporation or UV curing techniques or by the exposure to heat that is sufficiently short that the catalyst is not substantially degraded.

Another consideration for in vivo analyte sensors is the thermostability of the catalyst. Many enzymes have only limited stability at biological temperatures. Thus, it may be necessary to use large amounts of the catalyst and/or use a catalyst that is thermostable at the necessary temperature (e.g., 37° C. or higher for normal body temperature). A thermostable catalyst may be defined as a catalyst which loses less than 5% of its activity when held at 37° C. for at least one hour, preferably, at least one day, and more preferably at least three days. One example of a thermostable catalyst is soybean peroxidase. This particular thermostable catalyst may be used in a glucose or lactate sensor when combined either in the same or separate sensing layers with glucose or lactate oxidase or dehydrogenase. A further description of thermostable catalysts and their use in electrochemical inventions is found in U.S. Pat. No. 5,665,222 U.S. patent application Ser. No. 08/540,789, and PCT Application No. US98/02403 entitled "Soybean Peroxidase Electrochemical Sensor", filed on Feb. 11, 1998.

Electrolysis of the Analyte

To electrolyze the analyte, a potential (versus a reference potential) is applied across the working and counter electrodes 58, 60. The minimum magnitude of the applied potential is often dependent on the particular electron transfer agent, analyte (if the analyte is directly electrolyzed at the electrode), or second compound (if a second compound, such as oxygen or hydrogen peroxide, whose level is dependent on the analyte level, is directly electrolyzed at the electrode). The applied potential usually equals or is more oxidizing or reducing, depending on the desired electrochemical reaction, than the redox potential of the electron transfer agent, analyte, or second compound, whichever is directly electrolyzed at the electrode. The potential at the working electrode is typically large enough to drive the electrochemical reaction to or near completion.

The magnitude of the potential may optionally be limited to prevent significant (as determined by the current gener-

22

ated in response to the analyte) electrochemical reaction of interferents, such as urate, ascorbate, and acetaminophen. The limitation of the potential may be obviated if these interferents have been removed in another way, such as by providing an interferent-limiting barrier, as described below, or by including a working electrode 58b (see FIG. 3A) from which a background signal may be obtained.

When a potential is applied between the working electrode 58 and the counter electrode 60, an electrical current will flow. The current is a result of the electrolysis of the analyte or a second compound whose level is affected by the analyte. In one embodiment, the electrochemical reaction occurs via an electron transfer agent and the optional catalyst. Many analytes B are oxidized (or reduced) to products C by an electron transfer agent species A in the presence of an appropriate catalyst (e.g., an enzyme). The electron transfer agent A is then oxidized (or reduced) at the electrode. Electrons are collected by (or removed from) the electrode and the resulting current is measured. This process is illustrated by reaction equations (1) and (2) (similar equations may be written for the reduction of the analyte B by a redox mediator A in the presence of a catalyst):

$$nA(ox) + B \xrightarrow{\text{catalyst}} nA(red) + C \tag{1}$$

$$nA(red) + B \xrightarrow{\text{electrode}} nA(ox) + ne^- \tag{2}$$

As an example, an electrochemical sensor may be based on the reaction of a glucose molecule with two non-leachable ferricyanide anions in the presence of glucose oxidase to produce two non-leachable ferrocyanide anions, two hydrogen ions, and gluconolactone. The amount of glucose present is assayed by electrooxidizing the non-leachable ferrocyanide anions to non-leachable ferricyanide anions and measuring the current.

In another embodiment, a second compound whose level is affected by the analyte is electrolyzed at the working electrode. In some cases, the analyte D and the second compound, in this case, a reactant compound E, such as oxygen, react in the presence of the catalyst, as shown in reaction equation (3).

$$D + E \xrightarrow{\text{catalyst}} F + G \tag{3}$$

The reactant compound E is then directly oxidized (or reduced) at the working electrode, as shown in reaction equation (4)

$$nE(red) \xrightarrow{\text{electrode}} nE(ox) + ne^- \tag{4}$$

Alternatively, the reactant compound E is indirectly oxidized (or reduced) using an electron transfer agent H (optionally in the presence of a catalyst), that is subsequently reduced or oxidized at the electrode, as shown in reaction equations (5) and (6).

$$nH(ox) + E \longrightarrow nH(red) + I \tag{5}$$

$$nH(red) \xrightarrow{\text{electrode}} nH(ox) + ne^- \tag{6}$$

In either case, changes in the concentration of the reactant compound, as indicated by the signal at the working

US 6,990,366 B2

23

electrode, correspond inversely to changes in the analyte (i.e., as the level of analyte increase then the level of reactant compound and the signal at the electrode decreases.)

In other embodiments, the relevant second compound is a product compound F, as shown in reaction equation (3). The product compound F is formed by the catalyzed reaction of analyte D and then be directly electrolyzed at the electrode or indirectly electrolyzed using an electron transfer agent and, optionally, a catalyst. In these embodiments, the signal arising from the direct or indirect electrolysis of the product compound F at the working electrode corresponds directly to the level of the analyte (unless there are other sources of the product compound). As the level of analyte increases, the level of the product compound and signal at the working electrode increases.

Those skilled in the art will recognize that there are many different reactions that will achieve the same result; namely the electrolysis of an analyte or a compound whose level depends on the level of the analyte. Reaction equations (1) through (6) illustrate non-limiting examples of such reactions.

Temperature Probe

A variety of optional items may be included in the sensor. One optional item is a temperature probe 66 (FIGS. 8 and 11). The temperature probe 66 may be made using a variety of known designs and materials. One exemplary temperature probe 66 is formed using two probe leads 68, 70 connected to each other through a temperature-dependent element 72 that is formed using a material with a temperature-dependent characteristic. An example of a suitable temperature-dependent characteristic is the resistance of the temperature-dependent element 72.

The two probe leads 68, 70 are typically formed using a metal, an alloy, a semimetal, such as graphite, a degenerate or highly doped semiconductor, or a small-band gap semiconductor. Examples of suitable materials include gold, silver, ruthenium oxide, titanium nitride, titanium dioxide, indium doped tin oxide, tin doped indium oxide, or graphite. The temperature-dependent element 72 is typically made using a fine trace (e.g., a conductive trace that has a smaller cross-section than that of the probe leads 68, 70) of the same conductive material as the probe leads, or another material such as a carbon ink, a carbon fiber, or platinum, which has a temperature-dependent characteristic, such as resistance, that provides a temperature-dependent signal when a voltage source is attached to the two probe leads 68, 70 of the temperature probe 66. The temperature-dependent characteristic of the temperature-dependent element 72 may either increase or decrease with temperature. Preferably, the temperature dependence of the characteristic of the temperature-dependent element 72 is approximately linear with temperature over the expected range of biological temperatures (about 25 to 45° C.), although this is not required.

Typically, a signal (e.g., a current) having an amplitude or other property that is a function of the temperature can be obtained by providing a potential across the two probe leads 68, 70 of the temperature probe 66. As the temperature changes, the temperature-dependent characteristic of the temperature-dependent element 72 increases or decreases with a corresponding change in the signal amplitude. The signal from the temperature probe 66 (e.g., the amount of current flowing through the probe) may be combined with the signal obtained from the working electrode 58 by, for example, scaling the temperature probe signal and then adding or subtracting the scaled temperature probe signal from the signal at the working electrode 58. In this manner, the temperature probe 66 can provide a temperature adjust-

24

ment for the output from the working electrode 58 to offset the temperature dependence of the working electrode 58.

One embodiment of the temperature probe includes probe leads 68, 70 formed as two spaced-apart channels with a temperature-dependent element 72 formed as a cross-channel connecting the two spaced-apart channels, as illustrated in FIG. 8. The two spaced-apart channels contain a conductive material, such as a metal, alloy, semimetal, degenerate semiconductor, or metallic compound. The cross-channel may contain the same material (provided the cross-channel has a smaller cross-section than the two spaced-apart channels) as the probe leads 68, 70. In other embodiments, the material in the cross-channel is different than the material of the probe leads 68, 70.

One exemplary method for forming this particular temperature probe includes forming the two spaced-apart channels and then filling them with the metallic or alloyed conductive material. Next, the cross-channel is formed and then filled with the desired material. The material in the cross-channel overlaps with the conductive material in each of the two spaced-apart channels to form an electrical connection.

For proper operation of the temperature probe 66, the temperature-dependent element 72 of the temperature probe 66 can not be shorted by conductive material formed between the two probe leads 68, 70. In addition, to prevent conduction between the two probe leads 68, 70 by ionic species within the body or sample fluid, a covering may be provided over the temperature-dependent element 72, and preferably over the portion of the probe leads 68, 70 that is implanted in the patient. The covering may be, for example, a non-conducting film disposed over the temperature-dependent element 72 and probe leads 68, 70 to prevent the ionic conduction. Suitable non-conducting films include, for example, Kapton™ polyimide films (DuPont, Wilmington, Del.).

Another method for eliminating or reducing conduction by ionic species in the body or sample fluid is to use an ac voltage source connected to the probe leads 68, 70. In this way, the positive and negative ionic species are alternately attracted and repelled during each half cycle of the ac voltage. This results in no net attraction of the ions in the body or sample fluid to the temperature probe 66. The maximum amplitude of the ac current through the temperature-dependent element 72 may then be used to correct the measurements from the working electrodes 58.

The temperature probe, can be placed on the same substrate as the electrodes. Alternatively, a temperature probe may be placed on a separate substrate. In addition, the temperature probe may be used by itself or in conjunction with other devices.

Another embodiment of a temperature probe utilizes the temperature dependence of the conductivity of a solution (e.g., blood or interstitial fluid). Typically, the conductivity of an electrolyte-containing solution is dependent on the temperature of the solution, assuming that the concentration of electrolytes is relatively constant. Blood, interstitial fluid, and other bodily fluids are solutions with relatively constant levels of electrolytes. Thus, a sensor 42 can include two or more conductive traces (not shown) which are spaced apart by a known distance. A portion of these conductive traces is exposed to the solution and the conductivity between the exposed portions of the conductive traces is measured using known techniques (e.g., application of a constant or known current or potential and measurement of the resulting potential or current, respectively, to determine the conductivity).

A change in conductivity is related to a change in temperature. This relation can be modeled using linear,

US 6,990,366 B2

25

quadratic, exponential, or other relations. The parameters for this relationship typically do not vary significantly between most people. The calibration for the temperature probe can be determined by a variety of methods, including, for example, calibration of each sensor 42 using an independent method of determining temperature (e.g., a thermometer, an optical or electrical temperature detector, or the temperature probe 66, described above) or calibrating one sensor 42 and using that calibration for all other sensors in a batch based on uniformity in geometry.

Biocompatible Layer

An optional film layer 75 is formed over at least that portion of the sensor 42 which is subcutaneously inserted into the patient, as shown in FIG. 9. This optional film layer 74 may serve one or more functions. The film layer 74 prevents the penetration of large biomolecules into the electrodes. This is accomplished by using a film layer 74 having a pore size that is smaller than the biomolecules that are to be excluded. Such biomolecules may foul the electrodes and/or the sensing layer 64 thereby reducing the effectiveness of the sensor 42 and altering the expected signal amplitude for a given analyte concentration. The fouling of the working electrodes 58 may also decrease the effective life of the sensor 42. The biocompatible layer 74 may also prevent protein adhesion to the sensor 42, formation of blood clots, and other undesirable interactions between the sensor 42 and body.

For example, the sensor may be completely or partially coated on its exterior with a biocompatible coating. A preferred biocompatible coating is a hydrogel which contains at least 20 wt. % fluid when in equilibrium with the analyte-containing fluid. Examples of suitable hydrogels are described in U.S. Pat. No. 5,593,852, incorporated herein by reference, and include crosslinked polyethylene oxides, such as polyethylene oxide tetraacrylate.

Interferent-Eliminating Layer

An interferent-eliminating layer (not shown) may be included in the sensor 42. The interferent-eliminating layer may be incorporated in the biocompatible layer 75 or in the mass transport limiting layer 74 (described below) or may be a separate layer. Interferents are molecules or other species that are electroreduced or electrooxidized at the electrode, either directly or via an electron transfer agent, to produce a false signal. In one embodiment, a film or membrane prevents the penetration of one or more interferents into the region around the working electrodes 58. Preferably, this type of interferent-eliminating layer is much less permeable to one or more of the interferents than to the analyte.

The interferent-eliminating layer may include ionic components, such as Nafion®, incorporated into a polymeric matrix to reduce the permeability of the interferent-eliminating layer to ionic interferents having the same charge as the ionic components. For example, negatively charged compounds or compounds that form negative ions may be incorporated in the interferent-eliminating layer to reduce the permeation of negative species in the body or sample fluid.

Another example of an interferent-eliminating layer includes a catalyst for catalyzing a reaction which removes interferents. One example of such a catalyst is a peroxidase. Hydrogen peroxide reacts with interferents, such as acetaminophen, urate, and ascorbate. The hydrogen peroxide may be added to the analyte-containing fluid or may be generated in situ, by, for example, the reaction of glucose or lactate in the presence of glucose oxidase or lactate oxidase, respectively. Examples of interferent eliminating layers include a peroxidase enzyme crosslinked (a) using gluter-

26

aldehyde as a crosslinking agent or (b) oxidation of oligosaccharide groups in the peroxidase glycoenzyme with NaIO₄, followed by coupling of the aldehydes formed to hydrazide groups in a polyacrylamide matrix to form hydrazones are describe in U.S. Pat. Nos. 5,262,305 and 5,356, 786, incorporated herein by reference.

Mass Transport Limiting Layer

A mass transport limiting layer 74 may be included with the sensor to act as a diffusion-limiting barrier to reduce the rate of mass transport of the analyte, for example, glucose or lactate, into the region around the working electrodes 58. By limiting the diffusion of the analyte, the steady state concentration of the analyte in the proximity of the working electrode 58 (which is proportional to the concentration of the analyte in the body or sample fluid) can be reduced. This extends the upper range of analyte concentrations that can still be accurately measured and may also expand the range in which the current increases approximately linearly with the level of the analyte.

It is preferred that the permeability of the analyte through the film layer 74 vary little or not at all with temperature, so as to reduce or eliminate the variation of current with temperature. For this reason, it is preferred that in the biologically relevant temperature range from about 25° C. to about 45° C., and most importantly from 30° C. to 40° C., neither the size of the pores in the film nor its hydration or swelling change excessively. Preferably, the mass transport limiting layer is made using a film that absorbs less than 5 wt. % of fluid over 24 hours. This may reduce or obviate any need for a temperature probe. For implantable sensors, it is preferable that the mass transport limiting layer is made using a film that absorbs less than 5 wt. % of fluid over 24 hours at 37° C.

Particularly useful materials for the film layer 74 are membranes that do not swell in the analyte-containing fluid that the sensor tests. Suitable membranes include 3 to 20,000 nm diameter pores. Membranes having 5 to 500 nm diameter pores with well-defined, uniform pore sizes and high aspect ratios are preferred. In one embodiment, the aspect ratio of the pores is preferably two or greater and more preferably five or greater.

Well-defined and uniform pores can be made by track etching a polymeric membrane using accelerated electrons, ions, or particles emitted by radioactive nuclei. Most preferred are anisotropic, polymeric, track etched membranes that expand less in the direction perpendicular to the pores than in the direction of the pores when heated. Suitable polymeric membranes included polycarbonate membranes from Poretics (Livermore, Calif., catalog number 19401, 0.01 μm pore size polycarbonate membrane) and Corning Costar Corp. (Cambridge, Mass., Nucleopore™ brand membranes with 0.015 μm pore size). Other polyolefin and polyester films may be used. It is preferred that the permeability of the mass transport limiting membrane changes no more than 4%, preferably, no more than 3%, and, more preferably, no more than 2%, per ° C. in the range from 30° C. to 40° C. when the membranes resides in the subcutaneous interstitial fluid.

In some embodiments of the invention, the mass transport limiting layer 74 may also limit the flow of oxygen into the sensor 42. This can improve the stability of sensors 42 that are used in situations where variation in the partial pressure of oxygen causes non-linearity in sensor response. In these embodiments, the mass transport limiting layer 74 restricts oxygen transport by at least 40%, preferably at least 60%, and more preferably at least 80%, than the membrane restricts transport of the analyte. For a given type of



FIG. 28E

EXHIBIT C
(PART 2 OF 2)

US 6,990,366 B2

27

polymer, films having a greater density (e.g., a density closer to that of the crystalline polymer) are preferred. Polyesters, such as polyethylene terephthalate, are typically less permeable to oxygen and are, therefore, preferred over polycarbonate membranes.

Anticlotting Agent

An implantable sensor may also, optionally, have an anticlotting agent disposed on a portion the substrate which is implanted into a patient. This anticlotting agent may reduce or eliminate the clotting of blood or other body fluid around the sensor, particularly after insertion of the sensor. Blood clots may foul the sensor or irreproducibly reduce the amount of analyte which diffuses into the sensor. Examples of useful anticlotting agents include heparin and tissue plasminogen activator (TPA), as well as other known anti-clotting agents.

The anticlotting agent may be applied to at least a portion of that part of the sensor **42** that is to be implanted. The anticlotting agent may be applied, for example, by bath, spraying, brushing, or dipping. The anticlotting agent is allowed to dry on the sensor **42**. The anticlotting agent may be immobilized on the surface of the sensor or it may be allowed to diff-use away from the sensor surface. Typically, the quantities of anticlotting agent disposed on the sensor are far below the amounts typically used for treatment of medical conditions involving blood clots and, therefore, have only a limited, localized effect.

Sensor Lifetime

The sensor **42** may be designed to be a replaceable component in an in vivo analyte monitor, and particularly in an implantable analyte monitor. Typically, the sensor **42** is capable of operation over a period of days. Preferably, the period of operation is at least one day, more preferably at least three days, and most preferably at least one week. The sensor **42** can then be removed and replaced with a new sensor. The lifetime of the sensor **42** may be reduced by the fouling of the electrodes or by the leaching of the electron transfer agent or catalyst. These limitations on the longevity of the sensor **42** can be overcome by the use of a biocompatible layer **75** or non-leachable electron transfer agent and catalyst, respectively, as described above.

Another primary limitation on the lifetime of the sensor **42** is the temperature stability of the catalyst. Many catalysts are enzymes, which are very sensitive to the ambient temperature and may degrade at temperatures of the patient's body (e.g., approximately 37° C. for the human body). Thus, robust enzymes should be used where available. The sensor **42** should be replaced when a sufficient amount of the enzyme has been deactivated to introduce an unacceptable amount of error in the measurements.

Insertion Device

An insertion device **120** can be used to subcutaneously insert the sensor **42** into the patient, as illustrated in FIG. **12**. The insertion device **120** is typically formed using structurally rigid materials, such as metal or rigid plastic. Preferred materials include stainless steel and ABS (acrylonitrile-butadiene-styrene) plastic. In some embodiments, the insertion device **120** is pointed and/or sharp at the tip **121** to facilitate penetration of the skin of the patient. A sharp, thin insertion device may reduce pain felt by the patient upon insertion of the sensor **42**. In other embodiments, the tip **121** of the insertion device **120** has other shapes, including a blunt or flat shape. These embodiments may be particularly useful when the insertion device **120** does not penetrate the skin but rather serves as a structural support for the sensor **42** as the sensor **42** is pushed into the skin.

The insertion device **120** may have a variety of cross-sectional shapes, as shown in FIGS. **13**A, **13**B, and **13**C. The

28

insertion device **120** illustrated in FIG. **13**A is a flat, planar, pointed strip of rigid material which may be attached or otherwise coupled to the sensor **42** to ease insertion of the sensor **42** into the skin of the patient, as well as to provide structural support to the sensor **42** during insertion. The insertion devices **120** of FIGS. **13**B and **13**C are U- or V-shaped implements that support the sensor **42** to limit the amount that the sensor **42** may bend or bow during insertion. The cross-sectional width **124** of the insertion devices **120** illustrated in FIGS. **13**B and **13**C is typically 1 mm or less, preferably 700 μm or less, more preferably 500 μm or less, and most preferably 300 μm or less. The cross-sectional height **126** of the insertion device **120** illustrated in FIGS. **13**B and **13**C is typically about 1 mm or less, preferably about 700 μm or less, and more preferably about 500 μm or less.

The sensor **42** itself may include optional features to facilitate insertion. For example, the sensor **42** may be pointed at the tip **123** to ease insertion, as illustrated in FIG. **12**. In addition, the sensor **42** may include a barb **125** which helps retain the sensor **42** in the subcutaneous tissue of the patient. The barb **125** may also assist in anchoring the sensor **42** within the subcutaneous tissue of the patient during operation of the sensor **42**. However, the barb **125** is typically small enough that little damage is caused to the subcutaneous tissue when the sensor **42** is removed for replacement. The sensor **42** may also include a notch **127** that can be used in cooperation with a corresponding structure (not shown) in the insertion device to apply pressure against the sensor **42** during insertion, but disengage as the insertion device **120** is removed. One example of such a structure in the insertion device is a rod (not shown) between two opposing sides of an insertion device **120** and at an appropriate height of the insertion device **120**.

In operation, the sensor **42** is placed within or next to the insertion device **120** and then a force is provided against the insertion device **120** and/or sensor **42** to carry the sensor **42** into the skin of the patient. In one embodiment, the force is applied to the sensor **42** to push the sensor into the skin, while the insertion device **120** remains stationary and provides structural support to the sensor **42**. Alternatively, the force is applied to the insertion device **120** and optionally to the sensor **42** to push a portion of both the sensor **42** and the insertion device **120** through the skin of the patient and into the subcutaneous tissue. The insertion device **120** is optionally pulled out of the skin and subcutaneous tissue with the sensor **42** remaining in the subcutaneous tissue due to frictional forces between the sensor **42** and the patient's tissue. If the sensor **42** includes the optional barb **125**, then this structure may also facilitate the retention of the sensor **42** within the interstitial tissue as the barb catches in the tissue.

The force applied to the insertion device **120** and/or the sensor **42** may be applied manually or mechanically. Preferably, the sensor **42** is reproducibly inserted through the skin of the patient. In one embodiment, an insertion gun is used to insert the sensor. One example of an insertion gun **200** for inserting a sensor **42** is shown in FIG. **26**. The insertion gun **200** includes a housing **202** and a carrier **204**. The insertion device **120** is typically mounted on the carrier **204** and the sensor **42** is pre-loaded into the insertion device **120**. The carrier **204** drives the sensor **42** and, optionally, the insertion device **120** into the skin of the patient using, for example, a cocked or wound spring, a burst of compressed gas, an electromagnet repelled by a second magnet, or the like, within the insertion gun **200**. In some instances, for example, when using a spring, the carrier **204** and insertion

US 6,990,366 B2

29

device may be moved, cocked, or otherwise prepared to be directed towards the skin of the patient.

After the sensor **42** is inserted, the insertion gun **200** may contain a mechanism which pulls the insertion device **120** out of the skin of the patient. Such a mechanism may use a spring, electromagnet, or the like to remove the insertion device **120**.

The insertion gun may be reusable. The insertion device **120** is often disposable to avoid the possibility of contamination. Alternatively, the insertion device **120** may be sterilized and reused. In addition, the insertion device **120** and/or the sensor **42** may be coated with an anticlotting agent to prevent fouling of the sensor **42**.

In one embodiment, the sensor **42** is injected between 2 to 12 mm into the interstitial tissue of the patient for subcutaneous implantation. Preferably, the sensor is injected 3 to 9 mm, and more preferably 5 to 7 mm, into the interstitial tissue. Other embodiments of the invention, may include sensors implanted in other portions of the patient, including, for example, in an artery, vein, or organ. The depth of implantation varies depending on the desired implantation target.

Although the sensor **42** may be inserted anywhere in the body, it is often desirable that the insertion site be positioned so that the on-skin sensor control unit **44** can be concealed. In addition, it is often desirable that the insertion site be at a place on the body with a low density of nerve endings to reduce the pain to the patient. Examples of preferred sites for insertion of the sensor **42** and positioning of the on-skin sensor control unit **44** include the abdomen, thigh, leg, upper arm, and shoulder.

An insertion angle is measured from the plane of the skin (i.e., inserting the sensor perpendicular to the skin would be a 90° insertion angle). Insertion angles usually range from 10 to 90°, typically from 15 to 60°, and often from 30 to 45°.

On-Skin Sensor Control Unit

The on-skin sensor control unit **44** is configured to be placed on the skin of a patient. The on-skin sensor control unit **44** is optionally formed in a shape that is comfortable to the patient and which may permit concealment, for example, under a patient's clothing. The thigh, leg, upper arm, shoulder, or abdomen are convenient parts of the patient's body for placement of the on-skin sensor control unit **44** to maintain concealment. However, the on-skin sensor control unit **44** may be positioned on other portions of the patient's body. One embodiment of the on-skin sensor control unit **44** has a thin, oval shape to enhance concealment, as illustrated in FIGS. **14–16**. However, other shapes and sizes may be used.

The particular profile, as well as the height, width, length, weight, and volume of the on-skin sensor control unit **44** may vary and depends, at least in part, on the components and associated functions included in the on-skin sensor control unit **44**, as discussed below. For example, in some embodiments, the on-skin sensor control unit **44** has a height of 1.3 cm or less, and preferably 0.7 cm or less. In some embodiments, the on-skin sensor control unit **44** has a weight of 90 grams or less, preferably 45 grams or less, and more preferably 25 grams or less. In some embodiments, the on-skin sensor control unit **44** has a volume of about 15 cm³ or less, preferably about 10 cm³ or less, more preferably about 5 cm³ or less, and most preferably about 2.5 cm³ or less.

The on-skin sensor control unit **44** includes a housing **45**, as illustrated in FIGS. **14–16**. The housing **45** is typically formed as a single integral unit that rests on the skin of the patient. The housing **45** typically contains most or all of the

30

electronic components, described below, of the on-skin sensor control unit **44**. The on-skin sensor control unit **44** usually includes no additional cables or wires to other electronic components or other devices. If the housing includes two or more parts, then those parts typically fit together to form a single integral unit.

The housing **45** of the on-skin sensor control unit **44**, illustrated in FIGS. **14–16**, may be formed using a variety of materials, including, for example, plastic and polymeric materials, particularly rigid thermoplastics and engineering thermoplastics. Suitable materials include, for example, polyvinyl chloride, polyethylene, polypropylene, polystyrene, ABS polymers, and copolymers thereof. The housing **45** of the on-skin sensor control unit **44** may be formed using a variety of techniques including, for example, injection molding, compression molding, casting, and other molding methods. Hollow or recessed regions may be formed in the housing **45** of the on-skin sensor control unit **44**. The electronic components of the on-skin sensor control unit **44**, described below, and/or other items, such as a battery or a speaker for an audible alarm, may be placed in the hollow or recessed areas.

In some embodiments, conductive contacts **80** are provided on the exterior of the housing **45**. In other embodiments, the conductive contacts **80** are provided on the interior of the housing **45**, for example, within a hollow or recessed region.

In some embodiments, the electronic components and/or other items are incorporated into the housing **45** of the on-skin sensor control unit **44** as the plastic or polymeric material is molded or otherwise formed. In other embodiments, the electronic components and/or other items are incorporated into the housing **45** as the molded material is cooling or after the molded material has been reheated to make it pliable. Alternatively, the electronic components and/or other items may be secured to the housing **45** using fasteners, such as screws, nuts and bolts, nails, staples, rivets, and the like or adhesives, such as contact adhesives, pressure sensitive adhesives, glues, epoxies, adhesive resins, and the like. In some cases, the electronic components and/or other items are not affixed to the housing **45** at all.

In some embodiments, the housing **45** of the on-skin sensor control unit **44** is a single piece. The conductive contacts **80** may be formed on the exterior of the housing **45** or on the interior of the housing **45** provided there is a port **78** in the housing **45** through which the sensor **42** can be directed to access the conductive contacts **80**.

In other embodiments, the housing **45** of the on-skin sensor control unit **44** is formed in at least two separate portions that fit together to form the housing **45**, for example, a base **74** and a cover **76**, as illustrated in FIGS. **14–16**. The two or more portions of the housing **45** may be entirely separate from each other. Alternatively, at least some of the two or more portions of the housing **45** may be connected together, for example, by a hinge, to facilitate the coupling of the portions to form the housing **45** of the on-skin sensor control unit **44**.

These two or more separate portions of the housing **45** of the on-skin sensor control unit **44** may have complementary, interlocking structures, such as, for example, interlocking ridges or a ridge on one component and a complementary groove on another component, so that the two or more separate components may be easily and/or firmly coupled together. This may be useful, particularly if the components are taken apart and fit together occasionally, for example, when a battery or sensor **42** is replaced. However, other fasteners may also be used to couple the two or more

US 6,990,366 B2

31

components together, including, for example, screws, nuts and bolts, nails, staples, rivets, or the like. In addition, adhesives, both permanent or temporary, may be used including, for example, contact adhesives, pressure sensitive adhesives, glues, epoxies, adhesive resins, and the like.

Typically, the housing 45 is at least water resistant to prevent the flow of fluids into contact with the components in the housing, including, for example, the conductive contacts 80. Preferably, the housing is waterproof. In one embodiment, two or more components of the housing 45, for example, the base 74 and the cover 76, fit together tightly to form a hermetic, waterproof, or water resistant seal so that fluids can not flow into the interior of the on-skin sensor control unit 44. This may be useful to avoid corrosion currents and/or degradation of items within the on-skin sensor control unit 44, such as the conductive contacts, the battery, or the electronic components, particularly when the patient engages in such activities as showering, bathing, or swimming.

Water resistant, as used herein, means that there is no penetration of water through a water resistant seal or housing when immersed in water at a depth of one meter at sea level. Waterproof, as used herein, means that there is no penetration of water through the waterproof seal or housing when immersed in water at a depth of ten meters, and preferably fifty meters, at sea level. It is often desirable that the electronic circuitry, power supply (e.g., battery), and conductive contacts of the on-skin sensor control unit, as well as the contact pads of the sensor, are contained in a water resistant, and preferably, a waterproof, environment.

In addition to the portions of the housing 45, such as the base 74 and cover 76, there may be other individually-formed pieces of the on-skin sensor control unit 44, which may be assembled during or after manufacture. One example of an individually-formed piece is a cover for electronic components that fits a recess in the base 74 or cover 76. Another example is a cover for a battery provided in the base 74 or cover 76. These individually-formed pieces of the on-skin sensor control unit 44 may be permanently affixed, such as, for example, a cover for electronic components, or removably affixed, such as, for example, a removable cover for a battery, to the base 74, cover 76, or other component of the on-skin sensor control unit 44. Methods for affixing these individually-formed pieces include the use of fasteners, such as screws, nuts and bolts, staples, nails, rivets, and the like, frictional fasteners, such as tongue and groove structures, and adhesives, such as contact adhesives, pressure sensitive adhesives, glues, epoxies, adhesive resins, and the like.

One embodiment of the on-skin sensor control unit 44 is a disposable unit complete with a battery for operating the unit. There are no portions of the unit that the patient needs to open or remove, thereby reducing the size of the unit and simplifying its construction. The on-skin sensor control unit 44 optionally remains in a sleep mode prior to use to conserve the battery's power. The on-skin sensor control unit 44 detects that it is being used and activates itself. Detection of use may be through a number of mechanisms. These include, for example, detection of a change in resistance across the electrical contacts, actuation of a switch upon mating the on-skin sensor control unit 44 with a mounting unit 77 (see FIGS. 27A and 28A). The on-skin sensor control unit 44 is activated when it no longer operates within threshold limits, for example, if the battery or other power source does not generate sufficient power. Often this embodiment of the on-skin sensor control unit 44 has conductive contacts 80 on the exterior of the housing 45.

32

Once the sensor 42 is implanted in the patient, the sensor control unit 44 is placed over the sensor 42 with the conductive contacts 80 in contact with the contact pads 49 of the sensor 42.

The on-skin sensor control unit 44 is typically attached to the skin 75 of the patient, as illustrated in FIG. 17. The on-skin sensor control unit 44 may be attached by a variety of techniques including, for example, by adhering the on-skin sensor control unit 44 directly to the skin 75 of the patient with an adhesive provided on at least a portion of the housing 45 of the on-skin sensor control unit 44 which contacts the skin 75 or by suturing the on-skin sensor control unit 44 to the skin 75 through suture openings (not shown) in the sensor control unit 44.

Another method of attaching the housing 45 of the on-skin sensor control unit 44 to the skin 75 includes using a mounting unit, 77. The mounting unit 77 is often a part of the on-skin sensor control unit 44. One example of a suitable mounting unit 77 is a double-sided adhesive strip, one side of which is adhered to a surface of the skin of the patient and the other side is adhered to the on-skin sensor control unit 44. In this embodiment, the mounting unit 77 may have an optional opening 79 which is large enough to allow insertion of the sensor 42 through the opening 79. Alternatively, the sensor may be inserted through a thin adhesive and into the skin.

A variety of adhesives may be used to adhere the on-skin sensor control unit 44 to the skin 75 of the patient, either directly or using the mounting unit 77, including, for example, pressure sensitive adhesives (PSA) or contact adhesives. Preferably, an adhesive is chosen which is not irritating to all or a majority of patients for at least the period of time that a particular sensor 42 is implanted in the patient. Alternatively, a second adhesive or other skin-protecting compound may be included with the mounting unit so that a patient, whose skin is irritated by the adhesive on the mounting unit 77, can cover his skin with the second adhesive or other skin-protecting compound and then place the mounting unit 77 over the second adhesive or other skin-protecting compound. This should substantially prevent the irritation of the skin of the patient because the adhesive on the mounting unit 77 is no longer in contact with the skin, but is instead in contact with the second adhesive or other skin-protecting compound.

When the sensor 42 is changed, the on-skin sensor control unit 44 may be moved to a different position on the skin 75 of the patient, for example, to avoid excessive irritation. Alternatively, the on-skin sensor control unit 44 may remain at the same place on the skin of the patient until it is determined that the unit 44 should be moved.

Another embodiment of a mounting unit 77 used in an on-skin sensor control unit 44 is illustrated in FIGS. 27A and 27B. The mounting unit 77 and a housing 45 of an on-skin sensor control unit 44 are mounted together in, for example, an interlocking manner, as shown in FIG. 27A. The mounting unit 77 is formed, for example, using plastic or polymer materials, including, for example, polyvinyl chloride, polyethylene, polypropylene, polystyrene, ABS polymers, and copolymers thereof. The mounting unit 77 may be formed using a variety of techniques including, for example, injection molding, compression molding, casting, and other molding methods.

The mounting unit 77 typically includes an adhesive on a bottom surface of the mounting unit 77 to adhere to the skin of the patient or the mounting unit 77 is used in conjunction with, for example, double-sided adhesive tape or the like. The mounting unit 77 typically includes an opening 79

US 6,990,366 B2

33

through which the sensor **42** is inserted, as shown in FIG. 27B. The mounting unit **77** may also include a support structure **220** for holding the sensor **42** in place and against the conductive contacts **80** on the on-skin sensor control unit **42**. The mounting unit **77**, also, optionally, includes a positioning structure **222**, such as an extension of material from the mounting unit **77**, that corresponds to a structure (not shown), such as an opening, on the sensor **42** to facilitate proper positioning of the sensor **42**, for example, by aligning the two complementary structures.

In another embodiment, a coupled mounting unit **77** and housing **45** of an on-skin sensor control unit **44** is provided on an adhesive patch **204** with an optional cover **206** to protect and/or confine the housing **45** of the on-skin sensor control unit **44**, as illustrated in FIG. 28A. The optional cover may contain an adhesive or other mechanism for attachment to the housing **45** and/or mounting unit **77**. The mounting unit **77** typically includes an opening **49** through which a sensor **42** is disposed, as shown in FIG. 28B. The opening **49** may optionally be configured to allow insertion of the sensor **42** through the opening **49** using an insertion device **120** or insertion gun **200** (see FIG. 26). The housing **45** of the on-skin sensor control unit **44** has a base **74** and a cover **76**, as illustrated in FIG. 28C. A bottom view of the housing **45**, as shown in FIG. 28D, illustrates ports **230** through which conductive contacts (not shown) extend to connect with contact pads on the sensor **42**. A board **232** for attachment of circuit components may optionally be provided within the on-skin sensor control unit **44**, as illustrated in FIG. 28E.

In some embodiments, the adhesive on the on-skin sensor control unit **44** and/or on any of the embodiments of the mounting unit **77** is water resistant or waterproof to permit activities such as showering and/or bathing while maintaining adherence of the on-skin sensor control unit **44** to the skin **75** of the patient and, at least in some embodiments, preventing water from penetrating into the sensor control unit **44**. The use of a water resistant or waterproof adhesive combined with a water resistant or waterproof housing **45** protects the components in the sensor control unit **44** and the contact between the conductive contacts **80** and the sensor **42** from damage or corrosion. An example of a non-irritating adhesive that repels water is Tegaderm (3M, St. Paul, Minn.).

In one embodiment, the on-skin sensor control unit **44** includes a sensor port **78** through which the sensor **42** enters the subcutaneous tissue of the patient, as shown in FIGS. 14 to 16. The sensor **42** may be inserted into the subcutaneous tissue of the patient through the sensor port **78**. The on-skin sensor control unit **44** may then be placed on the skin of the patient with the sensor **42** being threaded through the sensor port **78**. If the housing **45** of the sensor **42** has, for example, a base **74** and a cover **76**, then the cover **76** may be removed to allow the patient to guide the sensor **42** into the proper position for contact with the conductive contacts **80**.

Alternatively, if the conductive contacts **80** are within the housing **45** the patient may slide the sensor **42** into the housing **45** until contact is made between the contact pads **49** and the conductive contacts **80**. The sensor control unit **44** may have a structure which obstructs the sliding of the sensor **42** further into the housing once the sensor **42** is properly positioned with the contact pads **49** in contact with the conductive contacts **80**.

In other embodiments, the conductive contacts **80** are on the exterior of the housing **45** (see e.g., FIGS. 27A–27B and 28A–28E). In these embodiments, the patient guides the contacts pads **49** of the sensor **42** into contact with the

34

conductive contacts **80**. In some cases, a guiding structure may be provided on the housing **45** which guides the sensor **42** into the proper position. An example of such a structure includes a set of guiding rails extending from the housing **45** and having the shape of the sensor **42**.

In some embodiments, when the sensor **42** is inserted using an insertion device **120** (see FIG. 12), the tip of the insertion device **120** or optional insertion gun **200** (see FIG. 26) is positioned against the skin or the mounting unit **77** at the desired insertion point. In some embodiments, the insertion device **120** is positioned on the skin without any guide. In other embodiments, the insertion device **120** or insertion gun **200** is positioned using guides (not shown) in the mounting unit **77** or other portion of the on-skin sensor control unit **44**. In some embodiments, the guides, opening **79** in the mounting unit **77** and/or sensor port **78** in the housing **45** of the on-skin sensor control unit **44** have a shape which is complementary to the shape of the tip of the insertion device **120** and/or insertion gun **200** to limit the orientation of the insertion device **120** and/or insertion gun **200** relative to the opening **79** and/or sensor port **78**. The sensor can then be subcutaneously inserted into the patient by matching the complementary shape of the opening **79** or sensor port **78** with the insertion device **120** and/or insertion gun **200**.

In some embodiments, the shapes of a) the guides, opening **79**, or sensor port **78**, and (b) the insertion device **120** or insertion gun **200** are configured such that the two shapes can only be matched in a single orientation. This aids in inserting the sensor **42** in the same orientation each time a new sensor is inserted into the patient. This uniformity in insertion orientation may be required in some embodiments to ensure that the contact pads **49** on the sensor **42** are correctly aligned with appropriate conductive contacts **80** on the on-skin sensor control unit **44**. In addition, the use of the insertion gun, as described above, may ensure that the sensor **42** is inserted at a uniform, reproducible depth.

The sensor **42** and the electronic components within the on-skin sensor control unit **44** are coupled via conductive contacts **80**, as shown in FIGS. 14–16. The one or more working electrodes **58**, counter electrode **60** (or counter/reference electrode), optional reference electrode **62**, and optional temperature probe **66** are attached to individual conductive contacts **80**. In the illustrated embodiment of FIGS. 14–16, the conductive contacts **80** are provided on the interior of the on-skin sensor control unit **44**. Other embodiments of the on-skin sensor control unit **44** have the conductive contacts disposed on the exterior of the housing **45**. The placement of the conductive contacts **80** is such that they are in contact with the contact pads **49** on the sensor **42** when the sensor **42** is properly positioned within the on-skin sensor control unit **44**.

In the illustrated embodiment of FIGS. 14–16, the base **74** and cover **76** of the on-skin sensor control unit **44** are formed such that, when the sensor **42** is within the on-skin sensor control unit **44** and the base **74** and cover **76** are fitted together, the sensor **42** is bent. In this manner, the contact pads **49** on the sensor **42** are brought into contact with the conductive contacts **80** of the on-skin sensor control unit **44**. The on-skin sensor control unit **44** may optionally contain a support structure **82** to hold, support, and/or guide the sensor **42** into the correct position.

Non-limiting examples of suitable conductive contacts **80** are illustrated in FIGS. 19A–19D. In one embodiment, the conductive contacts **80** are pins **84** or the like, as illustrated in FIG. 19A, which are brought into contact with the contact pads **49** on the sensor **42** when the components of the

US 6,990,366 B2

35

on-skin sensor control unit 44, for example, the base 74 and cover 76, are fitted together. A support 82 may be provided under the sensor 42 to promote adequate contact between the contact pads 49 on the sensor 42 and the pins 84. The pins are typically made using a conductive material, such as a metal or alloy, for example, copper, stainless steel, or silver. Each pin has a distal end that extends from the on-skin sensor control unit 44 for contacting the contact pads 49 on the sensor 42. Each pin 84 also has a proximal end that is coupled to a wire or other conductive strip that is, in turn, coupled to the rest of the electronic components (e.g., the voltage source 95 and measurement circuit 96 of FIGS. 18A and 18B) within the on-skin sensor control unit 44. Alternatively, the pins 84 may be coupled directly to the rest of the electronics.

In another embodiment, the conductive contacts 80 are formed as a series of conducting regions 88 with interspersed insulating regions 90, as illustrated in FIG. 19B. The conducting regions 88 may be as large or larger than the contact pads 49 on the sensor 42 to alleviate registration concerns. However, the insulating-regions 90 should have sufficient width so that a single conductive region 88 does not overlap with two contact pads 49 as determined based on the expected variation in the position of the sensor 42 and contact pads 49 with respect to the conductive contacts 80. The conducting regions 88 are formed using materials such as metals, alloys, or conductive carbon. The insulating regions 90 may be formed using known insulating materials including, for example, insulating plastic or polymer materials.

In a further embodiment, a unidirectional conducting adhesive 92 may be used between the contact pads 49 on the sensor 42 and conductive contacts 80 implanted or otherwise formed in the on-skin sensor control unit 44, as shown in FIG. 19C.

In yet another embodiment, the conductive contacts 80 are conductive members 94 that extend from a surface of the on-skin sensor control unit 44 to contact the contact pads 49, as shown in FIG. 19D. A variety of different shapes may be used for these members, however, they should be electrically insulated from each other. The conductive members 94 may be made using metal, alloy, conductive carbon, or conducting plastics and polymers.

Any of the exemplary conductive contacts 80 described above may extend from either the upper surface of the interior of the on-skin sensor control unit 44, as illustrated in FIGS. 19A–19C, or from the lower surface of the interior of the on-skin sensor control unit 44, as illustrated in FIG. 19D, or from both the upper and lower surfaces of the interior of the on-skin sensor control unit 44, particularly when the sensor 42 has contact pads 49 on both sides of the sensor.

Conductive contacts 80 on the exterior of the housing 45 may also have a variety of shapes as indicated in FIGS. 19E and 19F. For example, the conductive contacts 80 may be embedded in (FIG. 19E) or extending out of (FIG. 19F) the housing 45.

The conductive contacts 80 are preferably made using a material which will not corrode due to contact with the contact pads 49 of the sensor 42. Corrosion may occur when two different metals are brought in contact. Thus, if the contact pads 49 are formed using carbon then the preferred conductive contacts 80 may be made using any material, including metals or alloys. However, if any of the contact pads 49 are made with a metal or alloy then the preferred conductive contacts 80 for coupling with the metallic contact pads are made using a non-metallic conductive material,

36

such as conductive carbon or a conductive polymer, or the conductive contacts 80 and the contact pads 49 are separated by a non-metallic material, such as a unidirectional conductive adhesive.

In one embodiment, electrical contacts are eliminated between the sensor 42 and the on-skin sensor control unit 44. Power is transmitted to the sensor via inductive coupling, using, for example, closely space antennas (e.g., facing coils) (not shown) on the sensor and the on-skin sensor control unit. Changes in the electrical characteristics of the sensor control unit 44 (e.g., current) induce a changing magnetic field in the proximity of the antenna. The changing magnetic field induces a current in the antenna of the sensor. The close proximity of the sensor and on-skin sensor control unit results in reasonably efficient power transmission. The induced current in the sensor may be used to power potentiostats, operational amplifiers, capacitors, integrated circuits, transmitters, and other electronic components built into the sensor structure. Data is transmitted back to the sensor control unit, using, for example, inductive coupling via the same or different antennas and/or transmission of the signal via a transmitter on the sensor. The use of inductive coupling can eliminate electrical contacts between the sensor and the on-skin sensor control unit. Such contacts are commonly a source of noise and failure. Moreover, the sensor control unit may then be entirely sealed which may increase the waterproofing of the on-skin sensor control unit.

An exemplary on-skin sensor control unit 44 can be prepared and used in the following manner. A mounting unit 77 having adhesive on the bottom is applied to the skin. An insertion gun 200 (see FIG. 26) carrying the sensor 42 and the insertion device 120 is positioned against the mounting unit 77. The insertion gun 200 and mounting unit 77 are optionally designed such that there is only one position in which the two properly mate. The insertion gun 200 is activated and a portion of the sensor 42 and optionally a portion of the insertion device 120 are driven through the skin into, for example, the subcutaneous tissue. The insertion gun 200 withdraws the insertion device 200, leaving the portion of the sensor 42 inserted through the skin. The housing 45 of the on-skin control unit 44 is then coupled to the mounting unit 77. Optionally, the housing 45 and the mounting unit 77 are formed such that there is only one position in which the two properly mate. The mating of the housing 45 and the mounting unit 77 establishes contact between the contact pads 49 (see e.g., FIG. 2) on the sensor 42 and the conductive contacts 80 on the on-skin sensor control unit 44. Optionally, this action activates the on-skin sensor control unit 44 to begin operation.

On-Skin Control Unit Electronics

The on-skin sensor control unit 44 also typically includes at least a portion of the electronic components that operate the sensor 42 and the analyte monitoring device system 40. One embodiment of the electronics in the on-skin control unit 44 is illustrated as a block diagram in FIG. 18A. The electronic components of the on-skin sensor control unit 44 typically include a power supply 95 for operating the on-skin control unit 44 and the sensor 42, a sensor circuit 97 for obtaining signals from and operating the sensor 42, a measurement circuit 96 that converts sensor signals to a desired format, and a processing circuit 109 that, at minimum, obtains signals from the sensor circuit 97 and/or measurement circuit 96 and provides the signals to an optional transmitter 98. In some embodiments, the processing circuit 109 may also partially or completely evaluate the signals from the sensor 42 and convey the resulting data to the optional transmitter 98 and/or activate an optional alarm

37

system **94** (see FIG. **18**B) if the analyte level exceeds a threshold. The processing circuit **109** often includes digital logic circuitry.

The on-skin sensor control unit **44** may optionally contain a transmitter **98** for transmitting the sensor signals or processed data from the processing circuit **109** to a receiver/display unit **46**, **48**; a data storage unit **102** for temporarily or permanently storing data from the processing circuit **109**; a temperature probe circuit **99** for receiving signals from and operating a temperature probe **66**; a reference voltage generator **101** for providing a reference voltage for comparison with sensor-generated signals; and/or a watchdog circuit **103** that monitors the operation of the electronic components in the on-skin sensor control unit **44**.

Moreover, the sensor control unit **44** often includes digital and/or analog components utilizing semiconductor devices, such as transistors. To operate these semiconductor devices, the on-skin control unit **44** may include other components including, for example, a bias control generator **105** to correctly bias analog and digital semiconductor devices, an oscillator **107** to provide a clock signal, and a digital logic and timing component **109** to provide timing signals and logic operations for the digital components of the circuit.

As an example of the operation of these components, the sensor circuit **97** and the optional temperature probe circuit **99** provide raw signals from the sensor **42** to the measurement circuit **96**. The measurement circuit **96** converts the raw signals to a desired format, using for example, a current-to-voltage converter, current-to-frequency converter, and/or a binary counter or other indicator that produces a signal proportional to the absolute value of the raw signal. This may be used, for example, to convert the raw signal to a format that can be used by digital logic circuits. The processing circuit **109** may then, optionally, evaluate the data and provide commands to operate the electronics.

FIG. **18**B illustrates a block diagram of another exemplary on-skin control unit **44** that also includes optional components such as a receiver **99** to receive, for example, calibration data; a calibration storage unit **100** to hold, for example, factory-set calibration data, calibration data obtained via the receiver **99** and/or operational signals received, for example, from a receiver/display unit **46**, **48** or other external device; an alarm system **104** for warning the patient; and a deactivation switch **111** to turn off the alarm system.

Functions of the analyte monitoring system **40** and the sensor control unit **44** may be implemented using either software routines, hardware components, or combinations thereof. The hardware components may be implemented using a variety of technologies, including, for example, integrated circuits or discrete electronic components. The use of integrated circuits typically reduces the size of the electronics, which in turn may result in a smaller on-skin sensor control unit **44**.

The electronics in the oil-skin sensor control unit **44** and the sensor **42** are operated using a power supply **95**. One example of a suitable power supply **95** is a battery, for example, a thin circular battery, such as those used in many watches, hearing aids, and other small electronic devices. Preferably, the battery has a lifetime of at least 30 days, more preferably, a lifetime of at least three months, and most preferably, a lifetime of at least one year. The battery is often one of the largest components in the on-skin control unit **44**, so it is often desirable to minimize the size of the battery. For example, a preferred battery's thickness is 0.5 mm or less, preferably 0.35 mm or less, and most preferably 0.2 mm or

38

less. Although multiple batteries may be used, it is typically preferred to use only one battery.

The sensor circuit **97** is coupled via the conductive contacts **80** of the sensor control unit **44** to one or more sensors **42**, **42**'. Each of the sensors represents, at minimum, a working electrode **58**, a counter electrode **60** (or counter/reference electrode), and an optional reference electrode **62**. When two or more sensors **42**, **42**' are used, the sensors typically have individual working electrodes **58**, but may share a counter electrode **60**, counter/reference electrode, and/or reference electrode **52**.

The sensor circuit **97** receives signals from and operates the sensor **42** or sensors **42**, **42**'. The sensor circuit **97** may obtain signals from the sensor **42** using amperometric, coulometric, potentiometric, voltammetric, and/or other electrochemical techniques. The sensor circuit **97** is exemplified herein as obtaining amperometric signals from the sensor **42**, however, it will be understood that the sensor circuit can be appropriately configured for obtaining signals using other electrochemical techniques. To obtain amperometric measurements, the sensor circuit **97** typically includes a potentiostat that provides a constant potential to the sensor **42**. In other embodiments, the sensor circuit **97** includes an amperostat that supplies a constant current to the sensor **42** and can be used to obtain coulometric or potentiometric measurements.

The signal from the sensor **42** generally has at least one characteristic, such as, for example, current, voltage, or frequency, which varies with the concentration of the analyte. For example, if the sensor circuit **97** operates using amperometry, then the signal current varies with analyte concentration. The measurement circuit **96** may include circuitry which converts the information-carrying portion of the signal from one characteristic to another. For example, the measurement circuit **96** may include a current-to-voltage or current-to-frequency converter. The purpose of this conversion may be to provide a signal that is, for example, more easily transmitted, readable by digital circuits, and/or less susceptible to noise contributions.

One example of a standard current-to-voltage converter is provided in FIG. **20**A. In this converter, the signal from the sensor **42** is provided at one input terminal **134** of an operational amplifier **130** ("op amp") and coupled through a resistor **138** to an output terminal **136**. This particular current-to-voltage converter **131** may, however, be difficult to implement in a small CMOS chip because resistors are often difficult to implement on an integrated circuit. Typically, discrete resistor components are used. However, the used of discrete components increases the space needed for the circuitry.

An alternative current-to-voltage converter **141** is illustrated in FIG. **20**B. This converter includes an op amp **140** with the signal from the sensor **42** provided at input terminal **144** and a reference potential provided at input terminal **142**. A capacitor **145** is placed between the input terminal **144** and the output terminal **146**. In addition, switches **147a**, **147b**, **149a**, and **149b** are provided to allow the capacitor to charge and discharge at a rate determined by a clock (CLK) frequency. In operation, during one half cycle, switches **147a** and **147b** close and switches **149a** and **149b** open allowing the capacitor **145** to charge due to the attached potential VI. During the other half cycle, switches **147a** and **147b** open and switches **149a** and **149b** close to ground and allow the capacitor **145** to partially or fully discharge. The reactive impedance of the capacitor **145** is analogous to the resistance of the resistor **138** (see FIG. **20**A), allowing the capacitor **145** to emulate a resistor. The value of this

US 6,990,366 B2

39

"resistor" depends on the capacitance of the capacitor **145** and the clock frequency. By altering the clock frequency, the reactive impedance ("resistance value") of the capacitor changes. The value of the impedance ("resistance") of the capacitor **145** may be altered by changing the clock frequency. Switches **147a**, **147b**, **149a**, and **149b** may be implemented in a CMOS chip using, for example, transistors.

A current-to-frequency converter may also be used in the measurement circuit **96**. One suitable current-to-frequency converter includes charging a capacitor using the signal from the sensor **42**. When the potential across the capacitor exceeds a threshold value, the capacitor is allowed to discharge. Thus, the larger the current from the sensor **42**, the quicker the threshold potential is achieved. This results in a signal across the capacitor that has an alternating characteristic, corresponding to the charging and discharging of the capacitor, having a frequency which increases with an increase in current from the sensor **42**.

In some embodiments, the analyte monitoring system **40** includes two or more working electrodes **58** distributed over one or more sensors **42**. These working electrodes **58** may be used for quality control purposes. For example, the output signals and/or analyzed data derived using the two or more working electrodes **58** may be compared to determine if the signals from the working electrodes agree within a desired level of tolerance. If the output signals do not agree, then the patient may be alerted to replace the sensor or sensors. In some embodiments, the patient is alerted only if the lack of agreement between the two sensors persists for a predetermined period of time. The comparison of the two signals may be made for each measurement or at regular intervals. Alternatively or additionally, the comparison may be initiated by the patient or another person. Moreover, the signals from both sensors may be used to generate data or one signal may be discarded after the comparison.

Alternatively, if, for example, two working electrodes **58** have a common counter electrode **60** and the analyte concentration is measured by amperometry, then the current at the counter electrode **60** should be twice the current at each of the working electrodes, within a predetermined tolerance level, if the working electrodes are operating properly. If not, then the sensor or sensors should be replaced, as described above.

An example of using signals from only one working electrode for quality control includes comparing consecutive readings obtained using the single working electrode to determine if they differ by more than a threshold level. If the difference is greater than the threshold level for one reading or over a period of time or for a predetermined number of readings within a period of time then the patient is alerted to replace the sensor **42**. Typically, the consecutive readings and/or the threshold level are determined such that all expected excursions of the sensor signal are within the desired parameters (i.e., the sensor control unit **44** does not consider true changes in analyte concentration to be a sensor failure).

The sensor control unit **44** may also optionally include a temperature probe circuit **99**. The temperature probe circuit **99** provides a constant current through (or constant potential) across the temperature probe **66**. The resulting potential (or current) varies according to the resistance of the temperature dependent element **72**.

The output from the sensor circuit **97** and optional temperature probe circuit is coupled into a measurement circuit **96** that obtains signals from the sensor circuit **97** and optional temperature probe circuit **99** and, at least in some

40

embodiments, provides output data in a form that, for example can be read by digital circuits. The signals from the measurement circuit **96** are sent to the processing circuit **109**, which in turn may provide data to an optional transmitter **98**. The processing circuit **109** may have one or more of the following functions: 1) transfer the signals from the measurement circuit **96** to the transmitter **98**, 2) transfer signals from the measurement circuit **96** to the data storage circuit **102**, 3) convert the information-carrying characteristic of the signals from one characteristic to another (when, for example, that has not been done by the measurement circuit **96**), using, for example, a current-to-voltage converter, a current-to-frequency converter, or a voltage-to-current converter, 4) modify the signals from the sensor circuit **97** using calibration data and/or output from the temperature probe circuit **99**, 5) determine a level of an analyte in the interstitial fluid, 6) determine a level of an analyte in the bloodstream based on the sensor signals obtained from interstitial fluid, 7) determine if the level, rate of change, and/or acceleration in the rate of change of the analyte exceeds or meets one or more threshold values, 8) activate an alarm if a threshold value is met or exceeded, 9) evaluate trends in the level of an analyte based on a series of sensor signals, 10) determine a dose of a medication, and 11) reduce noise and/or errors, for example, through signal averaging or comparing readings from multiple working electrodes **58**.

The processing circuit **109** may be simple and perform only one or a small number of these functions or the processing circuit **109** may be more sophisticated and perform all or most of these functions. The size of the on-skin sensor control unit **44** may increase with the increasing number of functions and complexity of those functions that the processing circuit **109** performs. Many of these functions may not be performed by a processing circuit **109** in the on-skin sensor control unit **44**, but may be performed by another analyzer **152** in the receiver/display units **46**, **48** (see FIG. 22).

One embodiment of the measurement circuit **96** and/or processing circuit **109** provides as output data, the current flowing between the working electrode **58** and the counter electrode **60**. The measurement circuit **96** and/or processing circuit **109** may also provide as output data a signal from the optional temperature probe **66** which indicates the temperature of the sensor **42**. This signal from the temperature probe **66** may be as simple as a current through the temperature probe **66** or the processing circuit **109** may include a device that determines a resistance of the temperature probe **66** from the signal obtained from the measurement circuit **96** for correlation with the temperature of the sensor **42**. The output data may then be sent to a transmitter **98** that then transmits this data to at least one receiver/display device **46**, **48**.

Returning to the processing circuit **109**, in some embodiments processing circuit **109** is more sophisticated and is capable of determining the analyte concentration or some measure representative of the analyte concentration, such as a current or voltage value. The processing circuit **109** may incorporate the signal of the temperature probe to make a temperature correction in the signal or analyzed data from the working electrode **58**. This may include, for example, scaling the temperature probe measurement and adding or subtracting the scaled measurement to the signal or analyzed data from the working electrode **58**. The processing circuit **109** may also incorporate calibration data which has been received from an external source or has been incorporated into the processing circuit **109**, both of which are described

US 6,990,366 B2

41

below, to correct the signal or analyzed data from the working electrode **58**. Additionally, the processing circuit **109** may include a correction algorithm for converting interstitial analyte level to blood analyte level. The conversion of interstitial analyte level to blood analyte level is described, for example, in Schmidtke, et al., "Measurement and Modeling of the Transient Difference Between Blood and Subcutaneous Glucose Concentrations in the Rat after Injection of Insulin", Proc. of the Nat'l Acad. of Science, 95, 294–299 (1998) and Quinn, et al., "Kinetics of Glucose Delivery to Subcutaneous Tissue in Rats Measured with 0.3 mm Amperometric Microsensors", Am. J. Physiol., 269 (Endocrinol. Metab. 32), E155–E161 (1995), incorporated herein by reference.

In some embodiments, the data from the processing circuit **109** is analyzed and directed to an alarm system **94** (see FIG. **18**B) to warn the user. In at least some of these embodiments, a transmitter is not used as the sensor control unit performs all of the needed functions including analyzing the data and warning the patient.

However, in many embodiments, the data (e.g., a current signal, a converted voltage or frequency signal, or fully or partially analyzed data) from processing circuit **109** is transmitted to one or more receiver/display units **46**, **48** using a transmitter **98** in the on-skin sensor control unit **44**. The transmitter has an antenna **93**, such as a wire or similar conductor, formed in the housing **45**. The transmitter **98** is typically designed to transmit a signal up to about 2 meters or more, preferably up to about 5 meters or more, and more preferably up to about 10 meters or more. when transmitting to a small receiver/display unit **46**, such as a palm-size, belt-worn receiver. The effective range is longer when transmitting to a unit with a better antenna, such as a bedside receiver. As described in detail below, suitable examples of receiver/display units **46**, **48** include units that can be easily worn or carried or units that can be placed conveniently on, for example, a nightstand when the patient is sleeping.

The transmitter **98** may send a variety of different signals to the receiver/display units **46**, **48**, typically, depending on the sophistication of the processing circuit **109**. For example, the processing circuit **109** may simply provide raw signals, for example, currents from the working electrodes **58**, without any corrections for temperature or calibration, or the processing circuit **109** may provide converted signals which are obtained, for example, using a current-to-voltage converter **131** or **141** or a current-to-frequency converter. The raw measurements or converted signals may then be processed by an analyzer **152** (see FIG. **22**) in the receiver/display units **46**, **48** to determine the level of an analyte, optionally using temperature and calibration corrections. In another embodiment, the processing circuit **109** corrects the raw measurements using, for example, temperature and/or calibration information and then the transmitter **98** sends the corrected signal, and optionally, the temperature and/or calibration information, to the receiver/display units **46**, **48**. In yet another embodiment, the processing circuit **109** calculates the analyte level in the interstitial fluid and/or in the blood (based on the interstitial fluid level) and transmits that information to the one or more receiver/display units **46**, **48**, optionally with any of the raw data and/or calibration or temperature information. In a further embodiment, the processing circuit **109** calculates the analyte concentration, but the transmitter **98** transmits only the raw measurements, converted signals, and/or corrected signals.

One potential difficulty that may be experienced with the on-skin sensor control unit **44** is a change in the transmission frequency of the transmitter **98** over time. To overcome this

42

potential difficulty, the transmitter may include optional circuitry that can return the frequency of the transmitter **98** to the desired frequency or frequency band. One example of suitable circuitry is illustrated in FIG. **21** as a block diagram of an open loop modulation system **200**. The open loop modulation system **200** includes a phase detector (PD) **210**, a charge pump (CHGPMP) **212**, a loop filter (L.F.) **214**, a voltage controlled oscillator (VCO) **216**, and a divide by M circuit (÷M) **218** to form the phase-locked loop **220**.

The analyte monitoring device **40** uses an open loop modulation system **200** for RF communication between the transmitter **98** and a receiver of, for example, the one or more receiver/display units **46**, **48**. This open loop modulation system **230** is designed to provide a high reliability RF link between a transmitter and its associated receiver. The system employs frequency modulation (FM), and locks the carrier center frequency using a conventional phase-locked loop (PLL) **220**. In operation, the phase-locked loop **220** is opened prior to the modulation. During the modulation the phase-locked loop **220** remains open for as long as the center frequency of the transmitter is within the receiver's bandwidth. When the transmitter detects that the center frequency is going to move outside of the receiver bandwidth, the receiver is signaled to stand by while the center frequency is captured. Subsequent to the capture, the transmission will resume. This cycle of capturing the center frequency, opening the phase-locked loop **220**, modulation, and recapturing the center frequency will repeat for as many cycles as required.

The loop control **240** detects the lock condition of the phase-locked loop **220** and is responsible for closing and opening the phase-locked loop **220**. The totalizer **250** in conjunction with the loop control **240**, detects the status of the center frequency. The modulation control **230** is responsible for generating the modulating signal. A transmit amplifier **260** is provided to ensure adequate transmit signal power. The reference frequency is generated from a very stable signal source (not shown), and is divided down by N through the divide by N block (÷N) **270**. Data and control signals are received by the open loop modulation system **200** via the DATA BUS **280**, and the CONTROL BUS **290**.

The operation of the open loop modulation system **200** begins with the phase-locked loop **220** in closed condition. When the lock condition is detected by the loop control **240**, the phase-locked loop **220** is opened and the modulation control **230** begins generating the modulating signal. The totalizer **250** monitors the VCO frequency (divided by M), for programmed intervals. The monitored frequency is compared to a threshold programmed in the totalizer **250**. This threshold corresponds to the 3 dB cut off frequencies of the receiver's intermediate frequency stage. When the monitored frequency approaches the thresholds, the loop control **240** is notified and a stand-by code is transmitted to the receiver and the phase-locked loop **220** is closed.

At this point the receiver is in the wait mode. The loop control **240** in the transmitter closes the phase-locked loop **220**. Then, modulation control **230** is taken off line, the monitored value of the totalizer **250** is reset, and the phase-locked loop **220** is locked. When the loop control **240** detects a lock condition, the loop control **240** opens the phase-locked loop **220**, the modulation control **230** is brought on line and the data transmission to the receiver will resume until the center frequency of the phase-locked loop **220** approaches the threshold values, at which point the cycle of transmitting the stand-by code begins. The ÷N **270** and ÷M **218** block set the frequency channel of the transmitter.

Accordingly, the open loop modulation system **200** provides a reliable low power FM data transmission for an

US 6,990,366 B2

43

analyte monitoring system. The open loop modulation system **200** provides a method of wide band frequency modulation, while the center frequency of the carrier is kept within receiver bandwidth. The effect of parasitic capacitors and inductors pulling the center frequency of the transmitter is corrected by the phase-locked loop **220**. Further, the totalizer **250** and loop control **240** provide a new method of center frequency drift detection. Finally, the open loop modulation system **200** is easily implemented in CMOS process.

The rate at which the transmitter **98** transmits data may be the same rate at which the sensor circuit **97** obtains signals and/or the processing circuit **109** provides data or signals to the transmitter **98**. Alternatively, the transmitter **98** may transmit data at a slower rate. In this case, the transmitter **98** may transmit more than one datapoint in each transmission. Alternatively, only one datapoint may be sent with each data transmission, the remaining data not being transmitted. Typically, data is transmitted to the receiver/display unit **46**, **48** at least every hour, preferably, at least every fifteen minutes, more preferably, at least every five minutes, and most preferably, at least every one minute. However, other data transmission rates may be used. In some embodiments, the processing circuit **109** and/or transmitter **98** are configured to process and/or transmit data at a faster rate when a condition is indicated, for example, a low level or high level of analyte or impending low or high level of analyte. In these embodiments, the accelerated data transmission rate is typically at least every five minutes and preferably at least every minute.

In addition to a transmitter **98**, an optional receiver **99** may be included in the on-skin sensor control unit **44**. In some cases, the transmitter **98** is a transceiver, operating as both a transmitter and a receiver. The receiver **99** may be used to receive calibration data for the sensor **42**. The calibration data may be used by the processing circuit **109** to correct signals from the sensor **42**. This calibration data may be transmitted by the receiver/display unit **46**, **48** or from some other source such as a control unit in a doctor's office. In addition, the optional receiver **99** may be used to receive a signal from the receiver/display units **46**, **48**, as described above, to direct the transmitter **98**, for example, to change frequencies or frequency bands, to activate or deactivate the optional alarm system **94** (as described below), and/or to direct the transmitter **98** to transmit at a higher rate.

Calibration data may be obtained in a variety of ways. For instance, the calibration data may simply be factory-determined calibration measurements which can be input into the on-skin sensor control unit **44** using the receiver **99** or may alternatively be stored in a calibration data storage unit **100** within the on-skin sensor control unit **44** itself (in which case a receiver **99** may not be needed). The calibration data storage unit **100** may be, for example, a readable or readable/writeable memory circuit.

Alternative or additional calibration data may be provided based on tests performed by a doctor or some other professional or by the patient himself. For example, it is common for diabetic individuals to determine their own blood glucose concentration using commercially available testing kits. The results of this test is input into the on-skin sensor control unit **44** either directly, if an appropriate input device (e.g., a keypad, an optical signal receiver, or a port for connection to a keypad or computer) is incorporated in the on-skin sensor control unit **44**, or indirectly by inputting the calibration data into the receiver/display **46**, **48** and transmitting the calibration data to the on-skin sensor control unit **44**.

44

Other methods of independently determining analyte levels may also be used to obtain calibration data. This type of calibration data may supplant or supplement factory-determined calibration values.

In some embodiments of the invention, calibration data may be required at periodic intervals, for example, every eight hours, once a day, or once a week, to confirm that accurate analyte levels are being reported. Calibration may also be required each time a new sensor **42** is implanted or if the sensor exceeds a threshold minimum or maximum value or if the rate of change in the sensor signal exceeds a threshold value. In some cases, it may be necessary to wait a period of time after the implantation of the sensor **42** before calibrating to allow the sensor **42** to achieve equilibrium. In some embodiments, the sensor **42** is calibrated only after it has been inserted. In other embodiments, no calibration of the sensor **42** is needed.

The on-skin sensor control unit **44** and/or a receiver/display unit **46**, **48** may include an auditory or visual indicator that calibration data is needed, based, for example, on a predetermined periodic time interval between calibrations or on the implantation of a new sensor **42**. The on-skin sensor control unit **44** and/or receiver display/units **46**, **48** may also include an auditory or visual indicator to remind the patient that information, such as analyte levels, reported by the analyte monitoring device **40**, may not be accurate because a calibration of the sensor **42** has not been performed within the predetermined periodic time interval and/or after implantation of a new sensor **42**.

The processing circuit **109** of the on-skin sensor control unit **44** and/or an analyzer **152** of the receiver/display unit **46**, **48** may determine when calibration data is needed and if the calibration data is acceptable. The on-skin sensor control unit **44** may optionally be configured to not allow calibration or to reject a calibration point if, for example, 1) a temperature reading from the temperature probe indicates a temperature that is not within a predetermined acceptable range (e.g., 30 to 42° C. or 32 to 40° C.) or that is changing rapidly (for example, 0.2° C./minute, 0.5° C./minute, or 0.7° C./minute or greater); 2) two or more working electrodes **58** provide uncalibrated signals that are not within a predetermined range(e.g., within 10% or 20%) of each other; 3) the rate of change of the uncalibrated signal is above a threshold rate (e.g., 0.25 mg/dL per minute or 0.5 mg/dL per minute or greater); 4) the uncalibrated signal exceeds a threshold maximum value (e.g., 5, 10, 20, or 40 nA) or is below a threshold minimum value (e.g., 0.05. 0.2, 0.5, or 1 nA); 5) the calibrated signal exceeds a threshold maximum value (e.g., a signal corresponding to an analyte concentration of 200 mg/dL, 250 mg/dL, or 300 mg/dL) or is below a threshold minimum value (e.g., a signal corresponding to an analyte concentration of 50 mg/dL, 65 mg/dL, or 80 mg/dL); and/or 6) an insufficient among of time has elapsed since implantation (e.g., 10 minutes or less, 20 minutes or less, or 30 minutes or less).

The processing circuit **109** or an analyzer **152** may also request another calibration point if the values determined using the sensor data before and after the latest calibration disagree by more than a threshold amount, indicating that the calibration may be incorrect or that the sensor characteristics have changed radically between calibrations. This additional calibration point may indicate the source of the difference.

The on-skin sensor control unit **44** may include an optional data storage unit **102** which may be used to hold data (e.g., measurements from the sensor or processed data) from the processing circuit **109** permanently or, more

US 6,990,366 B2

45

46

typically, temporarily. The data storage unit **102** may hold data so that the data can be used by the processing circuit **109** to analyze and/or predict trends in the analyte level, including, for example, the rate and/or acceleration of analyte level increase or decrease. The data storage unit **102** may also or alternatively be used to store data during periods in which a receiver/display unit **46**, **48** is not within range. The data storage unit **102** may also be used to store data when the transmission rate of the data is slower than the acquisition rate of the data. For example, if the data acquisition rate is 10 points/min and the transmission is 2 transmissions/min, then one to five points of data could be sent in each transmission depending on the desired rate for processing datapoints. The data storage unit **102** typically includes a readable/writeable memory storage device and typically also includes the hardware and/or software to write to and/or read the memory storage device.

The on-skin sensor control unit **44** may include an optional alarm system **104** that, based on the data from the processing circuit **109**, warns the patient of a potentially detrimental condition of the analyte. For example, if glucose is the analyte, than the on-skin sensor control unit **44** may include an alarm system **104** that warns the patient of conditions such as hypoglycemia, hyperglycemia, impending hypoglycemia, and/or impending hyperglycemia. The alarm system **104** is triggered when the data from the processing circuit **109** reaches or exceeds a threshold value. Examples of threshold values for blood glucose levels are about 60, 70, or 80 mg/dL for hypoglycemia; about 70, 80, or 90 mg/dL for impending hypoglycemia; about 130, 150, 175, 200,225, 250, or 275 mg/dL for impending hyperglycemia; and about 150, 175, 200, 225, 250, 275, or 300 mg/dL for hyperglycemia. The actual threshold values that are designed into the alarm system **104** may correspond to interstitial fluid glucose concentrations or electrode measurements (e.g., current values or voltage values obtained by conversion of current measurements) that correlate to the above-mentioned blood glucose levels. The analyte monitor device may be configured so that the threshold levels for these or any other conditions may be programmable by the patient and/or a medical professional.

A threshold value is exceeded if the datapoint has a value that is beyond the threshold value in a direction indicating a particular condition. For example, a datapoint which correlates to a glucose level of 200 mg/dL exceeds a threshold value for hyperglycemia of 180 mg/dL, because the datapoint indicates that the patient has entered a hyperglycemic state. As another example, a datapoint which correlates to a glucose level of 65 mg/dL exceeds a threshold value for hypoglycemia of 70 mg/dL because the datapoint indicates that the patient is hypoglycemic as defined by the threshold value. However, a datapoint which correlates to a glucose level of 75 mg/dL would not exceed the same threshold value for hypoglycemia because the datapoint does not indicate that particular condition as defined by the chosen threshold value.

An alarm may also be activated if the sensor readings indicate a value that is beyond a measurement range of the sensor **42**. For glucose, the physiologically relevant measurement range is typically about 50 to 250 mg/dL, preferably about 40–300 mg/dL and ideally 30–400 mg/dL, of glucose in the interstitial fluid.

The alarm system **104** may also, or alternatively, be activated when the rate of change or acceleration of the rate of change in analyte level increase or decrease reaches or exceeds a threshold rate or acceleration. For example, in the case of a subcutaneous glucose monitor, the alarm system

might be activated if the rate of change in glucose concentration exceeds a threshold value which might indicate that a hyperglycemic or hypoglycemic condition is likely to occur.

The optional alarm system **104** may be configured to activate when a single data point meets or exceeds a particular threshold value. Alternatively, the alarm may be activated only when a predetermined number of datapoints spanning a predetermined amount of time meet or exceed the threshold value. As another alternative, the alarm may be activated only when the datapoints spanning a predetermined amount of time have an average value which meets or exceeds the threshold value. Each condition that can trigger an alarm may have a different alarm activation condition. In addition, the alarm activation condition may change depending on current conditions (e.g., an indication of impending hyperglycemia may alter the number of datapoints or the amount of time that is tested to determine hyperglycemia).

The alarm system **104** may contain one or more individual alarms. Each of the alarms may be individually activated to indicate one or more conditions of the analyte. The alarms may be, for example, auditory or visual. Other sensory-stimulating alarm systems may be used including alarm systems which heat, cool, vibrate, or produce a mild electrical shock when activated. In some embodiments, the alarms are auditory with a different tone, note, or volume indicating different conditions. For example, a high note might indicate hyperglycemia and a low note might indicate hypoglycemia. Visual alarms may use a difference in color, brightness, or position on the on-skin sensor control device **44** to indicate different conditions. In some embodiments, an auditory alarm system is configured so that the volume of the alarm increases over time until the alarm is deactivated.

In some embodiments, the alarm may be automatically deactivated after a predetermined time period. In other embodiments, the alarm may be configured to deactivate when the data no longer indicate that the condition which triggered the alarm exists. In these embodiments, the alarm may be deactivated when a single data point indicates that the condition no longer exists or, alternatively, the alarm may be deactivated only after a predetermined number of datapoints or an average of datapoints obtained over a given period of time indicate that the condition no longer exists.

In some embodiments, the alarm may be deactivated manually by the patient or another person in addition to or as an alternative to automatic deactivation. In these embodiments, a switch **101** is provided which when activated turns off the alarm. The switch **101** may be operatively engaged (or disengaged depending on the configuration of the switch) by, for example, operating an actuator on the on-skin sensor control unit **44** or the receiver/display unit **46**, **48**. In some cases, an actuator may be provided on two or more units **44**, **46**, **48**, any of which may be actuated to deactivate the alarm. If the switch **101** and or actuator is provided on the receiver/display unit **46**, **48** then a signal may be transmitted from the receiver/display unit **46**, **48** to the receiver **98** on the on-skin sensor control unit **44** to deactivate the alarm.

A variety of switches **101** may be used including, for example, a mechanical switch, a reed switch, a Hall effect switch, a Gigantic Magnetic Ratio (GMR) switch (the resistance of the GMR switch is magnetic field dependent) and the like. Preferably, the actuator used to operatively engage (or disengage) the switch is placed on the on-skin sensor control unit **44** and configured so that no water can flow around the button and into the housing. One example of such a button is a flexible conducting strip that is completely

47

covered by a flexible polymeric or plastic coating integral to the housing. In an open position the flexible conducting strip is bowed and bulges away from the housing. When depressed by the patient or another person, the flexible conducting strip is pushed directly toward a metal contact and completes the circuit to shut off the alarm.

For a reed or GMR switch, a piece of magnetic material, such as a permanent magnet or an electromagnet, in a flexible actuator that is bowed or bulges away from the housing 45 and the reed or GMR switch is used. The reed or GMR switch is activated (to deactivate the alarm) by depressing the flexible actuator bringing the magnetic material closer to the switch and causing an increase in the magnetic field within the switch.

In some embodiments of the invention, the analyte monitoring device 40 includes only an on-skin control unit 44 and a sensor 42. In these embodiments, the processing circuit 109 of the on-skin sensor control unit 44 is able to determine a level of the analyte and activate an alarm system 104 if the analyte level exceeds a threshold. The on-skin control unit 44, in these embodiments, has an alarm system 104 and may also include a display, such as those discussed below with respect to the receiver/display units 46, 48. Preferably, the display is an LCD or LED display. The on-skin control unit 44 may not have a transmitter, unless, for example, it is desirable to transmit data, for example, to a control unit in a doctor's office.

The on-skin sensor control unit 44 may also include a reference voltage generator 101 to provide an absolute voltage or current for use in comparison to voltages or currents obtained from or used with the sensor 42. An example of a suitable reference voltage generator is a band-gap reference voltage generator that uses, for example, a semiconductor material with a known band-gap. Preferably, the band-gap is temperature insensitive over the range of temperatures that the semiconductor material will experience during operation. Suitable semiconductor materials includes gallium, silicon and silicates.

A bias current generator 105 may be provided to correctly bias solid-state electronic components. An oscillator 107 may be provided to produce a clock signal that is typically used with digital circuitry.

The on-skin sensor control unit 44 may also include a watchdog circuit 103 that tests the circuitry, particularly, any digital circuitry in the control unit 44 to determine if the circuitry is operating correctly. Non-limiting examples of watchdog circuit operations include: a) generation of a random number by the watchdog circuit, storage of the number in a memory location, writing the number to a register in the watchdog circuit, and recall of the number to compare for equality; b) checking the output of an analog circuit to determine if the output exceeds a predetermined dynamic range; c) checking the output of a timing circuit for a signal at an expected pulse interval. Other examples of functions of a watchdog circuit are known in the art. If the watchdog circuit detects an error that watchdog-circuit may activate an alarm and/or shut down the device.

Receiver/Display Unit

One or more receiver/display units 46, 48 may be provided with the analyte monitoring device 40 for easy access to the data generated by the sensor 42 and may, in some embodiments, process the signals from the on-skin sensor control unit 44 to determine the concentration or level of analyte in the subcutaneous tissue. Small receiver/display units 46 may be carried by the patient. These units 46 may be palm-sized and/or may be adapted to fit on a belt or within a bag or purse that the patient carries. One embodiment of

48

the small receiver/display unit 46 has the appearance of a pager, for example, so that the user is not identified as a person using a medical device. Such receiver/display units may optionally have one-way or two-way paging capabilities.

Large receiver/display units 48 may also be used. These larger units 48 may be designed to sit on a shelf or nightstand. The large receiver/display unit 48 may be used by parents to monitor their children while they sleep or to awaken patients during the night. In addition, the large receiver/display unit 48 may include a lamp, clock, or radio for convenience and/or for activation as an alarm. One or both types of receiver/display units 46, 48 may be used.

The receiver/display units 46, 48, as illustrated in block form at FIG. 22, typically include a receiver 150 to receive data from the on-skin sensor control unit 44, an analyzer 152 to evaluate the data, a display 154 to provide information to the patient, and an alarm system 156 to warn the patient when a condition arises. The receiver/display units 46, 48 may also optionally include a data storage device 158, a transmitter 160, and/or an input device 162. The receiver/display units 46, 48 may also include other components (not shown), such as a power supply (e.g., a battery and/or a power supply that can receive power from a wall outlet), a watchdog circuit, a bias current generator, and an oscillator. These additional components are similar to those described above for the on-skin sensor control unit 44.

In one embodiment, a receiver/display unit 48 is a bedside unit for use by a patient at home. The bedside unit includes a receiver and one or more optional items, including, for example, a clock, a lamp, an auditory alarm, a telephone connection, and a radio. The bedside unit also has a display, preferably, with large numbers and/or letters that can be read across a room. The unit may be operable by plugging into an outlet and may optionally have a battery as backup. Typically, the bedside unit has a better antenna than a small palm-size unit, so the bedside unit's reception range is longer.

When an alarm is indicated, the bedside unit may activate, for example, the auditory alarm, the radio, the lamp, and/or initiate a telephone call. The alarm may be more intense than the alarm of a small palm-size unit to, for example, awaken or stimulate a patient who may be asleep, lethargic, or confused. Moreover, a loud alarm may alert a parent monitoring a diabetic child at night.

The bedside unit may have its own data analyzer and data storage. The data may be communicated from the on-skin sensor unit or another receiver/display unit, such as a palm-size or small receiver/display unit. Thus, at least one unit has all the relevant data so that the data can be downloaded and analyzed without significant gaps.

Optionally, the beside unit has an interface or cradle into which a small receiver/display unit may be placed. The bedside unit may be capable of utilizing the data storage and analysis capabilities of the small receiver/display unit and/or receive data from the small receiver/display unit in this position. The bedside unit may also be capable of recharging a battery of the small receiver/display unit.

The receiver 150 typically is formed using known receiver and antenna circuitry and is often tuned or tunable to the frequency or frequency band of the transmitter 98 in the on-skin sensor control unit 44. Typically, the receiver 150 is capable of receiving signals from a distance greater than the transmitting distance of the transmitter 98. The small receiver/display unit 46 can typically receive a signal from an on-skin sensor control unit 44 that is up to 2 meters, preferably up to 5 meters, and more preferably up to 10

49
50

meters or more, away. A large receiver/display unit **48**, such as a bedside unit, can typically receive a receive a signal from an on-skin sensor control unit **44** that is up to 5 meters distant, preferably up to 10 meters distant, and more preferably up to 20 meters distant or more.

In one embodiment, a repeater unit (not shown) is used to boost a signal from an on-skin sensor control unit **44** so that the signal can be received by a receiver/display unit **46, 48** that may be distant from the on-skin sensor control unit **44**. The repeater unit is typically independent of the on-skin sensor control unit **44**, but, in some cases, the repeater unit may be configured to attach to the on-skin sensor control unit **44**. Typically, the repeater unit includes a receiver for receiving the signals from the on-skin sensor control unit **44** and a transmitter for transmitting the received signals. Often the transmitter of the repeater unit is more powerful than the transmitter of the on-skin sensor control unit, although this is not necessary. The repeater unit may be used, for example, in a child's bedroom for transmitting a signal from an on-skin sensor control unit on the child to a receiver/display unit in the parent's bedroom for monitoring the child's analyte levels. Another exemplary use is in a hospital with a display/receiver unit at a nurse's station for monitoring on-skin sensor control unit(s) of patients.

The presence of other devices, including other on-skin sensor control units, may create noise or interference within the frequency band of the transmitter **98**. This may result in the generation of false data. To overcome this potential difficulty, the transmitter **98** may also transmit a code to indicate, for example, the beginning of a transmission and/or to identify, preferably using a unique identification code, the particular on-skin sensor control unit **44** in the event that there is more than one on-skin sensor control unit **44** or other transmission source within range of the receiver/display unit **46, 48**. The provision of an identification code with the data may reduce the likelihood that the receiver/display unit **46, 48** intercepts and interprets signals from other transmission sources, as well as preventing "crosstalk" with different on-skin sensor control units **44**. The identification code may be provided as a factory-set code stored in the sensor control unit **44**. Alternatively, the identification code may be randomly generated by an appropriate circuit in the sensor control unit **44** or the receiver/display unit **46, 48** (and transmitted to the sensor control unit **44**) or the identification code may be selected by the patient and communicated to the sensor control unit **44** via a transmitter or an input device coupled to the sensor control unit **44**.

Other methods may be used to eliminate "crosstalk" and to identify signals from the appropriate on-skin sensor control unit **44**. In some embodiments, the transmitter **98** may use encryption techniques to encrypt the datastream from the transmitter **98**. The receiver/display unit **46, 48** contains the key to decipher the encrypted data signal. The receiver/display unit **46, 48** then determines when false signals or "crosstalk" signals are received by evaluation of the signal after it has been deciphered. For example, the analyzer **152** in the one or more receiver/display units **46, 48** compares the data, such as current measurements or analyte levels, with expected measurements (e.g., an expected range of measurements corresponding to physiologically relevant analyte levels). Alternatively, an analyzer in the receiver/display units **46, 48** searches for an identification code in the decrypted data signal.

Another method to eliminate "crosstalk", which is typically used in conjunction with the identification code or encryption scheme, includes providing an optional mechanism in the on-skin sensor control unit **44** for changing transmission frequency or frequency bands upon determination that there is "crosstalk". This mechanism for changing the transmission frequency or frequency band may be initiated by the receiver/display unit automatically, upon detection of the possibility of cross-talk or interference, and/or by a patient manually. For automatic initiation, the receiver/display unit **46, 48** transmits a signal to the optional receiver **99** on the on-skin sensor control unit **44** to direct the transmitter **98** of the on-skin sensor control unit **44** to change frequency or frequency band.

Manual initiation of the change in frequency or frequency band may be accomplished using, for example, an actuator (not shown) on the receiver/display unit **46, 48** and/or on the on-skin sensor control unit **44** which a patient operates to direct the transmitter **98** to change frequency or frequency band. The operation of a manually initiated change in transmission frequency or frequency band may include prompting the patient to initiate the change in frequency or frequency band by an audio or visual signal from the receiver/display unit **46, 48** and/or on-skin sensor control unit **44**.

Returning to the receiver **150**, the data received by the receiver **150** is then sent to an analyzer **152**. The analyzer **152** may have a variety of functions, similar to the processor circuit **109** of the on-skin sensor control unit **44**, including 1) modifying the signals from the sensor **42** using calibration data and/or measurements from the temperature probe **66**, 2) determining a level of an analyte in the interstitial fluid, 3) determining a level of an analyte in the bloodstream based on the sensor measurements in the interstitial fluid, 4) determining if the level, rate of change, and/or acceleration in the rate of change of the analyte exceeds or meets one or more threshold values, 5) activating an alarm system **156** and/or **94** if a threshold value is met or exceeded, 6) evaluating trends in the level of an analyte based on a series of sensor signals, 7) determine a dose of a medication, and 7) reduce noise or error contributions (e.g., through signal averaging or comparing readings from multiple electrodes). The analyzer **152** may be simple and perform only one or a small number of these functions or the analyzer **152** may perform all or most of these functions.

The output from the analyzer **152** is typically provided to a display **154**. A variety of displays **154** may be used including cathode ray tube displays (particularly for larger units), LED displays, or LCD displays. The display **154** may be monochromatic (e.g., black and white) or polychromatic (i.e., having a range of colors). The display **154** may contain symbols or other indicators that are activated under certain conditions (e.g., a particular symbol may become visible on the display when a condition, such as hyperglycemia, is indicated by signals from the sensor **42**). The display **154** may also contain more complex structures, such as LCD or LED alphanumeric structures, portions of which can be activated to produce a letter, number, or symbol. For example, the display **154** may include region **164** to display numerically the level of the analyte, as illustrated in FIG. **23**. In one embodiment, the display **154** also provides a message to the patient to direct the patient in an action. Such messages may include, for example, "Eat Sugar", if the patient is hypoglycemic, or "Take Insulin", if the patient is hyperglycemic.

One example of a receiver/display unit **46, 48** is illustrated in FIG. **23**. The display **154** of this particular receiver/display unit **46, 48** includes a portion **164** which displays the level of the analyte, for example, the blood glucose concentration, as determined by the processing circuit **109** and/or the analyzer **152** using signals from the sensor **42**.

US 6,990,366 B2

51

The display also includes various indicators **166** which may be activated under certain conditions. For example, the indicator **168** of a glucose monitoring device may be activated if the patient is hyperglycemic. Other indicators may be activated in the cases of hypoglycemia (**170**), impending hyperglycemia (**172**), impending hypoglycemia (**174**), a malfunction, an error condition, or when a calibration sample is needed (**176**). In some embodiments, color coded indicators may be used. Alternatively, the portion **164** which displays the blood glucose concentration may also include a composite indicator **180** (see FIG. 24), portions of which may be appropriately activated to indicate any of the conditions described above.

The display **154** may also be capable of displaying a graph **178** of the analyte level over a period of time, as illustrated in FIG. 24. Examples of other graphs that may be useful include graphs of the rate of change or acceleration in the rate of change of the analyte level over time. In some embodiments, the receiver/display unit is configured so that the patient may choose the particular display (e.g., blood glucose concentration or graph of concentration versus time) that the patient wishes to view. The patient may choose the desired display mode by pushing a button or the like, for example, on an optional input device **162**.

The receiver/display units **46, 48** also typically include an alarm system **156**. The options for configuration of the alarm system **156** are similar to those for the alarm system **104** of the on-skin sensor control unit **44**. For example, if glucose is the analyte, than the on-skin sensor control unit **44** may include an alarm system **156** that warns the patient of conditions such as hypoglycemia, hyperglycemia, impending hypoglycemia, and/or impending hyperglycemia. The alarm system **156** is triggered when the data from the analyzer **152** reaches or exceeds a threshold value. The threshold values may correspond to interstitial fluid glucose concentrations or sensor signals (e.g., current or converted voltage values) which correlate to the above-mentioned blood glucose levels.

The alarm system **156** may also, or alternatively, be activated when the rate or acceleration of an increase or decrease in analyte level reaches or exceeds a threshold value. For example, in the case of a subcutaneous glucose monitor, the alarm system **156** might be activated if the rate of change in glucose concentration exceeds a threshold value which might indicate that a hyperglycemic or a hypoglycemic condition is likely to occur.

The alarm system **156** may be configured to activate when a single data point meets or exceeds a particular threshold value. Alternatively, the alarm may be activated only when a predetermined number of datapoints spanning a predetermined amount of time meet or exceed the threshold value. As another alternative, the alarm may be activated only when the datapoints spanning a predetermined amount of time have an average value which meets or exceeds the threshold value. Each condition that can trigger an alarm may have a different alarm activation condition. In addition, the alarm activation condition may change depending on current conditions (e.g., an indication of impending hyperglycemia may alter the number of datapoints or the amount of time that is tested to determine hyperglycemia).

The alarm system **156** may contain one or more individual alarms. Each of the alarms may be individually activated to indicate one or more conditions of the analyte. The alarms may be, for example, auditory or visual. Other sensory-stimulating alarm systems by be used including alarm systems **156** that direct the on-skin sensor control unit **44** to heat, cool, vibrate, or produce a mild electrical shock. In

52

some embodiments, the alarms are auditory with a different tone, note, or volume indicating different conditions. For example, a high note might indicate hyperglycemia and a low note might indicate hypoglycemia. Visual alarms may also use a difference in color or brightness to indicate different conditions. In some embodiments, an auditory alarm system might be configured so that the volume of the alarm increases over time until the alarm is deactivated.

In some embodiments, the alarms may be automatically deactivated after a predetermined time period. In other embodiments, the alarms may be configured to deactivate when the data no longer indicate that the condition which triggered the alarm exists. In these embodiments, the alarms may be deactivated when a single data point indicates that the condition no longer exists or, alternatively, the alarm may be deactivated only after a predetermined number of datapoints or an average of datapoints obtained over a given period of time indicate that the condition no longer exists.

In yet other embodiments, the alarm may be deactivated manually by the patient or another person in addition to or as an alternative to automatic deactivation. In these embodiments, a switch is provided which when activated turns off the alarm. The switch may be operatively engaged (or disengaged depending on the configuration of the switch) by, for example, pushing a button on the receiver/display unit **46, 48**. One configuration of the alarm system **156** has automatic deactivation after a period of time for alarms that indicate an impending condition (e.g., impending hypoglycemia or hyperglycemia) and manual deactivation of alarms which indicate a current condition (e.g., hypoglycemia or hyperglycemia).

The receiver/display units **46, 48** may also include a number of optional items. One item is a data storage unit **158**. The data storage unit **158** may be desirable to store data for use if the analyzer **152** is configured to determine trends in the analyte level. The data storage unit **158** may also be useful to store data that may be downloaded to another receiver/display unit, such as a large display unit **48**. Alternatively, the data may be downloaded to a computer or other data storage device in a patient's home, at a doctor's office, etc. for evaluation of trends in analyte levels. A port (not shown) may be provided on the receiver/display unit **46, 48** through which the stored data may be transferred or the data may be transferred using an optional transmitter **160**. The data storage unit **158** may also be activated to store data when a directed by the patient via, for example, the optional input device **162**. The data storage unit **158** may also be configured to store data upon occurrence of a particular event, such as a hyperglycemic or hypoglycemic episode, exercise, eating, etc. The storage unit **158** may also store event markers with the data of the particular event. These event markers may be generated either automatically by the display/receiver unit **46, 48** or through input by the patient.

The receiver/display unit **46, 48** may also include an optional transmitter **160** which can be used to transmit 1) calibration information, 2) a signal to direct the transmitter **98** of the on-skin sensor control unit **44** to change transmission frequency or frequency bands, and/or 3) a signal to activate an alarm system **104** on the on-skin sensor control unit **44**, all of which are described above. The transmitter **160** typically operates in a different frequency band than the transmitter **98** of the on-skin sensor control unit **44** to avoid cross-talk between the transmitters **98, 160**. Methods may be used to reduce cross-talk and the reception of false signals, as described above in connection with the transmitter **100** of the on-skin sensor control unit **44**. In some embodiments, the transmitter **160** is only used to transmit signals to the

53

54

sensor control unit **44** and has a range of less than one foot, and preferably less than six inches. This then requires the patient or another person to hold the receiver/display unit **46** near the sensor control unit **44** during transmission of data, for example, during the transmission of calibration information. Transmissions may also be performed using methods other than rf transmission, including optical or wire transmission.

In addition, in some embodiments of the invention, the transmitter **160** may be configured to transmit data to another receiver/display unit **46**, **48** or some other receiver. For example, a small receiver/display unit **46** may transmit data to a large receiver/display unit **48**, as illustrated in FIG. 1. As another example, a receiver/display unit **46**, **48** may transmit data to a computer in the patient's home or at a doctor's office. Moreover, the transmitter **160** or a separate transmitter may direct a transmission to another unit or to a telephone or other communications device that alerts a doctor or other individual when an alarm is activated and/or if, after a predetermined time period, an activated alarm has not been deactivated, suggesting that the patient may require assistance. In some embodiments, the receiver/display unit is capable of one-way or two-way paging and/or is coupled to a telephone line to send and/or receive messages from another, such as a health professional monitoring the patient.

Another optional component for the receiver/display unit **46**, **48** is an input device **162**, such as a keypad or keyboard. The input device **162** may allow numeric or alphanumeric input. The input device **162** may also include buttons, keys, or the like which initiate functions of and/or provide input to the analyte monitoring device **40**. Such functions may include initiating a data transfer, manually changing the transmission frequency or frequency band of the transmitter **98**, deactivating an alarm system **104**, **156**, inputting calibration data, and/or indicating events to activate storage of data representative of the event.

Another embodiment of the input device **162** is a touch screen display. The touch screen display may be incorporated into the display **154** or may be a separate display. The touch screen display is activated when the patient touches the screen at a position indicated by a "soft button" which corresponds to a desired function. Touch screen displays are well known.

In addition, the analyte monitoring device **40** may include password protection to prevent the unauthorized transmission of data to a terminal or the unauthorized changing of settings for the device **40**. A patient may be prompted by the display **154** to input the password using the input device **152** whenever a password-protected function is initiated.

Another function that may be activated by the input device **162** is a deactivation mode. The deactivation mode may indicate that the receiver/display unit **46**, **48** should no longer display a portion or all of the data. In some embodiments, activation of the deactivation mode may even deactivate the alarm systems **104**, **156**. Preferably, the patient is prompted to confirm this particular action. During the deactivation mode, the processing circuit **109** and/or analyzer **152** may stop processing data or they may continue to process data and not report it for display and may optionally store the data for later retrieval.

Alternatively, a sleep mode may be entered if the input device **162** has not been activated for a predetermined period of time. This period of time may be adjustable by the patient or another individual. In this sleep mode, the processing circuit **109** and/or analyzer **152** typically continue to obtain measurements and process data, however, the display is not activated. The sleep mode may be deactivated by actions, such as activating the input device **162**. The current analyte reading or other desired information may then be displayed.

In one embodiment, a receiver/display unit **46** initiates an audible or visual alarm when the unit **46** has not received a transmission from the on-skin sensor control unit within a predetermined amount of time. The alarm typically continues until the unit responds and/or a transmission is received. This can, for example, remind a patient if the receiver/display unit **46** is inadvertently left behind.

In another embodiment, the receiver/display unit **46**, **48** is integrated with a calibration unit (not shown). For example, the receiver/display unit **46**, **48** may, for example, include a conventional blood glucose monitor. Another useful calibration device utilizing electrochemical detection of analyte concentration is described in U.S. patent application Ser. No. 08/795,767, incorporated herein by reference. Other devices may be used including those that operate using, for example, electrochemical and colorimetric blood glucose assays, assays of interstitial or dermal fluid, and/or non-invasive optical assays. When a calibration of the implanted sensor is needed, the patient uses the integrated in vitro monitor to generate a reading. The reading may then, for example, automatically be sent by the transmitter **160** of the receiver/display unit **46**, **48** to calibrate the sensor **42**.

Integration with a Drug Administration System

FIG. 25 illustrates a block diagram of a sensor-based drug delivery system **250** according to the present invention. The system may provide a drug to counteract the high or low level of the analyte in response to the signals from one or more sensors **252**. Alternatively, the system monitors the drug concentration to ensure that the drug remains within a desired therapeutic range. The drug delivery system includes one or more (and preferably two or more) subcutaneously implanted sensors **252**, an on-skin sensor control unit **254**, a receiver/display unit **256**, a data storage and controller module **258**, and a drug administration system **260**. In some cases, the receiver/display unit **256**, data storage and controller module **258**, and drug administration system **260** may be integrated in a single unit. The sensor-based drug delivery system **250** uses data form the one or more sensors **252** to provide necessary input for a control algorithm/mechanism in the data storage and controller module **252** to adjust the administration of drugs. As an example, a glucose sensor could be used to control and adjust the administration of insulin.

In FIG. 25, sensor **252** produces signals correlated to the level of the drug or analyte in the patient. The level of the analyte will depend on the amount of drug delivered by the drug administration system. A processor **262** in the on-skin sensor control unit **254**, as illustrated in FIG. 25, or in the receiver/display unit **256** determines the level of the analyte, and possibly other information, such as the rate or acceleration of the rate in the increase or decrease in analyte level. This information is then transmitted to the data storage and controller module **252** using a transmitter **264** in the on-skin sensor control unit **254**, as illustrated in FIG. 25, or a non-integrated receiver/display unit **256**.

If the drug delivery system **250** has two or more sensors **252**, the data storage and controller module **258** may verify that the data from the two or more sensors **252** agrees within predetermined parameters before accepting the data as valid. This data may then be processed by the data storage and controller module **258**, optionally with previously obtained data, to determine a drug administration protocol. The drug administration protocol is then executed using the drug administration system **260**, which may be an internal or external infusion pump, syringe injector, transdermal deliv-

US 6,990,366 B2

55

ery system (e.g., a patch containing the drug placed on the skin), or inhalation system. Alternatively, the drug storage and controller module **258** may provide a the drug administration protocol so that the patient or another person may provide the drug to the patient according to the profile.

In one embodiment of the invention, the data storage and controller module **258** is trainable. For example, the data storage and controller module **258** may store glucose readings over a predetermined period of time, e.g., several weeks. When an episode of hypoglycemia or hyperglycemia is encountered, the relevant history leading to such event may be analyzed to determine any patterns which might improve the system's ability to predict future episodes. Subsequent data might be compared to the known patterns to predict hypoglycemia or hyperglycemia and deliver the drug accordingly. In another embodiment, the analysis of trends is performed by an external system or by the processing circuit **109** in the on-skin sensor control unit **254** or the analyzer **152** in the receiver/display unit **256** and the trends are incorporated in the data storage and controller **258**.

In one embodiment, the data storage and controller module **258**, processing circuit **109**, and/or analyzer **152** utilizes patient-specific data from multiple episodes to predict a patient's response to future episodes. The multiple episodes used in the prediction are typically responses to a same or similar external or internal stimulus. Examples of stimuli include periods of hypoglycemia or hyperglycemia (or corresponding conditions for analytes other than glucose), treatment of a condition, drug delivery (e.g., insulin for glucose), food intake, exercise, fasting, change in body temperature, elevated or lowered body temperature (e.g., fever), and diseases, viruses, infections; and the like. By analyzing multiple episodes, the data storage and controller module **258**, processing circuit **109**, and/or analyzer **152** can predict the coarse of a future episode and provide, for example, a drug administration protocol or administer a drug based on this analysis. An input device (not shown) may be used by the patient or another person to indicate when a particular episode is occurring so that, for example, the data storage and controller module **258**, processing circuit **109**, and/or analyzer **152** can tag the data as resulting from a particular episode, for use in further analyses.

In addition, the drug delivery system **250** may be capable of providing on-going drug sensitivity feedback. For example, the data from the sensor **252** obtained during the administration of the drug by the drug administration system **260** may provide data about the individual patient's response to the drug which can then be used to modify the current

56

drug administration protocol accordingly, both immediately and in the future. An example of desirable data that can be extracted for each patient includes the patient's characteristic time constant for response to drug administration (e.g., how rapidly the glucose concentration falls when a known bolus of insulin is administered). Another example is the patient's response to administration of various amounts of a drug (e.g., a patient's drug sensitivity curve). The same information may be stored by the drug storage and controller module and then used to determine trends in the patient's drug response, which may be used in developing subsequent drug administration protocols, thereby personalizing the drug administration process for the needs of the patient.

The present invention should not be considered limited to the particular examples described above, but rather should be understood to cover all aspects of the invention as fairly set out in the attached claims. Various modifications, equivalent processes, as well as numerous structures to which the present invention may be applicable will be readily apparent to those of skill in the art to which the present invention is directed upon review of the instant specification. The claims are intended to cover such modifications and devices.

What is claimed is:

**1**. A method of using an electrochemical sensor, the method comprising:

adhering a mounting unit to a skin of a patient;

aligning an insertion gun with a port on the mounting unit, the insertion gun having an electrochemical sensor disposed therein;

inserting an electrochemical sensor into the skin of the patient using the insertion gun;

removing the insertion gun;

mounting a housing of a sensor control unit in the mounting base; and

coupling a plurality of conductive contacts disposed on the housing with a plurality of contact pads disposed on the electrochemical sensor.

**2**. The method of claim **1**, wherein the plurality of conductive contacts and the plurality of contact pads are coupled when the housing is mounted on the mounting base.

**3**. The method of claim **1**, further comprising applying a skin protecting material to the skin prior to adhering the mounting unit.

**4**. The method of claim **1**, wherein the electrochemical sensor is disposed in a sharp, rigid inserter, the sensor being released from the inserter after insertion.

* * * * *

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Abbott Diabetes Care, Inc.

## DEFENDANTS
DexCom, Inc.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
**(EXCEPT IN U.S. PLAINTIFF CASES)**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
        TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM ADDRESS AND TELEPHONE NUMBER)
Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE  19801
(302) 351-9205

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐ 1  U.S. Government
      Plaintiff

☐ 2  U.S. Government
      Defendant

☒ 3  Federal Question
      (U.S. Government Not a Party)

☐ 4  Diversity
      (Indicate Citizenship of Parties
      in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF
AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment<br>  & Enforcement of Judgement<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted<br>  Student Loans<br>  (Excl Veterans)<br>☐ 153 Recovery of Overpayment<br>  of Veteran's Benefits<br>☐ 160 Stockholder Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product<br>  Liability<br>☐ 320 Assault Libel &<br>  Slander<br>☐ 330 Federal Employers<br>  Liability<br>☐ 340 Marine<br>☐ 345 Marine Product<br>  Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle<br>  Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury -<br>  Med Malpractice<br>☐ 365 Personal Injury -<br>  Product Liability<br>☐ 368 Asbestos Personal<br>  Injury Product Liability<br><br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal<br>  Property Damage<br>☐ 385 Property Damage<br>  Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure<br>  of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R R & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational<br>  Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal<br>  28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☒ 830 Patent<br>☐ 840 Trademark<br><br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks or Banking<br>☐ 450 Commerce/ICC Rates/etc<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and<br>  Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/<br>  Exchange<br>☐ 875 Customer Challenge<br>  12 USC 3410<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of<br>  Information Act<br>☐ 900 Appeal of Fee<br>  Determination Under<br>  Equal Access to Justice<br>☐ 950 Constitutionality of<br>  State Statutes<br>☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | | |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/<br>  Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate<br>  Sentence<br>  **HABEAS CORPUS:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | ☐ 710 Fair Labor Standards<br>  Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor Mgmt. Reporting<br>  & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl Ret Inc<br>  Security Act<br><br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff<br>  or Defendant)<br>☐ 871 IRS - Third Party<br>  26 USC 7609 | | |

## V. ORIGIN   (PLACE AN "X" IN ONE BOX ONLY)

☒ 1  Original
      Proceeding

☐ 2  Removed From
      State Court

☐ 3  Remanded from
      Appellate Court

☐ 4  Reinstated or
      Reopened

☐ 5  Transferred From
      another district
      (specify)

☐ 6  Multidistinct
      Litigation

☐ 7  Appeal to District Judge
      from Magistrate
      Judgement

## VI. CAUSE OF ACTION   (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Patent infringement; 35 U.S.C. §271

## VII. REQUESTED IN
COMPLAINT

☐ CHECK IF THIS IS A **CLASS ACTION**
  UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  ☒ YES  ☐ NO

## VIII. RELATED CASE(S)
IF ANY   (See Instructions)

JUDGE Sleet _____

DOCKET NUMBER C.A. No. 05-590-GMS

DATE
8/17/06

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____ 0 6 - 5 1 4 _____

# ACKNOWLEDGMENT
# OF  RECEIPT  FOR AO FORM  85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____ COPIES OF AO FORM 85.

| | |
|---|---|
| 8-17-06 | *Philip J. Margiotta* |
| (Date forms issued) | (Signature of Party or their Representative) |
| | Philip J. Margiotta |
| | (Printed name of Party or their Representative) |

Note: Completed receipt will be filed in the Civil Action