AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF **DELAWARE**

**ABBOTT DIABETES CARE, INC.**       )
                                     )
       Plaintiff,                )
                                     )
v.                                   )     **SUMMONS IN A CIVIL ACTION**
                                     )
**DEXCOM, INC.**                     )     CASE NUMBER: 0 6 - 5 1 4
                                     )
       Defendant.                )

TO:   DexCom, Inc.
       c/o The Corporation Trust Company
       1209 Orange Street
       Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY:

       Rodger D. Smith II, Esquire
       Morris, Nichols, Arsht & Tunnell LLP
       1201 N. Market Street
       P.O. Box 1347
       Wilmington, DE 19899-1347

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                  8/17/06
_____                     _____
CLERK                                       DATE

_E. Shuekl_ (signature)
_____
BY DEPUTY CLERK

AO 440 (REV. 10/93) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>August 18, 2006 |
| NAME OF SERVER (PRINT)<br>Aaron Johnston | TITLE<br>Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):  Service of the Summons and Complaint was made upon defendant DexCom, Inc. by delivering copies thereof to defendant's registered agent, The Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8.18.06              [signature]
                  Date                  Signature of Server

Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, Wilmington, DE 19801
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure