IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT DIABETES CARE, INC., | ) ) | |
| Plaintiff, | ) ) | C.A. No. 06-514 (GMS) |
| v. | ) ) | |
| DEXCOM, INC., | ) ) | |
| Defendant. | ) ) | |

**DEXCOM, INC.'S MOTION (1) TO STRIKE THE COMPLAINT PURSUANT TO RULE 12(f), OR IN THE ALTERNATIVE, (2) TO CONSOLIDATE WITH C.A. NO. 05-590 (GMS) PURSUANT TO RULE 42(a), OR (3) FOR STAY PENDING REEXAMINATION OF THE PATENTS IN SUIT**

Defendant DexCom, Inc. ("DexCom") hereby respectfully moves, pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, to strike Abbott's Complaint filed on August 17, 2006 (D.I. 1) in Case No. 06-514 (GMS). DexCom alternatively moves to consolidate Case No. 06-514 (GMS) with Case No. 05-590 (GMS) pursuant to Rule 42(a) of the Federal Rules of Civil Procedure. DexCom also hereby moves in the alternative to stay this case. The grounds for this motion are set forth in DexCom's accompanying opening brief.

Dated: September 7, 2006                    YOUNG CONAWAY STARGATT
                                                                     & TAYLOR, LLP

                                                                     /s/ Josy W. Ingersoll
                                                                     Josy W. Ingersoll (No. 1088)
                                                                     Melanie K. Sharp (No. 2501)
                                                                     John W. Shaw (No. 3362)
                                                                     1000 West Street
                                                                     Brandywine Building, 17th Floor
                                                                     Wilmington, DE 19801

                                                                     P.O. Box 391
                                                                     Wilmington, DE 19899-0391
                                                                    (302) 571-6689
                                                                    jingersoll@ycst.com

                                                                     MORRISON & FOERSTER LLP
                                                                    David C. Doyle (CA Bar No. 70690)
                                                                    M. Andrew Woodmansee (CA Bar No. 201780)
                                                                    Brian M. Kramer (CA Bar No. 201780)
                                                                    12531 High Bluff Drive, Suite 100
                                                                    San Diego, CA 92130
                                                                    (858) 720-5100
                                                                    mawoodmansee@mofo.com

                                                                    *Attorneys for Defendant DexCom, Inc.*

## CERTIFICATE OF SERVICE

I, Josy W. Ingersoll, Esquire, hereby certify that on September 7, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Mary B. Graham, Esquire
>Rodger Dallery Smith, II, Esquire
>Morris Nichols Arsht & Tunnell LLP
>1201 North Market Street
>PO Box 1347
>Wilmington, DE 19899-1347

I further certify that on September 7, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

>James F. Hurst, Esquire
>Stephanie S. McCallum, Esquire
>Winston & Strawn LLP
>35 West Wacker Drive
>Chicago, IL 60601

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>Josy W. Ingersoll (No. 1088)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>jingersoll@ycst.com

>Attorneys for Dexcom, Inc.