IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT DIABETES CARE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-514 (GMS) |
| | ) | |
| DEXCOM, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION AND ORDER**

IT IS HEREBY stipulated by the parties, subject to the approval of the Court, that:

1. Abbott may have until October 18 in which to respond to DexCom, Inc.'s Motion (1) To Strike The Complaint Pursuant To Rule 12(f), Or In The Alternative, (2) To Consolidate With C.A. No. 05-590 (GMS) Pursuant To Rule 42(a), Or (3) For Stay Pending Reexamination Of The Patents In Suit (D.I. 5); and

2. DexCom may have 14 days to reply to Abbott's response.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
| */s/ Mary B. Graham* | */s/ Josy W. Ingersoll* |
| _____ | _____ |
| Mary B. Graham (#2256) | Josy W. Ingersoll (#1088) |
| Rodger D. Smith II (#3778) | Melanie K. Sharp (#2501) |
| James W. Parrett, Jr. (#4292) | John W. Shaw (#3362) |
| 1201 North Market Street, 18th Floor | 1000 West Street, 17th Floor |
| P.O. Box 1347 | P.O. Box 391 |
| Wilmington, DE 19899 | Wilmington, DE 19899-0391 |
| 302.658.9200 | 302.571.6600 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Abbott Diabetes Care, Inc.* | *DexCom, Inc.* |

Dated: September 15, 2006

- 2 -

SO ORDERED this \_\_\_\_ day of _____, 2006.

                                                         U.S.D.J.

536864

# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

**Mary B. Graham**
302.351.9199
mgraham@mnat.com

September 15, 2006

**VIA E-FILING**

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

      Re:   *Abbott Diabetes Care, Inc. v. DexCom, Inc.*
            C.A. No. 06-514 (GMS)

Dear Judge Sleet:

      Attached is a stipulation of the parties, subject to the Court's approval, giving Abbott an extension of time from September 21 to October 18, 2006 to respond to DexCom, Inc.'s Motion (1) To Strike The Complaint Pursuant To Rule 12(f), Or In The Alternative, (2) To Consolidate With C.A. No. 05-590 (GMS) Pursuant To Rule 42(a), Or (3) For Stay Pending Reexamination Of The Patents In Suit (D.I. 5). Abbott has requested this extension because it needs additional time to review the requests for patent reexamination filed by DexCom on August 16, 2006 (while it has begun review of two of the requests, it only recently received the third). In addition, Abbott's lead counsel, Jim Hurst, begins a three week trial starting September 25, and having the additional time will ensure that he is able to provide appropriate input into the brief. DexCom has correspondingly requested a courtesy extension of an additional week, to which we have agreed, in order to ensure that it has sufficient time to reply to Abbott's response.

      We would appreciate the Court's consideration of this stipulation.

      Respectfully,

      */s/ Mary B. Graham*

      Mary B. Graham (#2256)

MBG/dam
Enclosure
cc:   Dr. Peter T. Dalleo, Clerk (via hand delivery and e-filing)
      Josy W. Ingersoll, Esquire (via hand delivery and e-filing)
      David C. Doyle, Esquire (via facsimile)
      James F. Hurst, Esquire

536917