IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT DIABETES CARE, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 06-514 GMS |
| v. | ) ) | |
| DEXCOM, INC., a Delaware corporation, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

**DECLARATION OF STEVEN R. PACELLI IN SUPPORT OF DEXCOM, INC.'S REPLY BRIEF IN SUPPORT OF ITS MOTION (1) TO STRIKE THE COMPLAINT PURSUANT TO RULE 12(f), OR IN THE ALTERNATIVE, (2) TO CONSOLIDATE WITH C.A. NO. 05-590 (GMS) PURSUANT TO RULE 42(a), OR (3) FOR STAY PENDING REEXAMINATION OF THE PATENTS IN SUIT**

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Josy W. Ingersoll (No. 1088)
Melanie K. Sharp (No. 2501)
John W. Shaw (No. 3362)
1000 West Street
Brandywine Building, 17th Floor
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE  19899-0391
(302) 571-6681
msharp@ycst.com

MORRISON & FOERSTER LLP
David C. Doyle (CA Bar No. 70690)
M. Andrew Woodmansee (CA Bar No. 201780)
Brian M. Kramer (CA Bar No. 201780)
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
(858) 720-5100

*Attorneys for Defendant DexCom, Inc.*

1.    I, Steven R. Pacelli, have personal knowledge of the facts stated in this declaration, and I could competently testify to them if called upon to do so.

2.    I am a member of the state bar of California, and I serve as DexCom, Inc.'s ("DexCom's") Vice President of Legal Affairs. I have held that position since April 2006.

3.    Abbott sued DexCom for patent infringement on August 11, 2005, alleging that DexCom's STS Sensor infringed four Abbott patents ("the four original patents"). *See Abbott Diabetes Care Inc. v. DexCom, Inc.*, C.A. No. 05-590 (D. Del. filed Aug. 11, 2005). DexCom filed Requests for Reexamination for each of the four original patents with United States Patent and Trademark Office ("PTO") and filed a motion before this Court to stay the litigation pending reexamination of the four original patents.

4.    On June 27, 2006, Abbott filed an "Amended Complaint," which added three additional patents ("the three new patents") to the litigation. DexCom thereafter prepared Requests for Reexamination for each of the three new patents.

5.    During the litigation with Abbott, I have maintained a dialogue with in-house Abbott lawyers regarding settlement. In particular, at and around the time that Abbott filed its June 27, 2006 "Amended Complaint," I maintained an on-going dialogue with Jeff C. Risher, Patent Litigation Counsel for Abbott Laboratories.

6.    I informed Mr. Risher that DexCom had prepared Requests for Reexamination of the three new patents. However, DexCom agreed not to file the Requests for Reexamination while the settlement negotiations were ongoing.

7.    The negotiations between Abbott and DexCom involving the three new patents and the corresponding Requests for Reexamination came to an impasse on or around August 14, 2006. DexCom thereafter filed two of its Requests for Reexamination with the PTO on August 16, 2006, and the third Request for Reexamination on August 17, 2006.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Boston, Massachusetts, on November 1, 2006.

Steven R. Pacelli

## CERTIFICATE OF SERVICE

I, Melanie K. Sharp, Esquire, hereby certify that on November 1, 2006, I caused

to be electronically filed a true and correct copy of the foregoing document with the Clerk of the

Court using CM/ECF, which will send notification that such filing is available for viewing and

downloading to the following counsel of record:

> Mary B. Graham, Esquire
> Rodger Dallery Smith, II, Esquire
> Morris Nichols Arsht & Tunnell LLP
> 1201 North Market Street
> PO Box 1347
> Wilmington, DE 19899-1347

I further certify that on November 1, 2006, I caused a copy of the foregoing

document to be served by hand delivery on the above-listed counsel of record and on the

following non-registered participants in the manner indicated:

**BY E-MAIL**

> James F. Hurst, Esquire
> Stephanie S. McCallum, Esquire
> Winston & Strawn LLP
> 35 West Wacker Drive
> Chicago, IL 60601

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Melanie K. Sharp (No. 2501)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
*msharp@ycst.com*

Attorneys for Dexcom, Inc.